# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Victoria's Kitchen LLC**                                  Case No.  **2:25-bk-13380**
Debtor(s)                                                          Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Victoria's Kitchen LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**August 26, 2025**                               **/s/ Michael Assad**
Date                                              **Michael Assad**
                                                  Signature of Attorney or Litigant
                                                  Counsel for  **Victoria's Kitchen LLC**
                                                  **Sadek Law Offices**
                                                  **1500 JFK Blvd. Ste 220**
                                                  **Philadelphia, PA 19102**
                                                  **(215) 545-0008  Fax:**
                                                  **michael@sadeklaw.com**