𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔅𝔞𝔫𝔨𝔯𝔲𝔭𝔱𝔠𝔶 ℭ𝔬𝔲𝔯𝔱<br>
𝔈𝔞𝔰𝔱𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔓𝔢𝔫𝔫𝔰𝔶𝔩𝔳𝔞𝔫𝔦𝔞

| In re: | Case No. 25-13380-djb |
|---|---|
| Victoria's Kitchen LLC, | Chapter 11 |
| Debtor. | |

### Debtor's Application to Employ Sadek Law Offices LLC as Debtor's Attorney

**AND NOW**, Debtor Victoria's Kitchen LLC applies to this Court for entry of an order approving Sadek Law Offices LLC as its attorney in this bankruptcy case under 11 U.S.C. § 327(a). In support of this Application, the Debtor states as follows:

#### Background

1. The Debtor initiated this case on August 26, 2025, by petitioning for relief under Subchapter V of Chapter 11.

2. Since the petition date, the Debtor has remained in possession of its assets and is operating its business as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

3. A description of the Debtor's business and the facts precipitating the filing of this Chapter 11 case is set forth in the declaration of the Debtor's principal that was filed with the Court on August 26, 2025, at ECF No. 4. Those facts, to the extent relevant, are incorporated herein by reference.

## Relief Requested

4. The Debtor wishes to retain SLO as its general bankruptcy counsel in this matter to perform the following legal services:

    a. Advise the Debtor of its rights, powers, and duties as a debtor-in-possession in continuing to operate and manage its assets;

    b. Advise the Debtor concerning, and assisting in the negotiation and documentation of the use of cash collateral and/or debtor-in-possession financing, debt restructuring and related transactions;

    c. Review the nature and validity of agreements relating to the Debtor's business and advise the Debtor in connection therewith;

    d. Review the nature and validity of liens, if any, asserted against the Debtor and advise as to the enforceability of such liens;

    e. Advise the Debtor concerning the actions it might take to collect and recover property for the benefit of its estate;

    f. Prepare on the Debtor's behalf all necessary and appropriate applications, motions, pleadings, orders, notices, petitions, schedules, and other documents, and review all financial and other reports to be filed in the Debtor's Chapter 11 case;

    g. Advise the Debtor concerning, and preparing responses to, applications, motions, pleadings, notices and other papers which may be filed in the Debtor's Chapter 11 case;

      h.      Counsel the Debtor in connection with formulation, negotiation and promulgation of a plan of reorganization and related documents; and

      i.      Perform all other legal services for and on behalf of the Debtor which may be necessary or appropriate in the administration of its Chapter 11 case.

5.      The Debtor has selected SLO because of attorney Michael I. Assad's experience in Chapter 11 Subchapter V proceedings and in other areas of law applicable to this Chapter 11 proceeding.

6.      The Debtor believes that SLO is duly qualified to represent it as a debtor-in-possession in this proceeding and that the services of SLO are necessary and essential to the Debtor's performance of its duties as a debtor-in-possession.

7.      The Verified Statement of Mr. Assad describes the relationships that SLO has with creditors of the Debtor and other interested parties, and is attached hereto as Exhibit A and made a part hereof.

8.      As set forth in Mr. Assad's statement, SLO does not hold nor represent any interest adverse to the Debtor or its creditors, and is a disinterested person within the meaning of 11 U.S.C. § 101(14).

9.      It is Debtor's understanding that SLO will be submitting detailed statements to the Court setting forth the services rendered and seeking compensation and reimbursement of expenses and seeking, when appropriate, authority to apply the retainer.

10. The Debtor also understands that SLO may apply to the Court for authority to be paid its fees and expenses pursuant to its obligation under the Bankruptcy Code or any administrative fee procedure that may be established to which the Debtor consents.

**NOW, THEREFORE**, the Debtor respectfully requests that the Court enter an Order approving its retention of SLO as its attorney and granting other relief in its favor if necessary and proper under the law.

Date: August 26, 2025

**VICTORIA'S KITCHEN LLC**
*Debtor*

By: /s/ Victoria A. Turner Tyson
    Victoria A. Turner Tyson