**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Victoria's Kitchen LLC, <br><br> *Debtor*. | Case No. 25-13380-djb <br> Chapter 11 |

**EXHIBIT A**

### Declaration of Michael I. Assad in Support of
### Application to Employ Sadek Law Offices LLC as Attorney for Debtor

1. I am employed as an associate attorney at law with Sadek Law Offices LLC and make this declaration on its behalf.

2. Debtor Victoria's Kitchen LLC engaged SLO to review its financial affairs and evaluate the feasibility of a chapter 11 bankruptcy case on April 23, 2025. The Debtor later engaged SLO as its bankruptcy attorney on August 26, 2025. The retainer agreement between the Debtor and SLO is attached as Exhibit B.

3. This declaration is made in support of the Debtor's application to approve SLO's employment as its attorney in this bankruptcy case.

4. Pursuant to Local Bankr. R. 2014-1, SLO makes the following disclosures with respect to payments received on behalf of the Debtor within the 90 days preceding the order for relief:

| Date Payment Received | Amount Received | Amount Applied to Services Rendered Before Receipt | Amount Applied to Services Rendered After Receipt | Amount Remaining on Petition Date |
|---|---|---|---|---|
| April 24, 2025 | $5,000.00 | $2,857.50 | $2,142.50 | $0.00 |
| August 22, 2025 | $10,000.00 | $4,935.00 | $5,065.00 | $0.00 |
| August 25, 2025 | $5,000.00 | $3,342.50 | $1,657.50 | $0.00 |
| **Total** | **$20,000.00** | **$380.00** | **$8,865.00** | **$0.00** |

5. Before filing this case, the Debtor paid SLO a retainer of $20,000.00 in preparation for filing the bankruptcy. SLO used $20,000.00 of that sum for prepetition services as follows: (i) advising the Debtor concerning its obligations under chapter 11, (ii) preparing the bankruptcy petition and some related documents, including this retention application, and (iii) payment of the Court's $1,738.00 filing fee. Time records for pre-petition services rendered are attached as Exhibit C.

6. The retainer has been depleted in its entirety, and a balance of $318.00 is due and owing.

7. On August 26, 2025, I caused SLO to research the firm's database to determine whether it had any relationships with the Debtor, the Debtor's principal, and the creditors listed on the matrix.

8. As a result of that research, I have determined that SLO does not represent any party so listed in any capacity, related or unrelated to the Debtor's bankruptcy case or its estate, nor does it have any adverse interest or connections with any creditor.

9. As a result of that research, I have further determined that SLO is disinterested.

10. SLO is not a creditor of the Debtor.

11. SLO has represented many bankrupt Debtors and is able to perform services required by the debtor related to this case.

12. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: August 26, 2025                    /s/ Michael I. Assad
                                         Michael I. Assad