| Date | Staff | Description | Hours | Fee |
|---|---|---|---|---|
| 2/25/25 | MA | Initial consultation with Victoria Tyson to gather information and answer questions. | 1.00 | $475.00 |
| 2/25/25 | MA | Wrote memo to file about phone conversation | 0.50 | $237.50 |
| 2/25/25 | MA | Email to Brad Sadek re: details about potential case. | 0.20 | $95.00 |
| 2/26/25 | MA | Phone call with Victoria Tyson re: next steps | 0.10 | $47.50 |
| 3/3/25 | MA | Draft/review emails to/from Victoria Tyson re: followup from phone call | 0.20 | $95.00 |
| 4/2/25 | MA | Draft/review emails to/from Victoria Tyson re: followup from phone call | 0.40 | $190.00 |
| 4/2/25 | MA | Phone call with Victoria Tyson re: next steps | 0.50 | $237.50 |
| 4/23/25 | MA | Reviewed 2023/2024 tax returns | 1.00 | $475.00 |
| 4/23/25 | MA | Review emails from Kevin Tyson re: document exchange/review | 0.60 | $285.00 |
| 4/23/25 | MA | Filed various documents received from client | 0.60 | $150.00 |
| 4/23/25 | MA | Reviewed aging A/P report | 0.30 | $142.50 |
| 4/23/25 | MA | Reviewed insurance documents | 0.30 | $142.50 |
| 4/23/25 | MA | Reviewed payroll report | 0.20 | $95.00 |
| 4/23/25 | MA | Reviewed lease agreement re: Tulpenhocken Street | 0.20 | $95.00 |
| 4/23/25 | MA | Reviewed aging A/R report | 0.10 | $47.50 |
| 4/23/25 | MA | Reviewed income tax arrearage notices | 0.10 | $47.50 |
| 4/30/25 | MA | Reviewed 14 bank statements | 1.30 | $617.50 |
| 4/30/25 | MA | Draft/review emails to/from Victoria Tyson re: documents | 0.30 | $142.50 |
| 4/30/25 | MA | Draft/review emails to/from Victoria Tyson re: next steps | 0.20 | $95.00 |
| 5/1/25 | MA | Video conference with Victoria and Kevin Tyson to discuss next steps and gather information | 0.50 | $237.50 |
| 5/6/25 | MA | Draft/review emails to/from Victoria Tyson re: next steps | 0.20 | $95.00 |
| 5/12/25 | MA | Draft/review emails to/from Victoria Tyson re: unemployment tax | 0.50 | $237.50 |
| 5/26/25 | MA | Draft/review emails to/from Victoria Tyson re: documents | 0.20 | $95.00 |
| 6/4/25 | MA | Review emails from Kevin Tyson re: document exchange/review | 0.40 | $190.00 |
| 6/9/25 | MA | Draft/review emails to/from Victoria Tyson re: next steps | 0.30 | $142.50 |
| 6/16/25 | MA | Draft/review emails to/from Victoria Tyson re: next steps | 0.30 | $142.50 |
| 6/19/25 | MA | Phone call with Debtor's principal to gather information and discuss progress | 0.50 | $237.50 |
| 7/21/25 | MA | Draft/review emails to/from Victoria Tyson re: next steps | 0.50 | $237.50 |
| 7/25/25 | MA | Prepared Schedule A/B | 2.50 | $1,187.50 |
| 7/25/25 | MA | Meeting with debtor's principal | 1.50 | $712.50 |
| 7/25/25 | MA | Reviewed 16 state court dockets re: tax liens | 0.60 | $285.00 |
| 7/25/25 | MA | Review emails from Kevin Tyson re: document exchange/review | 1.00 | $475.00 |
| 7/25/25 | MA | Draft/review emails to/from Victoria Tyson re: next steps | 0.50 | $237.50 |
| 7/25/25 | MA | Draft/review emails to/from Victoria Tyson re: next steps | 0.20 | $95.00 |
| 7/25/25 | MA | Reviewed SBA loan UCC statement | 0.20 | $95.00 |
| 7/28/25 | MA | Prepared email to client re: outstanding invoices | 0.10 | $47.50 |
| 7/29/25 | MA | Prepared email to Victoria Tyson re: A/R | 0.10 | $47.50 |
| 7/30/25 | MA | Reviewed 20 bank statements | 1.00 | $475.00 |
| 7/30/25 | MA | Review emails from Kevin Tyson re: document exchange/review | 0.30 | $142.50 |
| 8/12/25 | MA | Draft/review emails to/from Victoria Tyson re: next steps | 0.40 | $190.00 |
| 8/21/25 | MA | Draft/review emails to/from Victoria Tyson re: next steps | 0.60 | $285.00 |
| 8/22/25 | MA | Video meeting with debtor's principals | 0.50 | $237.50 |
| 8/22/25 | MA | Draft/review emails to/from Victoria Tyson re: next steps | 0.20 | $95.00 |
| 8/24/25 | MA | Prepared cash collateral budget | 3.00 | $1,425.00 |
| 8/24/25 | MA | Prepared declaration of debtor's principal for first day motions | 2.00 | $950.00 |
| 8/24/25 | MA | Prepared application to employ attorney | 1.20 | $570.00 |
| 8/24/25 | MA | Prepared credit card processor motion | 1.00 | $475.00 |
| 8/24/25 | MA | Prepared utility service motion | 0.90 | $427.50 |
| 8/24/25 | MA | Prepared cash management motion | 0.80 | $380.00 |
| 8/24/25 | MA | Prepared M&T klemkowski motion | 0.50 | $237.50 |
| 8/24/25 | MA | Prepared critical vendor motion | 0.80 | $380.00 |
| 8/24/25 | MA | Prepared cash collateral motion | 0.70 | $332.50 |
| 8/24/25 | MA | Drafted/revised declaration of debtor's principal | 0.60 | $285.00 |
| 8/24/25 | MA | Draft/review emails to/from Victoria Tyson re: next steps | 0.40 | $190.00 |
| 8/25/25 | MA | Prepared creditor matrix | 1.50 | $712.50 |
| 8/25/25 | MA | Video conference with debtor's principal | 1.50 | $712.50 |
| 8/25/25 | MA | Drafted/revised declaration of debtor's principal | 1.50 | $712.50 |
| 8/25/25 | MA | Prepared motion to retain jurisdiction over administrative expenses. | 1.00 | $475.00 |
| 8/25/25 | MA | Draft/review emails to/from Victoria Tyson re: next steps | 0.20 | $95.00 |
| 8/25/25 | MA | Prepared email to UST | 0.10 | $47.50 |
| 8/26/25 | MA | Video meeting with debtor's principals | 0.50 | $237.50 |
| 8/26/25 | | Filing fee | | $1,738.00 |
| **Total** | | | | **$20,318.00** |