**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Victoria's Kitchen LLC,<br><br>                    *Debtor*. | Case No. 25-13380-djb<br>Chapter 11 |

**Notice Regarding Interest in Cash Collateral**
**Directed to U.S. Small Business Administration**

     **PLEASE TAKE NOTICE** that on August 26, 2025, Debtor Victoria's Kitchen LLC filed a voluntary petition for relief under chapter 11 of title 11, United States Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

     Pursuant to Local Bankr. R. 1007-1(a), this notice is being provided to you as a creditor known to the Debtor to claim an interest in cash collateral as defined by 11 U.S.C. § 363(a).

Date: August 26, 2025

                                **SADEK LAW OFFICES, LLC**
                                *Proposed Attorney for Debtor*

                              By: /s/ Michael I. Assad
                                Michael I. Assad
                                1500 JFK Boulevard, Suite 220
                                Philadelphia, PA 19102
                                215-545-0008
                                michael@sadeklaw.com