## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Victoria's Kitchen LLC,<br><br>*Debtor*. | Case No. 25-13380-djb<br>Chapter 11 |

## Certificate of Service

I, Michael I. Assad, certify that on August 26, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice Regarding Interest in Cash Collateral Directed to U.S. Small Business Administration

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 26, 2025

/s/ Michael I. Assad
Michael I. Assad
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| General Counsel<br>U.S. Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416 | Creditor | ☒ First Class Mail |
| Pamela Bondi<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530 | Creditor | ☒ First Class Mail |
| Civil Process Clerk<br>United States Attorney<br>615 Chestnut Street, 12th Floor<br>Philadelphia, PA 19106 | Creditor | ☒ First Class Mail |