# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-13380-djb |
| Victoria's Kitchen LLC, | Chapter 11 |
| Debtor. | |

### Debtor's Motion for Continuation of Utility Service and Deeming Utility Services Adequately Assured of Future Payment

**AND NOW**, Debtor Victoria's Kitchen LLC, through its proposed attorney, hereby moves this Court for entry of an order authorizing the continuation of utility services and deeming the utility providers adequately assured of future payment pursuant to 11 U.S.C. § 366. In support of this Motion, the Debtor states as follows:

### Jurisdiction

1. The Court has jurisdiction under 28 U.S.C. §§ 157 and 1334, and the Standing Order of Reference (E.D. Pa. Nov. 8, 1990).

2. This is a core proceeding under 28 U.S.C. § 157(b)(2) and the Debtor consents to the entry of a final order by this Court.

3. Venue is proper under 28 U.S.C. § 1409.

### Background

4. The Debtor initiated this case on August 26, 2025, by petitioning for relief under Subchapter V of Chapter 11.

5. Since the petition date, the Debtor has remained in possession of its assets and is operating its business as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

6. A description of the Debtor's business and the facts precipitating the filing of this Chapter 11 case is set forth in the declaration of the Debtor's principal that was filed with the Court on August 26, 2025, at ECF No. 4. Those facts, to the extent relevant, are incorporated herein by reference.

7. In the ordinary course of business, the Debtor receives essential utility services from multiple utility providers, including Comcast, PECO, Philadelphia Gas Works, and the Philadelphia Water Department (collectively, the "Utility Providers"). These services include electricity, water, gas, telephone, and internet.

8. The uninterrupted continuation of these services is vital to the Debtor's business operations and restructuring efforts.

9. The Debtor has historically maintained a consistent and reliable payment history with the Utility Providers and has made timely payments on all pre-petition obligations.

### Relief Requested

10. The Debtor requests the entry of an order: (a) prohibiting the Utility Providers from altering, refusing, or discontinuing service, and (b) deeming the Utility Providers adequately assured of future payment based on the Debtor's pre-petition payment history.

## GROUNDS FOR RELIEF

11. The Utility Providers would not be prejudiced by this relief, as they have historically received timely payments from the Debtor and have no reasonable basis to expect disruption in payment going forward. Moreover, the Debtor's continued operations ensure ongoing payment for services, further protecting the interests of the Utility Providers.

12. Section 366 of the Bankruptcy Code prevents utility providers from discontinuing service solely due to a debtor's bankruptcy filing, provided that the debtor offers adequate assurance of payment.

13. The Debtor's long-standing pre-petition payment history demonstrates financial responsibility and ensures that the Utility Providers are adequately assured of continued performance.

14. A debtor's strong payment history may constitute sufficient adequate assurance under Section 366. *In re Demp*, 22 B.R. 331, 331–32 (Bankr. E.D. Pa. 1982).

15. Given that the Debtor has maintained timely payments to its Utility Providers, requiring an additional deposit or security would be unnecessary and burdensome on the estate.

16. The requested relief is in the best interest of the Debtor, its estate, and its creditors, as it ensures continued business operations without imposing undue financial hardship.

**NOW, THEREFORE**, the Debtor requests that the Court grant relief in the form of order attached, and further in its favor if necessary and proper under the law.

Date: August 26, 2025

**SADEK LAW OFFICES LLC**
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    1500 JFK Blvd., Suite 220
    Philadelphia, PA 19102
    215-545-0008
    michael@sadeklaw.com