## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:                                                        Case No. 25-13380-djb

   Victoria's Kitchen LLC,                           Chapter 11

                  Debtor.

### Order Directing Continuation of Utility Service and Deeming Utility Services Adequately Assured of Future Payment

    **AND NOW**, upon consideration of the Motion for Continuation of Utility Service and Deeming Utility Services Adequately Assured of Future Payment filed by Debtor Victoria's Kitchen LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Comcast, PECO, Philadelphia Gas Works, the Philadelphia Water Department, and all other utility providers served with the Motion or notice of the Motion (collectively, "the Utility Providers"), are deemed adequately assured of future payment and must continue to provide services to the Debtor in the ordinary course of business.

3. The Utility Providers are prohibited from altering, refusing, or discontinuing service to the Debtor without the permission of this court.

4. All Utility Providers that have altered, refused, or discontinued service after the petition date must immediately restore that service.

5. This order is without prejudice to the right of any Utility Provider to request this court's approval of additional adequate assurance or termination of service.

6. The court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this order.

_____

Derek J. Baker
U.S. Bankruptcy Judge

CC:   Comcast
      1701 John F. Kennedy Blvd
      Philadelphia, PA 19103

      PECO
      2301 Market Street
      Philadelphia, PA 19103

      Philadelphia Gas Works
      800 W. Montgomery Avenue
      Philadelphia, PA 19122

      City of Philadelphia Law Department
      1401 John F. Kennedy Blvd.
      Philadelphia, PA 19102