

## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

Victoria's Kitchen LLC,

Debtor.

Case No. 25-13380-djb

Chapter 11

### Debtor's Motion to Retain Jurisdiction Over Administrative Expense Applications

**AND NOW**, Debtor Victoria's Kitchen LLC, through its proposed attorney, moves this Court for entry of an order retaining jurisdiction over administrative expense applications. In support of this Motion, the Debtor states as follows:

### Background

1.      The Debtor initiated this case on August 26, 2025, by petitioning for relief under Subchapter V of Chapter 11.

2.      Since the petition date, the Debtor has remained in possession of its assets and is operating its business as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

3.      A description of the Debtor's business and the facts precipitating the filing of this Chapter 11 case is set forth in the declaration of the Debtor's principal that was filed with the Court on August 26, 2025, at ECF No. 4. Those facts, to the extent relevant, are incorporated herein by reference.

### RELIEF REQUESTED

4.      Absent an order retaining jurisdiction, dismissal of this case could deprive this Court of authority to adjudicate pending or forthcoming applications for compensation and reimbursement of expenses under 11 U.S.C. § 503, to the prejudice of the Debtor's professionals and the Subchapter V Trustee.

5.      Retention of jurisdiction will ensure that all timely fee applications filed by the Debtor's attorney, the Subchapter V Trustee, and other duly employed professionals are heard and determined, regardless of whether the case remains pending at the time of filing.

6.      This relief will promote fairness and efficiency, ensure professionals are compensated for services rendered, and avoid prejudice that might otherwise result from dismissal.

**NOW, THEREFORE**, the Debtor requests that the Court grant relief in the form of order attached, and further in its favor if necessary and proper under the law.

Date: August 26, 2025                    **SADEK LAW OFFICES LLC**
                                         *Proposed Attorney for Debtor*

                                         By: /s/ Michael I. Assad
                                         Michael I. Assad (#330937)
                                         1500 JFK Blvd., Suite 220
                                         Philadelphia, PA 19102
                                         215-545-0008
                                         michael@sadeklaw.com