United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                    Case No. 25-13380-djb

    Victoria's Kitchen LLC,                          Chapter 11

             Debtor.

**Order Retaining Jurisdiction Over Administrative Expense Applications**

**AND NOW**, upon consideration of the Motion to Retain Jurisdiction Over Administrative Expense Applications filed by Debtor Victoria's Kitchen LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1.    The Motion is **GRANTED**.

2.    Pursuant to 11 U.S.C. § 349(b)(3), if this case is dismissed for any reason, the Court shall retain jurisdiction to adjudicate all timely applications for compensation and reimbursement of expenses filed by the Debtor's attorney, the Subchapter V Trustee, and all other professionals employed by the Debtor or the Trustee under 11 U.S.C. § 503.

3.    Such applications will be considered timely if filed during the pendency of the case or within fourteen days after dismissal.

4.    This order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case.

_____
Derek J. Baker
U.S. Bankruptcy Judge