

United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Victoria's Kitchen LLC,<br>                        Debtor. | Case No. 25-13380-djb<br><br>Chapter 11 |

### Debtor's Motion to Authorize Use of Cash Collateral

**AND NOW**, Debtor Victoria's Kitchen LLC, through its proposed attorney, moves this Court for entry of an order authorizing the use of cash collateral. In support of this Motion, the Debtor states as follows:

### Jurisdiction

1. The Court has jurisdiction under 28 U.S.C. §§ 157 and 1334, and the Standing Order of Reference (E.D. Pa. Nov. 8, 1990).

2. This is a core proceeding under 28 U.S.C. § 157 and the Debtor consents to the entry of a final order by this Court.

3. Venue is proper under 28 U.S.C. § 1409.

### Background

4. The Debtor initiated this case on August 26, 2025, by petitioning for relief under Subchapter V of Chapter 11.

5. Since the petition date, the Debtor has remained in possession of its assets and is operating its business as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

6. A description of the Debtor's business and the facts precipitating the filing of its Chapter 11 proceedings is set forth in the Declaration of Debtor's Principal in Support of Petition and First Day Motions filed with the Court on August 26, 2025, at ECF No. 4. Those facts, to the extent relevant, are incorporated herein by reference.

## Relief Requested

7. The U.S. Small Business Administration ("SBA") asserts a lien on the Debtor's personal property pursuant to the UCC-1 financing statement attached as Exhibit A.

8. The Debtor's cash receipts constitute "cash collateral" within the meaning of 11 U.S.C. § 363(a).

9. The Debtor requests entry of an interim order pursuant to 11 U.S.C. § 363(c)(2) authorizing the use of cash collateral to pay ordinary and necessary operating expenses.

10. The Debtor's use of cash collateral is necessary to prevent immediate and irreparable harm to the estate. Without use of its cash receipts, the Debtor will be unable to operate its business, which may result in defaults, lapses in coverage, or other consequences detrimental to reorganization.

11. The Debtor is willing to provide adequate protection to the SBA.

**NOW, THEREFORE**, the Debtor requests that the Court grant relief in the form of order attached, and further in its favor if necessary and proper under the law.

Date: August 26, 2025                    **SADEK LAW OFFICES LLC**
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    1500 JFK Blvd., Suite 220
    Philadelphia, PA 19102
    215-545-0008
    michael@sadeklaw.com