# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br>    Victoria's Kitchen LLC,<br>                      Debtor. | Case No. 25-13380-djb<br>Chapter 11 |

### Debtor's Emergency Motion to Compel PNC Bank to Unfreeze Bank Accounts

**AND NOW**, Debtor Victoria's Kitchen LLC, through its proposed attorney, moves this Court for entry of an order compelling PNC Bank to unfreeze its bank accounts. In support of this Motion, the Debtor states as follows:

### Jurisdiction

1. The Court has jurisdiction under 28 U.S.C. §§ 157 and 1334, and the Standing Order of Reference (E.D. Pa. Nov. 8, 1990).

2. This is a core proceeding under 28 U.S.C. § 157(2)(A) and the Debtor consents to the entry of a final order by this Court.

3. Venue is proper under 28 U.S.C. § 1409.

### Background

4. The Debtor initiated this case on August 26, 2025, by petitioning for relief under Subchapter V of Chapter 11.

5. Since the petition date, the Debtor has remained in possession of its assets and is operating its business as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

6. A description of the Debtor's business and the facts precipitating the filing of this Chapter 11 case is set forth in the declaration of the Debtor's principal that was filed with the Court on August 26, 2025, at ECF No. 4. Those facts, to the extent relevant, are incorporated herein by reference.

7. Prior to the petition date, the Debtor maintained five deposit accounts at PNC Bank.

8. On August 27, 2025, the Debtor was notified that all five bank accounts were frozen due to the filing of this bankruptcy case.

9. The blocked access to Debtors' Bank Accounts is a major issue and must be addressed immediately or else the Debtors' operations will be irretrievably harmed.

10. The deposits from the Bank Accounts are used for urgent and necessary expenses. The Debtors make disbursements for accounts payable, payroll and other employee obligations from the Bank Accounts. The Debtor pays such obligations either through wire transfer or ACH, paper and/or electronic checks from these accounts.

11. The Debtors is in the process of opening DIP accounts but require access to its pre-petition accounts in the meantime so as to minimize disruption to ongoing operations.

12. Debtors respectfully requests that the Court enter the proposed consent order that will be filed forthwith.

13. The Debtor has contacted the U.S. Trustee to ask if it objects to this relief, but the Debtor has not yet obtained a response.

14. Because time is of the essence, the Debtor requests that the consent order be entered immediately. Because the order will expire on September 12, 2025, there will be an opportunity for objections to be heard at a later date.

15. PNC is a UST-authorized provider of DIP accounts, and it is expected that DIP accounts will be opened there shortly after access to the accounts is restored.

**NOW, THEREFORE**, the Debtor requests that the Court grant relief in the form of order attached, and further in its favor if necessary and proper under the law.

Date: August 27, 2025

**SADEK LAW OFFICES LLC**
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

### Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system.

Date: August 27, 2025

/s/ Michael I. Assad
Michael I. Assad