UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| VICTORIA'S KITCHEN LLC | : | Bankruptcy No. 25-13380 (DJB) |
| Debtors | : | |

**<u>ORDER</u>**

**AND NOW**, the Debtor has elected to proceed under Subchapter V of Chapter 11 of the United States Bankruptcy Code, it is hereby ORDERED that:

1. A Status Conference as required under 11 U.S.C. §1188 is SCHEDULED for October 21, 2025 at 1:00 p.m. on Zoom video conference at zoomgov.com with JOIN meeting ID: 161 0657 4791.

2. The Debtor shall file a Status Report as required by 11 U.S.C. §1188(c) on or before October 7, 2025

Dated: August 27, 2025

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge