## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Victoria's Kitchen LLC, *Debtor(s)*. | Case No. 25-13380-djb<br>Chapter 11 |

## Certificate of Service

I, Michael I. Assad, certify that on August 27, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Emergency Motion to Compel PNC Bank to Unfreeze Bank Accounts

- Order Scheduling Hearing

- Notice of Motion, Response Deadline, and Telephonic or Video Hearing Date

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 27, 2025

/s/ Michael I. Assad
Michael I. Assad
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| PNC Bank, N.A. | Interested Party | ☒ Email: lisa.stauffer@pnc.com |
| U.S. Small Business Administration | Creditor | ☒ Email: bankruptcynotices@sba.gov |
| David Metcalf | U.S. Attorney, EDPA | ☒ Email: Anthony.Stjoseph@usdoj.gov  Frank.DeLuccia@usdoj.gov |
| Pamela Bondi | U.S. Attorney General | ☒ Email: Pamela.Bondi@usdoj.gov |