## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:                                                    Case No. 25-13380-djb

   Victoria's Kitchen LLC,                          Chapter 11

                   Debtor.

### Order Authorizing Payment of Critical Vendor Claims

**AND NOW**, upon consideration of the Motion to Authorize Payment of Critical Vendor Claims filed by Debtor Victoria's Kitchen LLC, after notice and hearing, and for good cause shown, the Court finds that:

A.    Crest Paper Products, Foods Galore, and Sysco Food Corporation (the "Critical Vendors") are vendors critical to the Debtor's continued operation and reorganization.

For those reasons, and for other good cause shown, it is hereby **ORDERED** that:

1.    The Motion is **GRANTED**.

2.    Under 11 U.S.C. § 105(a), the Debtor is authorized to pay prepetition amounts owed to the Critical Vendors.

3.    Each Critical Vendor must continue to provide goods and services on customary trade terms throughout the pendency of this case.

4.    If a Critical Vendor accepts payment on account of a prepetition claim and later fails to provide customary trade terms, the payment will be deemed an unauthorized postpetition transfer.

_____
Derek J. Baker
U.S. Bankruptcy Judge

CC:   Crest Paper Products
      457 Mulberry St
      Trenton, NJ 08638-3301

      Foods Galore
      500 Highland Dr Suite B
      Mount Holly, NJ 08060-5104

      Sysco Food Corporation
      1390 Enclave Pkwy
      Houston, TX 77077-2099