# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>  Victoria's Kitchen LLC,<br><br>                    Debtor. | Case No. 25-13380-djb<br>Chapter 11 |

**Order Authorizing Continued Use of Business Forms and Credit Card**

**AND NOW**, upon consideration of the Motion to Authorize Continued Use of Business Forms and Credit Card filed by Debtor Victoria's Kitchen LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is authorized, but not directed, to continue using its American Express credit card in the ordinary course of business consistent with prepetition practices. All prepetition charges and fees are authorized to be paid.

3. The Debtor is authorized to continue to use its pre-printed correspondence and business forms, including, but not limited to, purchase orders letterhead, envelopes, promotional materials, and other business forms, substantially in the forms existing immediately prior to the Petition Date, without reference to the Debtor's debtor-in-possession status.

_____
Derek J. Baker
U.S. Bankruptcy Judge

CC:   American Express
      200 Vesey Street
      New York, NY 10285