**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 25-13380-djb |
| Victoria's Kitchen LLC, | Chapter 11 |
| Debtor. | |

### Debtor's Motion to Approve
### Payment of Prepetition Wages and Continued Use
### of ADP Payroll and 401(k) Services

**AND NOW**, Debtor Victoria's Kitchen LLC, through its proposed attorney, moves this Court for entry of an order authorizing the payment of prepetition employee wages. In support of this Motion, the Debtor states as follows:

### Jurisdiction

1. The Court has jurisdiction under 28 U.S.C. §§ 157 and 1334, and the Standing Order of Reference (E.D. Pa. Nov. 8, 1990).

2. This is a core proceeding under 28 U.S.C. § 157(b)(2) and the Debtor consents to the entry of a final order by this Court.

3. Venue is proper under 28 U.S.C. § 1409.

### Background

4. The Debtor initiated this case on August 26, 2025, by petitioning for relief under Subchapter V of Chapter 11.

5. Since the petition date, the Debtor has remained in possession of its assets and is operating its business as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

6. A description of the Debtor's business and the facts precipitating the filing of this Chapter 11 case is set forth in the declaration of the Debtor's principal that was filed with the Court on August 26, 2025, at ECF No. 4. Those facts, to the extent relevant, are incorporated herein by reference.

7. The Debtor employs approximately twenty individuals (the "Employees"). These Employees perform critical services necessary for the Debtor's operations.

## Relief Requested

8. The Debtor seeks authority to pay and honor in the ordinary course of business all prepetition wages and payroll tax obligations (collectively, the "Prepetition Wage Obligations").

9. The Debtor further requests authority to continue using ADP Payroll Services for the processing of wages and payroll taxes and to continue making payroll deductions and remittances to the ADP 401(k) program available to Employees.

10. Payment of Prepetition Wage Obligations is necessary to preserve employee morale, avoid disruption, and maintain the Debtor's operations. Employees rely on regular payment of wages, and any delay would likely cause hardship and attrition at a critical stage of these proceedings.

11. Continuation of the Debtor's use of ADP Payroll and ADP 401(k) services is in the best interest of the estate because it ensures continuity in payroll processing and employee retirement contributions without interruption.

**NOW, THEREFORE**, the Debtor requests that the Court grant relief in the form of order attached, and further in its favor if necessary and proper under the law.

Date: August 27, 2025        **SADEK LAW OFFICES LLC**
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    1500 JFK Blvd., Suite 220
    Philadelphia, PA 19102
    215-545-0008
    michael@sadeklaw.com