**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Victoria's Kitchen LLC,<br><br>*Debtor*. | Case No. 25-13380-djb<br>Chapter 11 |

**ORDER**

     **AND NOW**, upon consideration of the Debtor's Motion to Expedite Hearing on First Day Motions filed at [Dkt. No. 24] ("the Motion"), and the request for an expedited hearing on the following Motions: Debtor's Motion for Order Directing Credit Card Processors and Food Ordering Platforms to Honor Contracts Pending Assumption or Rejection [Dkt. No. 9], Debtor's Motion to Authorize Use of Cash Collateral [Dkt No. 11], and Debtor's Motion to Approve Payment of Prepetition Wages and Continued Use of ADP Payroll and 401(k) Services [Dkt. No. 23] (the "Motions"), and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. An initial hearing to consider the Motions shall be held on **August 29, 2025** at **1:30 p.m.** (the "Hearing"). The Hearing will be conducted in the following format:

    ☒ Video Conference using the following link:
    *If no link is provided, the video conference link will be included on the hearing calendar.*

    ☒ In-Person in Courtroom No. 2 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

3. The Hearing on this Motion will be an evidentiary hearing.

4. Written objections or other responsive pleadings to the Motions (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

5. The Movant shall serve the Motions and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), all secured creditors and all parties otherwise requesting notice by overnight mail, facsimile transmission or e-mail transmission no later than **5:00 p.m**. on **August 28, 2025** Service made to each party identified above through the court's CM/ECF system is effective.

6. The Movant shall serve this Order and a Notice of the Motion in conformity with the proposed notice filed at ECF No. 24-1 on all other parties in interest, including creditors, by regular mail no later than **5:00 p.m**. on **August 28, 2025**.

7. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Dated: August 28, 2025

Derek J. Baker
U.S. Bankruptcy Judge