**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Victoria's Kitchen LLC, | Case No. 25-13380-djb |
| | Chapter 11 |
| *Debtor*. | |

**Notice of Motion, Response Deadline,**
**and Telephonic or Video Hearing Date**

The above Debtor filed the following **First Day Motions** with the court for the reasons stated in the motions:

> **Debtor's Motion for Order Directing Credit Card Processors and**
> **Food Ordering Platforms to Honor Contracts Pending Assumption or Rejection**
>
> **Debtor's Motion to Authorize Use of Cash Collateral**
>
> **Debtor's Motion to Approve Payment of Prepetition Wages**
> **and Continued Use of ADP Payroll and 401(k) Services**

1. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then you or your attorney must appear at the hearing or file a response before the hearing. *(see instructions on next page)*

3. A hearing on the Motion is scheduled to be held on Friday, August 29, 2025, at 1:30 p.m. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:

    ☒ Video Conference using the following link:
    https://www.zoomgov.com/j/16106574791?omn=1606401482

    ☒ In-Person participation is also available for this hearing in Courtroom No. 2 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

4. **If you do not file a response to the Motion before the hearing or appear at the hearing**, the court may enter an order granting the relief requested in the Motion.

5. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

1. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-2**, you must file your response electronically.

2. **If you are not required to file electronically**, you must file your response at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

3. **If you mail your response** to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> Michael I. Assad
> Sadek Law Offices, LLC
> 1500 JFK Boulevard, Suite 220
> Philadelphia, PA 19102
> 215-545-0008
> michael@sadeklaw.com

Date: August 28, 2025

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: Victoria's Kitchen LLC, | Case No. 25-13380-djb |
|---|---|
| _Debtor_. | Chapter 11 |

# ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Expedite Hearing on First Day Motions filed at [Dkt. No. 24] ("the Motion"), and the request for an expedited hearing on the following Motions: Debtor's Motion for Order Directing Credit Card Processors and Food Ordering Platforms to Honor Contracts Pending Assumption or Rejection [Dkt. No. 9], Debtor's Motion to Authorize Use of Cash Collateral [Dkt No. 11], and Debtor's Motion to Approve Payment of Prepetition Wages and Continued Use of ADP Payroll and 401(k) Services [Dkt. No. 23] (the "Motions"), and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. An initial hearing to consider the Motions shall be held on **August 29, 2025** at **1:30 p.m.** (the "Hearing"). The Hearing will be conducted in the following format:

    ☒ Video Conference using the following link:
    _If no link is provided, the video conference link will be included on the hearing calendar._

    ☒ In-Person in Courtroom No. 2 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

3. The Hearing on this Motion will be an evidentiary hearing.

4. Written objections or other responsive pleadings to the Motions (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

5. The Movant shall serve the Motions and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), all secured creditors and all parties otherwise requesting notice by overnight mail, facsimile transmission or e-mail transmission no later than **5:00 p.m**. on **August 28, 2025** Service made to each party identified above through the court's CM/ECF system is effective.

6. The Movant shall serve this Order and a Notice of the Motion in conformity with the proposed notice filed at ECF No. 24-1 on all other parties in interest, including creditors, by regular mail no later than **5:00 p.m**. on **August 28, 2025**.

7. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Dated: August 28, 2025

_____
Derek J. Baker
U.S. Bankruptcy Judge

# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Victoria's Kitchen LLC,<br><br>                    Debtor. | Case No. 25-13380-djb<br><br>Chapter 11 |

### Debtor's Motion for Order Directing Credit Card Processors and Food Ordering Platforms to Honor Contracts Pending Assumption or Rejection

**AND NOW**, Debtor Victoria's Kitchen LLC, through its proposed attorney, moves this Court for entry of an order directing its credit card processors and food ordering platforms to honor their contracts pending assumption or rejection under 11 U.S.C. §§ 365 and 105(a). In support of this Motion, the Debtor states as follows:

### Jurisdiction

1. The Court has jurisdiction under 28 U.S.C. §§ 157 and 1334, and the Standing Order of Reference (E.D. Pa. Nov. 8, 1990).

2. This is a core proceeding under 28 U.S.C. § 157(O) and the Debtor consents to the entry of a final order by this Court.

3. Venue is proper under 28 U.S.C. § 1409.

### Background

4. The Debtor initiated this case on August 26, 2025, by petitioning for relief under Subchapter V of Chapter 11.

5. Since the petition date, the Debtor has remained in possession of its assets and is operating its business as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

6. A description of the Debtor's business and the facts precipitating the filing of this Chapter 11 case is set forth in the declaration of the Debtor's principal that was filed with the Court on August 26, 2025, at ECF No. 4. Those facts, to the extent relevant, are incorporated herein by reference.

7. The Debtor operates a restaurant and relies on credit card transactions and third-party online ordering platforms as a primary portion of its revenue stream.

8. The Debtor has existing agreements (the "Processing Agreement" and the "Service Agreements") with Square and Toast (the "Processors") to process credit and debit card transactions and BentoBox, ChowNow, DoorDash, Grubhub, and Uber Eats (the "Service Providers") to facilitate customer orders.

9. Under these agreements, the Processors and Service Providers process payments, facilitate customer orders, and deposit the proceeds, less applicable fees, into the Debtor's designated bank account.

10. Any disruption of these services would deprive the Debtor of necessary cash flow and access to customer orders essential to its continued operations, which would be detrimental to the bankruptcy estate and the Debtor's ability to successfully reorganize.

**RELIEF REQUESTED**

11.     The Debtor seeks an order directing the Processors and Service Providers to continue performing under the Processing Agreement and Service Agreements until the Debtor assumes or rejects the contracts pursuant to 11 U.S.C. § 365.

**GROUNDS FOR RELIEF**

12.     Under 11 U.S.C. § 365(a), a debtor-in-possession may assume or reject an executory contract, subject to court approval.

13.     The Debtor is not in default under the Processing Agreement or Service Agreements and requires uninterrupted services to ensure the continued viability of its operations and reorganization efforts.

**NOW, THEREFORE**, the Debtor requests that the Court grant relief in the form of order attached, and further in its favor if necessary and proper under the law.

Date: August 26, 2025

**SADEK LAW OFFICES LLC**
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    1500 JFK Blvd., Suite 220
    Philadelphia, PA 19102
    215-545-0008
    michael@sadeklaw.com

# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:  ⎫  Case No. 25-13380-djb

    Victoria's Kitchen LLC,  ⎬  Chapter 11

                  Debtor.  ⎭

## Order Directing Credit Card Processor and Food Delivery Platforms to Honor Contracts Pending Assumption or Rejection

**AND NOW**, upon consideration of the Motion for Order Directing Credit Card Processor and Food Delivery Platforms to Honor Contracts Pending Assumption or Rejection filed by Debtor Victoria's Kitchen LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. BentoBox CMS Inc., ChowNow Inc., DoorDash Inc., Grubhub Seamless Inc., Square Inc., Toast Inc., Uber Technologies Inc., and all other similar providers served with the Motion or notice of the Motion (collectively, the "Service Providers"), are directed to continue performing under their respective agreements with the Debtor, including processing transactions and remitting proceeds to the Debtor as they did prior to the filing of the bankruptcy petition.

3. The Service Providers shall not unilaterally terminate or modify their agreements with the Debtor until further order of this Court.

4. Nothing in this Order shall constitute an assumption or rejection of any agreement between the Debtor and the Service Providers, nor shall it be deemed to authorize the Debtor to assume or assign any such agreements without compliance with applicable provisions of the Bankruptcy Code.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

                                                Derek J. Baker
                                                U.S. Bankruptcy Judge

CC: BentoBox CMS Inc.
584 Broadway
New York, NY 10012-3229

ChowNow Inc.
215 South Broad Stl
7th Floor
Philadelphia, PA 19107-5318

DoorDash Inc.
303 2nd Street
San Francisco, CA 94107-1366

Grubhub Seamless Inc.
111 W Washington St.
Chicago, IL 60602-2783

Square Inc.
Square Inc.
1455 Market St., Ste 600
San Francisco, CA 94103-1332

Toast Inc.
333 Summer St.
Boston, MA 02210

Uber Technologies Inc.
1725 Third Street
San Francisco, CA 94158-2203