## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Victoria's Kitchen LLC, | Case No. 25-13380-djb |
| *Debtor*. | Chapter 11 |

## Certificate of Service

I, Michael I. Assad, certify that on August 28, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Motion for Order Directing Credit Card Processors and Food Ordering Platforms to Honor Contracts Pending Assumption or Rejection

- Order Setting Hearing

- Notice of Motion

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 28, 2025

/s/ Michael I. Assad
Michael I. Assad
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| BentoBox CMS Inc. | Interested Party | ☒ Email: support@getbento.com |
| ChowNow Inc. | Interested Party | ☒ Email: support@chownow.com |
| DoorDash Inc. | Interested Party | ☒ Email: tia@doordash.com |
| Grubhub Seamless Inc. | Interested Party | ☒ Email: mdrucker@grubhub.com |
| Square Inc. | Interested Party | ☒ Email: legal@squareup.com |
| Toast Inc. | Interested Party | ☒ Email: legal@toasttab.com |
| Uber Technologies Inc. | Interested Party | ☒ Email: twest@uber.com |