

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                     Case No. 25-13380-djb

    Victoria's Kitchen LLC,                        Chapter 11

                              Debtor.

### Order Approving Payment of Prepetition Wages
### and Continued Use of ADP Payroll and 401(k) Services

**AND NOW**, upon consideration of the Debtor's Motion to Approve Payment of Prepetition Wages and Continued Use of ADP Payroll and 401(k) Services filed by Debtor Victoria's Kitchen LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is authorized to pay all prepetition wages and related payroll tax obligations in the ordinary course of business in the total amount of $36,000.00 per month, for up to twenty employees.

3. The Debtor is authorized to continue using ADP Payroll Services to process payroll and payroll tax obligations.

4. The Debtor is further authorized to continue making payroll deductions and remittances in connection with the ADP 401(k) program.

5. The Debtor's banks and financial institutions are authorized and directed to honor and process all checks and fund transfer requests related to the foregoing obligations, whether presented prior to or after the Petition Date.

6. Nothing in this Order shall be deemed to constitute an assumption of any employment agreement or benefit plan under 11 U.S.C. § 365.

7. No payments to or on behalf of any individual employee on account of pre-petition obligations shall exceed the amounts set forth in 11 U.S.C. §§ 507(a)(4) and 507(a)(5).

8. Nothing herein shall be deemed to:

    a. authorize the payment of any amounts in satisfaction of bonus or severance obligations, or which are subject to section 503(c) of the Bankruptcy Code; or

2

      b.  authorize the Debtors to cash out unpaid vacation/leave time except upon termination of an employee, if applicable state law requires such payment.

 

Derek J. Baker
U.S. Bankruptcy Judge

CC:    Automatic Data Processing Inc.
         1 ADP Boulevard
         Roseland, NJ 07068-1728

2