**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:  | Case No. 25-13380-djb

Victoria's Kitchen LLC, | Chapter 11

Debtor.

**Order Directing Credit Card Processor and Food Delivery Platforms to Honor Contracts Pending Assumption or Rejection**

    **AND NOW**, upon consideration of the Motion for Order Directing Credit Card Processor and Food Delivery Platforms to Honor Contracts Pending Assumption or Rejection filed by Debtor Victoria's Kitchen LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** on an interim basis.

2. BentoBox CMS Inc., ChowNow Inc., DoorDash Inc., Grubhub Seamless Inc., Square Inc., Toast Inc., Uber Technologies Inc., and all other similar providers served with the Motion or notice of the Motion (collectively, the "Service Providers"), are directed to continue performing under their respective agreements with the Debtor, including processing transactions and remitting proceeds to the Debtor as they did prior to the filing of the bankruptcy petition.

3. The Service Providers shall not unilaterally terminate or modify their agreements with the Debtor until further order of this Court.

4. Nothing in this Order shall constitute an assumption or rejection of any agreement between the Debtor and the Service Providers, nor shall it be deemed to authorize the Debtor to assume or assign any such agreements without compliance with applicable provisions of the Bankruptcy Code.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

 

                                              Derek J. Baker
                                              U.S. Bankruptcy Judge

CC:    BentoBox CMS Inc.
584 Broadway
New York, NY 10012-3229

ChowNow Inc.
215 South Broad Stl
7th Floor
Philadelphia, PA 19107-5318

DoorDash Inc.
303 2nd Street
San Francisco, CA 94107-1366

Grubhub Seamless Inc.
111 W Washington St.
Chicago, IL 60602-2783

Square Inc.
Square Inc.
1455 Market St., Ste 600
San Francisco, CA 94103-1332

Toast Inc.
333 Summer St.
Boston, MA 02210

Uber Technologies Inc.
1725 Third Street
San Francisco, CA 94158-2203