United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  　　　　　　　　　　　　　　　　　　　Case No. 25-13380-djb

　　Victoria's Kitchen LLC,　　　　　　　　　　Chapter 11

　　　　　　　　　　　　　Debtor.

### Consent Interim Order Authorizing Use of Cash Collateral

**AND NOW**, upon consideration of the Debtor's Motion to Authorize Cash Collateral filed by Debtor Victoria's Kitchen LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is authorized to use cash collateral in accordance with the monthly budget (including a permitted ten (10%) percent variance) attached as Exhibit A.

3. As adequate protection to the U.S. Small Business Administration, the Debtor must make monthly payments in the amount of $500.00, payable on the first day of each month for which the use of cash collateral is authorized, beginning on September 1, 2025.

4. This Order does not authorize payment to any professional retained under 11 USC § 327 or the Subchapter V Trustee, all of which are required to file fee applications in conformity with the applicable provisions of the Bankruptcy Code, the Federal and Local Rules of Bankruptcy Procedure, with notice to parties in interest, and subject to the provisions of 11 U.S.C. § 330.

5. This order expires on September 30, 2025.

**Date: August 29, 2025**

_____
Derek J. Baker
U.S. Bankruptcy Judge

We consent to the form and entry of this order.


SADEK LAW OFFICES LLC
*Proposed Attorney for Debtor*

/s/ Michael I. Assad
By: Michael I. Assad



DAVID METCALF
UNITED STATES ATTORNEY
*Attorney for U.S. Small Business Administration*

/s/ Anthony St. Joseph
By: Anthony St. Joseph

## Exhibit A

|  | Monthly |
|---|---|
| **Gross Receipts** | $193,000.00 |
| Food Costs | ($79,326.50) |
| Payroll (Wages) | ($23,598.75) |
| Catering Subcontractors | ($19,516.02) |
| Rent | ($9,000.00) |
| Paper Products | ($8,452.73) |
| Payroll (Tax) | ($7,285.38) |
| Sales Tax | ($5,833.33) |
| Utilities | ($5,252.08) |
| Insurance | ($4,370.41) |
| Vehicle Expenses | ($4,365.20) |
| Office Expenses | ($4,237.91) |
| Marketing | ($2,885.56) |
| Accounting Fees | ($1,965.46) |
| Delivery Service Fees | ($1,929.70) |
| Payroll (Fees) | ($1,588.86) |
| Credit Card Processing Fees | ($773.19) |
| Payroll (401k Match) | ($703.58) |
| SBA Payment | ($500.00) |
| Attorney Fees | ($500.00) |
| Subchapter V Trustee | ($400.00) |
| **Ending Balance** | $10,515.34 |