United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-13380-djb |
| Victoria's Kitchen LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 29, 2025 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria's Kitchen LLC, 2001 E Tulpehocken St, Philadelphia, PA 19138-1309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 30 2025 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 30 2025 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 31, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com chsm11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 29, 2025 | Form ID: pdf900 | Total Noticed: 3

MICHAEL I. ASSAD
    on behalf of Debtor Victoria's Kitchen LLC michael@sadeklaw.com sadeklaw@recap.email

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:  

Victoria's Kitchen LLC,  

                Debtor.

Case No. 25-13380-djb  

Chapter 11

## Order Approving Payment of Prepetition Wages and Continued Use of ADP Payroll and 401(k) Services

**AND NOW**, upon consideration of the Debtor's Motion to Approve Payment of Prepetition Wages and Continued Use of ADP Payroll and 401(k) Services filed by Debtor Victoria's Kitchen LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is authorized to pay all prepetition wages and related payroll tax obligations in the ordinary course of business in the total amount of $36,000.00 per month, for up to twenty employees.

3. The Debtor is authorized to continue using ADP Payroll Services to process payroll and payroll tax obligations.

4. The Debtor is further authorized to continue making payroll deductions and remittances in connection with the ADP 401(k) program.

5. The Debtor's banks and financial institutions are authorized and directed to honor and process all checks and fund transfer requests related to the foregoing obligations, whether presented prior to or after the Petition Date.

6. Nothing in this Order shall be deemed to constitute an assumption of any employment agreement or benefit plan under 11 U.S.C. § 365.

7. No payments to or on behalf of any individual employee on account of pre-petition obligations shall exceed the amounts set forth in 11 U.S.C. §§ 507(a)(4) and 507(a)(5).

8. Nothing herein shall be deemed to:

    a. authorize the payment of any amounts in satisfaction of bonus or severance obligations, or which are subject to section 503(c) of the Bankruptcy Code; or

      b. authorize the Debtors to cash out unpaid vacation/leave time except upon termination of an employee, if applicable state law requires such payment.

**Date: August 29, 2025**

_____
Derek J. Baker
U.S. Bankruptcy Judge


CC:   Automatic Data Processing Inc.
       1 ADP Boulevard
       Roseland, NJ 07068-1728

2