**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Victoria's Kitchen LLC,<br><br>                      Debtor. | Case No. 25-13380-djb<br><br>Chapter 11 |

### Debtor's Motion to Extend Time
### to File Documents Required by Section 1187(a)

**AND NOW**, Debtor Victoria's Kitchen LLC, through its proposed attorney, moves this Court for entry of an order extending time to file documents required by 11 U.S.C. § 1187(a). In support of this Motion, the Debtor states as follows:

1. The Debtor initiated this case on August 26, 2025, by petitioning for relief under Subchapter V of Chapter 11, United States Code.

2. Since the petition date, the Debtor has remained in possession of its assets and is operating its business as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

3. A description of the Debtor's business and the facts precipitating the filing of this Chapter 11 case is set forth in the declaration of the Debtor's principal that was filed with the Court on August 26, 2025, at ECF No. 4. Those facts, to the extent relevant, are incorporated herein by reference.

4. Under Section 1187(a), the Debtor must, within seven days after filing the case, file "its most recent balance sheet, statement of operations, cash-flow statement, and Federal income tax return; or . . . a statement made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed."

5. Those documents are due on September 2, 2025.

6. The Court may extend this deadline for good cause shown under 11 U.S.C. § 105(a).

7. The Debtor is working diligently to prepare the schedules and statement of financial affairs, and expects to file them on or before they are due on September 9, 2025.

8. Because assembling the schedules and statement of financial affairs has been the Debtor's priority, it needs additional time to prepare the documents required under Section 1187(a).

9. The Debtor requests an extension until September 9, 2025, so that it can file the documents concurrently with the schedules and statement of financial affairs.

**NOW, THEREFORE**, the Debtor requests that the Court grant relief in the form of order attached, and further in its favor if necessary and proper under the law.

Date: September 1, 2025

**SADEK LAW OFFICES LLC**
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

### Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system.

Date: September 1, 2025

/s/ Michael I. Assad
Michael I. Assad