# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:                                                          Case No. 25-13380-djb

    Victoria's Kitchen LLC,                   Chapter 11

        Debtor.

**Order Extending Time to File Documents Required by Section 1187(a)**

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Documents Required by Section 1187(a) filed by Debtor Victoria's Kitchen LLC, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor must file the documents required by 11 U.S.C. § 1187(a) on or before September 9, 2025.

Date:

                                    Derek J. Baker
                                    U.S. Bankruptcy Judge