**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 25-13380-djb |
| Victoria's Kitchen LLC, | Chapter 11 |
| Debtor. | |

### Debtor's Motion to Expedite Hearing on Motion for Continuation of Utility Service and Deeming Utility Services Adequately Assured of Future Payment

**AND NOW**, Debtor Victoria's Kitchen LLC, through its proposed attorney, moves this Court expedite hearing of its motion to continue utility service, and in support states:

1. The Debtor initiated this case on August 26, 2025, by petitioning for relief under Subchapter V of Chapter 11.

2. Since the petition date, the Debtor has remained in possession of its assets and is operating its business as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

3. A description of the Debtor's business and the facts precipitating the filing of this Chapter 11 case is set forth in the declaration of the Debtor's principal that was filed with the Court on August 26, 2025, at ECF No. 4. Those facts, to the extent relevant, are incorporated herein by reference.

4. On August 26, 2025, the Debtor filed a motion at ECF No. 8 requesting the Court to enter an order requiring the continuation of utility service and deeming utility services adequately protected.

5. Under 11 U.S.C. § 366, the Debtor's utility services may terminate service if the Court does not deem them adequately protected on or before September 15, 2025.

6.      The Debtor requests that the Court expedite the hearing on the motion to September 9, 2025, at 1:00 p.m.

**NOW, THEREFORE**, the Debtor requests that the Court grant relief in the form of order attached, and further in its favor if necessary and proper under the law.

Date: September 3, 2025

**SADEK LAW OFFICES LLC**
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    1500 JFK Blvd., Suite 220
    Philadelphia, PA 19102
    215-545-0008
    michael@sadeklaw.com