# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Victoria's Kitchen LLC,<br><br>　　　　　　　　　Debtor. | Case No. 25-13380-djb<br>Chapter 11 |

### Order Extending Time to File Documents Required by Section 1187(a)

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Documents Required by Section 1187(a) filed by Debtor Victoria's Kitchen LLC, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor must file the documents required by 11 U.S.C. § 1187(a) on or before September 9, 2025.

Date: **September 3, 2025**

_____
Derek J. Baker
U.S. Bankruptcy Judge