**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Victoria's Kitchen LLC, <br><br> *Debtor*. | Case No. 25-13380-djb <br> Chapter 11 |

## Certificate of Service

I, Michael I. Assad, certify that on September 3, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion for Continuation of Utility Service and Deeming Utility Services Adequately Assured of Future Payment

- Order Setting Hearing

- Notice of Motion

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 3, 2025

/s/ Michael I. Assad
Michael I. Assad
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Comcast | Creditor | ☒ Fax: 215-286-7794 |
| PECO | Creditor | ☒ Email: lynn.zack@exeloncorp.com |
| Philadelphia Gas Works | Creditor | ☒ Email: pearl.pham@pgworks.com |
| City of Philadelphia | Creditor | ☒ Email: pamela.thurmond@phila.gov |