IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
--------------------------------------------------------x
In re                                                   :
                                                        :    Chapter 11
    VICTORIA'S KITCHEN LLC,                             :
                                                        :
                                                        :    Case No. 25-13380 (DJB)
                                        Debtor.         :
--------------------------------------------------------x
```

## ENTRY OF APPEARANCE OF THE CITY OF PHILADELPHIA COMBINED WITH DEMAND FOR SERVICE OF PAPERS

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter the appearance of PAMELA ELCHERT THURMOND, Esquire as counsel of record for creditor The City of Philadelphia and/or Water Revenue Bureau, where applicable, in the above-captioned matter.

PLEASE TAKE NOTICE that the City of Philadelphia and/or Water Revenue Bureau, (the "City"), a creditor and party-in-interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, Pamela Elchert Thurmond, Senior Attorney; such counsel hereby enters their appearance pursuant to Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") and Fed. R. Bankr. P. 9010 (b), and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007 and § 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the captioned case and served upon the City and to the attorney at the address and telephone number set forth below.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Creditor's rights: (1) to have final orders in noncore matters

entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Creditor is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly reserves.

                                                Respectfully submitted,

                                                THE CITY OF PHILADELPHIA

Dated: September 4, 2025      By:   */s/ Pamela Elchert Thurmond*
                                                    PAMELA ELCHERT THURMOND
                                                    Senior Attorney
                                                    PA Attorney I.D. 202054
                                                    Attorney for the City of Philadelphia
                                                          and/or
                                                    Water Revenue Bureau
                                                    City of Philadelphia Law Department
                                                    Municipal Services Building
                                                    1401 JFK Boulevard, 5th Floor
                                                    Philadelphia, PA  19102-1595
                                                    215-686-0508 (phone)
                                                    Email: Pamela.Thurmond@phila.gov

Case 25-13380-djb    Doc 56    Filed 09/04/25    Entered 09/04/25 09:24:22    Desc Main
Document      Page 3 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
------------------------------------------------------x
In re                                    :
                                         :        Chapter 11
   VICTORIA'S KITCHEN LLC,               :
                                         :        Case No. 25-13380 (DJB)
                              Debtor.    :
------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance of the City of Philadelphia was served by the means designated below, on the date set forth below, upon the following parties:

<u>Via ECF Filing Notice:</u>

Chapter 13 Trustee
Gellert Seitz Busenkell & Brown LLC
HOLLY SMITH MILLER, ESQ.
901 Market Street – Suite 3020
Philadelphia, PA 19107

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street –Suite 320
Philadelphia, PA 19107

MICHAEL I. ASSAD
Sadek Law Offices, LLC
1500 JFK Boulevard – Suite 220
Philadelphia, PA 19102

<u>Via USPS Mail Delivery</u>
Victoria's Kitchen LLC
2001 E Tulpehocken St
Philadelphia, PA 19138

Respectfully submitted,

Date: September 4, 2025

By: /s/ Pamela Elchert Thurmond
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
City of Philadelphia Law Department
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
215-686-0582 (facsimile)
Email: Pamela.Thurmond@phila.gov