United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 25-13380-djb

Victoria's Kitchen LLC                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                      User: admin                              Page 1 of 2
Date Rcvd: Sep 03, 2025                   Form ID: pdf900                         Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria's Kitchen LLC, 2001 E Tulpehocken St, Philadelphia, PA 19138-1309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 04 2025 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 04 2025 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 05, 2025                   Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com  chsm11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |

MICHAEL I. ASSAD
                    on behalf of Debtor Victoria's Kitchen LLC michael@sadeklaw.com  sadeklaw@recap.email

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 4

## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Victoria's Kitchen LLC,

                 Debtor.

Case No. 25-13380-djb

Chapter 11

### Order Extending Time to File Documents Required by Section 1187(a)

    **AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Documents Required by Section 1187(a) filed by Debtor Victoria's Kitchen LLC, and for good cause shown, it is hereby **ORDERED** that:

1.    The Motion is **GRANTED**.

2.    The Debtor must file the documents required by 11 U.S.C. § 1187(a) on or before September 9, 2025.

Date: **September 3, 2025**

_____

Derek J. Baker
U.S. Bankruptcy Judge