## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Victoria's Kitchen LLC**                                                                  Case No.  **25-13380-djb**
                                               Debtor(s)                                                      Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Victoria A. Turner Tyson**, declare under penalty of perjury that I am the **Managing Member** of **Victoria's Kitchen LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on **August 26, 2025**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Victoria A. Turner Tyson**, **Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Victoria A. Turner Tyson**, **Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Victoria A. Turner Tyson**, **Managing Member** of this Corporation is authorized and directed to employ **Michael Assad**, attorney and the law firm of **Sadek Law Offices** to represent the corporation in such bankruptcy case."

Date **August 26, 2025**                                    Signed  **/s/ Victoria A. Turner Tyson**
                                                                             **Victoria A. Turner Tyson**

# Resolution of Board of Directors
## of
### Victoria's Kitchen LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **VIctoria A. Turner Tyson**, **Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **VIctoria A. Turner Tyson**, **Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **VIctoria A. Turner Tyson**, **Managing Member** of this Corporation is authorized and directed to employ **Michael Assad** , attorney and the law firm of **Sadek Law Offices** to represent the corporation in such bankruptcy case.

Date  **August 26, 2025**                                    Signed   **/s/ Victoria A. Turner Tyson**
                                                                                              **Victoria A. Turner Tyson**