# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Victoria's Kitchen LLC, <br><br>　　　　　　　　　　　　*Debtor*. | Case No. 25-13380-djb <br> Chapter 11 |

## Motion to Set Proof of Claim Deadline

Debtor Victoria's Kitchen LLC, through its proposed attorney, moves this Court to enter an order setting a deadline by which creditors and parties in interest must file proofs of claim. In support of this Motion, the Debtor states as follows:

1. This case was filed under Subchapter V of Chapter 11 on August 26, 2025.

2. Under 11 U.S.C. § 501 and Fed R. Bankr. P. 3003(c)(3), the Court may fix a deadline by which non-governmental proofs of claim must be filed.

3. Setting a deadline will allow the Debtor to accurately assess the nature and extent of the claims against the estate as it prepares a plan of reorganization.

4. The Debtor requests that the Court order non-governmental creditors to file proofs of claim on or before November 4, 2025.

For those reasons, the Court must enter relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: September 8, 2025　　　　　　**SADEK LAW OFFICES, LLC**
　　　　　　　　　　　　　　　　　　*Proposed Attorney for Debtor*

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Michael I. Assad
　　　　　　　　　　　　　　　　　　1500 JFK Boulevard, Suite 220
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　215-545-0008
　　　　　　　　　　　　　　　　　　michael@sadeklaw.com

2

**Certificate of Service**

      I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: September 8, 2025        /s/ Michael I. Assad
                                          Michael I. Assad