IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                    :
                                         :     Chapter 11
                                         :
        VICTORIA'S KITCHEN LLC           :
                                         :     Case No. 25-13380(DJB)
                                         :
                        Debtor.          :
                                         :     Hearing Date: 9/9/2025 at 1pm
-------------------------------------------------------x
```

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copies of the foregoing was served by the means designated below, on the date set forth below, upon the following parties:

Via ECF FILING

Debtor's Counsel:
Michael I. Assad, Esq.
Sadek Law Offices, LLC
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102

United States Trustee:
John Henry Schanne, Esq.
Office of the United States Trustee
900 Market Street, Ste 320
Philadelphia, PA 19107

                                                                  Respectfully submitted,

Date: September 8, 2025                 By:    /s/ Pamela Elchert Thurmond
                                                             PAMELA ELCHERT THURMOND
                                                             Senior Attorney
                                                             PA Attorney I.D. 202054
                                                             City of Philadelphia Law Department
                                                             1401 JFK Blvd., 5th Floor
                                                             Philadelphia, PA  19102-1595
                                                             215-686-0508 (phone)
                                                             215-686-0582 (facsimile)
                                                             Email: Pamela.Thurmond@phila.gov