IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:   Victoria's Kitchen LLC        :   25-13380-djb
                                       :   In Chapter 11
                                       :
             Debtor.                   :   **Hearing Date: September 9, 2025 at**
                                       :   **1:00PM**
                                       :
---------------------------------------------------------x

# PHILADELPHIA GAS WORKS' OBJECTION TO DEBTOR'S MOTION FOR CONTINUATION OF UTILITY SERVICE AND DEEMING UTILITY SERVICES ADEQUATELY ASSURED OF FUTURE PAYMENT

AND NOW, comes Philadelphia Gas Works ("PGW"), by and through its counsel, Pearl Pham, hereby objects to the Debtor's Motion for Continuation of Utility Service and Deeming Utility Services Adequately Assured of Future Payment pursuant 11 U.S.C. §§ 105(a) and 366 ("the Utility Motion").

While, PGW does not want to delay the confirmation plan, it is objecting to the Debtor's proposal to not provide any adequate assurance to PGW.

PGW avers the following in its objection thereto:

1. On August 26, 2025, ("Petition Date") the Debtor commenced this bankruptcy proceeding in Chapter 11.

2. The Debtor continues to operate its business.

3. PGW has provided Debtor with pre-petition utility services and has continued to provide the Debtor with utility service since the Petition Date.

1

4. On September 3, 2025, Debtor filed this Motion in which it seeks the Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company under § 366 (b).

5. Under PUC rules and regulations, for a commercial business like Debtor, PGW must provide 7 days' notice of intention to terminate service.

6. As the weather changes from summer to fall and winter, gas usage will increase causing higher gas bills. Adequate assurance payments are necessary to offset the increased gas usage and increased monthly gas bills, with the benefit of those adequate assurance payments shared between PGW and the Debtor.

7. Debtor states no adequate assurance is necessary due to their payment history. However, PGW requests time to review Debtor's payment history and to calculate a reasonable adequate assurance amount due to its exposure under the tariff.

8. PGW requests time to review, prepare adequate assurance request, and to confirm timely payments are being made.

9. Debtor's proposed Order states that:

   **The Utility Providers are prohibited from altering, refusing, or discontinuing service to the Debtor without the permission of this court.**

10. Utilities can discontinue service if post petition payments are not maintained. Here, debtor requests if utilities wish to discontinue service, they must seek permission of this Court. Debtor puts PGW exposed and at risk with no adequate assurance and where PGW cannot discontinue services, even for fully post-petition charges, without returning to Court.

WHEREFORE, PGW respectfully requests that this Court enter an Order denying

Debtor's Utility Motion providing such other and further relief as the Court deems just and appropriate.

                                                      Respectfully submitted,

                                                      PHILADELPHIA GAS WORKS

Dated: September 8, 2025               By: /s/ Pearl Pham
                                                    Pearl Pham
                                                    800 W. Montgomery Avenue
                                                    Philadelphia, PA 19122
                                                    (215) 684-6227
                                                    Attorney for Philadelphia Gas Works

## CERTIFICATE OF SERVICE

I, PEARL PHAM, hereby certify that in addition to the notice and service provided through the Court's ECF system, on September 8, 2025, I caused a true and correct copy of the Objection of PHILADELPHIA GAS WORKS' to the Debtors' DEBTOR'S MOTION FOR CONTINUATION OF UTILITY SERVICE AND DEEMING UTILITY SERVICES ADEQUATELY ASSURED OF FUTURE PAYMENT to be served by via ECF on:

*Debtor's Counsel*
**MICHAEL I. ASSAD**
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
215-545-0008
Fax : 215-545-0611
Email: michael@sadeklaw.com

*Trustee*
**HOLLY SMITH MILLER, ESQ.**
Gellert Seitz Busenkell & Brown LLC
901 Market Street
Suite 3020
Philadelphia, PA 19107
215-238-0012

*U.S. Trustee*
**JOHN HENRY SCHANNE**
DOJ-Ust
Office of The United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
202-934-4154
Email: John.Schanne@usdoj.gov

Dated: September 8, 2025         /s/ Pearl Pham
                                  Attorney for Philadelphia Gas Works
                                  800 W. Montgomery Avenue
                                  Philadelphia, PA 19122
                                  (215) 684-6227
                                  pearl.pham@pgworks.com

5