# Profit and Loss

## Victoria's Kitchen
### January-December, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Income | |
|   40000 Revenue | 0 |
|     4001 Restaurant Revenue | 1,137,561.41 |
|     4002 Catering Revenue | 1,180,342.25 |
|   **Total for 40000 Revenue** | **$2,317,903.66** |
|   43900 Catering Sales | 0 |
|     4390 Catering Sales | 2,184.00 |
|   **Total for 43900 Catering Sales** | **$2,184.00** |
| **Total for Income** | **$2,320,087.66** |
| Cost of Goods Sold | |
|   50000 Cost of Goods Sold | 0 |
|     5001 COGS - Restaurant Expenses | $28,257.97 |
|       5001B Food Costs | 912,118.12 |
|       5001C Restaurant Supplies & Equipment | $101,432.75 |
|         Equipment Rental | 205.24 |
|       **Total for 5001C Restaurant Supplies & Equipment** | **$101,637.99** |
|     **Total for 5001 COGS - Restaurant Expenses** | **$1,042,014.08** |
|     5002 COGS - Catering Expenses | $2,274.53 |
|       5002B Food Costs | 2,669.61 |
|       5002C Catering Supplies & Equipment | 288.78 |
|       5002D Catering Subcontractors | 234,192.23 |
|       5002E Other Catering Expenses | 2,640.06 |
|     **Total for 5002 COGS - Catering Expenses** | **$242,065.21** |
|     5003 COGS - Food Truck Expenses | $12.23 |
|       5003B Food Truck Supplies & Equipment | 2,500.00 |
|     **Total for 5003 COGS - Food Truck Expenses** | **$2,512.23** |
|     5006 COGS - Merchant Account Fees | 865.95 |
|     5008 COGS - Other Expenses | 85.45 |
|   **Total for 50000 Cost of Goods Sold** | **$1,287,542.92** |
| **Total for Cost of Goods Sold** | **$1,287,542.92** |
| **Gross Profit** | **$1,032,544.74** |
| Expenses | |
|   60000 Employee Related Expenses | 0 |
|     6001 Salaries & Wages - Restaurant | 272,584.96 |
|     6010 Payroll Taxes | 87,424.52 |
|     6011 Payroll Processing Fees | 19,066.35 |
|     6020 Employee Healthcare | 828.00 |

# Profit and Loss

## Victoria's Kitchen
### January-December, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| 6022 Owner Life Insurance | 5,975.34 |
| 6030 Workers Compensation Insurance | 500.00 |
| 6040 Employee Training & Development | 1,104.17 |
| 6045 Uniforms | 1,387.16 |
| 6050 Sub Contractors | 10,600.00 |
| 6061 - Employee Benefits -401K | 7,614.90 |
| **Total for 60000 Employee Related Expenses** | **$407,085.40** |
| 61000 Occupancy Expenses | 0 |
| 6100 Rent Expense - Ogontz Ave | 20,507.08 |
| 6102 Utilities | 40,906.19 |
| 6103 Phone, Cable, Internet Expense | 22,118.79 |
| 6104 Real Estate Taxes | 2,560.00 |
| 6106 Repairs and Maintenance | 19,682.81 |
| 6107 Pest Control | 624.00 |
| 6230 Insurance Expense - Property and WC | 44,179.08 |
| 6251 Cleaning Services | 51.63 |
| **Total for 61000 Occupancy Expenses** | **$150,629.58** |
| 62000 Office Expenses | $26,218.76 |
| 6201 Office Supplies | 3,046.37 |
| 6202 Subscription and Dues | 10,762.37 |
| 6203 Postage and Mailing | 104.93 |
| 6204 Software & Applications | 23,156.40 |
| 6205 Printing, Menus & Publications | 2,414.49 |
| 6250 Other Office Expenses | 7,698.05 |
| 6460 Donation | 110.00 |
| 6470 Education Expenses | 499.99 |
| **Total for 62000 Office Expenses** | **$74,011.36** |
| 63000 Professional Services | 0 |
| 6301 Tax and Accounting Services | 17,250.00 |
| 6302 Legal Services | 5,939.50 |
| 6350 Other Professional Services | 396.00 |
| **Total for 63000 Professional Services** | **$23,585.50** |
| 64000 Vehicle Expenses | 0 |
| 6401 Repairs & Maintenance | 22,878.59 |
| 6403 Fuel | 17,863.78 |
| 6404 Tolls & Parking | 7,708.60 |
| 6405 Vehicle Insurance | 2,920.55 |
| 6450 Other Vehicle Expenses | 3,931.39 |
| **Total for 64000 Vehicle Expenses** | **$55,302.91** |

# Profit and Loss

## Victoria's Kitchen
### January-December, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| 65000 Travel, Meals & Entertainment | $3.45 |
|   6500 Travel | $2,102.35 |
|     6510 - Ground Transportation | 3,012.49 |
| **Total for 6500 Travel** | **$5,114.84** |
|   6510 Meals | 10,780.71 |
|   6511 - Hotel | 2,597.71 |
|   6540 Misc | 74.70 |
| **Total for 65000 Travel, Meals & Entertainment** | **$18,571.41** |
| 66000 General & Administrative | $1,110.46 |
|   6605 Local Tax | 2,373.00 |
|   6606 Licenses, Permits & Inspections | 1,127.96 |
|   6607 Computer & Internet Expenses | 4,779.12 |
|   6608 Bank Service Fees | 8,720.66 |
|   6610 Charitable Contributions | 270.52 |
|   6613 Advertising & Marketing | 34,626.69 |
|   6614 Interest Expense | 3,597.04 |
|   6615 Equipment Repairs | 784.00 |
|   6616 Tools and Small Equipment | 1,318.74 |
|   6640 Credit Card Processing Fees | 9,278.25 |
|   6650 Other Miscellaneous Expenses | 117.95 |
| **Total for 66000 General & Administrative** | **$68,104.39** |
| Sales Tax Expense | 20,282.27 |
| Uncategorized Expense | 654.98 |
| **Total for Expenses** | **$818,227.80** |
| **Net Operating Income** | **$214,316.94** |
| Other Income | |
|   Insurance Proceeds | 21,632.92 |
| **Total for Other Income** | **$21,632.92** |
| Other Expenses | |
|   80000 Other Expenses | $4,335.80 |
|     8000 Interest Expense | 3,287.33 |
| **Total for 80000 Other Expenses** | **$7,623.13** |
|   Unidentified Checks | |
| **Total for Other Expenses** | **$7,623.13** |
| **Net Other Income** | **$14,009.79** |
| **Net Income** | **$228,326.73** |