Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Victoria's Kitchen LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | 25-13380-djb |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express<br>200 Vesey Street<br>New York, NY 10285 | | Money Loaned | Disputed | | | $16,479.00 |
| Capital One<br>1680 Capital One Dr<br>McLean, VA 22102 | | Money Loaned | Disputed | | | $10,560.00 |
| Capital One<br>1680 Capital One Dr<br>McLean, VA 22102 | | Money Loaned | Disputed | | | $5,310.00 |
| Department of Labor and Industry Office of Chief Counsel<br>444 North Third Street<br>Philadelphia, PA 19123 | | Unpaid Unemployment Compensation | Disputed | $86,482.00 | Unknown | Unknown |
| JP Morgan Chase<br>270 Park Avenue<br>New York, NY 10017 | | Money Loaned | | | | $3,386.62 |
| Pennsylvania Department of Revenue<br>PO Box 280946<br>Harrisburg, PA 17128 | | Taxes | Disputed | $1,030,298.00 | Unknown | Unknown |
| Sysco Food Corporation<br>1390 Enclave Pkwy<br>Houston, TX 77077 | | Goods Sold | Disputed | | | $20,000.00 |
| U.S. Small Business Administration Office of General Counsel<br>409 3rd St SW<br>Washington, DC 20416 | | Money Loaned | Disputed | $1,000,000.00 | Unknown | Unknown |

| Debtor | Victoria's Kitchen LLC | | Case number *(if known)* | | 25-13380-djb |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Uline**<br>**12575 Uline Dr**<br>**Pleasant Prairie, WI 53158** | | **Goods Sold** | | | | **$691.65** |