**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Victoria's Kitchen LLC,<br><br>                                                  *Debtor*. | Case No. 25-13380-djb<br>Chapter 11 |

**Disclosure of Compensation Paid by the Debtor to Certain Persons**

      **PLEASE TAKE NOTICE** that Debtor Victoria's Kitchen LLC Inc. intends to pay compensation to certain persons as follows under Local Bankruptcy Rule 4002-1:

      The Debtor intends to pay Victoria A. Turner Tyson in the amount of $2,000 bi-weekly as compensation for her employment as Managing Member. Ms. Tyson's duties and responsibilities include but are not limited to supervision of the overall operations of the Debtor, planning and strategy, management, directing human resources, and financial and legal planning. The Debtor paid Ms. Tyson the equivalent of $52,000 annually ($2,000 bi-weekly) at the period measured 1 year prior to the petition date, the equivalent of $52,000 annually ($2,000 bi-weekly) at the periods measured 180 days and 90 days prior to the petition date.

      Any creditor or party in interest who objects to the Debtor's continued retention of the above officers or to the compensation paid to said officers must do so in accordance with Local Bankruptcy Rule 4002-2.

| | |
|---|---|
| Date: September 8, 2025 | **SADEK LAW OFFICES, LLC**<br>*Proposed Attorney for Debtor*<br><br>By: _____<br>Michael I. Assad<br>1500 JFK Boulevard, Suite 220<br>Philadelphia, PA 19102<br>215-545-0008<br>michael@sadeklaw.com |