# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Victoria's Kitchen LLC**　　　　　　　　　　　　　　　　Case No. **25-13380-djb**
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kevin B. Tyson**<br>46 Wakefield Rd<br>Atco, NJ 08004 | **Common** | 1 | **Membership Interest** |
| **Victoria A. Turner Tyson**<br>46 Wakefield Rd<br>Atco, NJ 08004 | **Common** | 1 | **Membership Interest** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

　　　I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date　**September 9, 2025**　　　　　　　　　　　Signature　**/s/ Victoria A. Turner Tyson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Victoria A. Turner Tyson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.