# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:  

    Victoria's Kitchen LLC,  

        Debtor.

Case No. 25-13380-djb  

Chapter 11

**Statement Pursuant to 11 U.S.C. § 1116(1)(B)**

1. I, Victoria A. Turner Tyson, am the Managing Member of Victoria's Kitchen LLC, the Debtor in this bankruptcy case.

2. The Debtor has not prepared a recent cash-flow statement or balance sheet.

3. I state under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.


Date: September 9, 2025        /s/ Victoria A. Turner Tyson  
                                          Victoria A. Turner Tyson