**Fill in this information to identify the case:**

Debtor name   **Victoria's Kitchen LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **25-13380-djb**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 9, 2025**        X **/s/ Victoria A. Turner Tyson**
                                             Signature of individual signing on behalf of debtor

                                             **Victoria A. Turner Tyson**
                                             Printed name

                                             **Managing Member**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Victoria's Kitchen LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **25-13380-djb**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................... $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................... $ _____ **374,481.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................ $ _____ **374,481.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____ **2,139,323.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................... $ _____ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............. +$ _____ **56,427.27**

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b

$ _____ **2,195,750.27**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Victoria's Kitchen LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **25-13380-djb**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.  **PNC Bank** | **Checking (Operating Account)** | **6258** | $4,329.00 |
| 3.2.  **PNC Bank** | **Checking (Catering Account)** | **6493** | $1,071.00 |
| 3.3.  **PNC Bank** | **Checking (Payroll Account)** | **6514** | $6,181.00 |
| 3.4.  **PNC Bank** | **Checking (Expense Account CCP NW)** | **6549** | $10.00 |
| 3.5.  **PNC Bank** | **Checking (Payroll Account CCP NW)** | **6522** | $545.00 |
| 3.6.  **PNC Bank** | **Checking (Expense Account CCP NW)** | **6506** | $50.00 |

4. **Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Victoria's Kitchen LLC** | Case number *(If known)* **25-13380-djb** |
|---|---|---|
| | Name | |

5.     **Total of Part 1.**                                                                                                           $12,186.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.        **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **Security deposit for commercial lease at 2001 East Tulpenhocken Street,**                    $2,500.00

8.        **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.        **Total of Part 2.**                                                                                                           $2,500.00

Add lines 7 through 8. Copy the total to line 81.

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.        **Accounts receivable**

11a. 90 days old or less:           **220,000.00**     -                **0.00**  = ....          $220,000.00
                                                          face amount                    doubtful or uncollectible accounts

12.        **Total of Part 3.**                                                                                                         $220,000.00

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

**Part 4:     Investments**

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** **Perishable Food** | | $0.00 | Replacement | $13,000.00 |

20.        **Work in progress**

21.        **Finished goods, including goods held for resale**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Victoria's Kitchen LLC** | Case number *(If known)* | **25-13380-djb** |
|---|---|---|---|
| | Name | | |

**22.**   **Other inventory or supplies**

**23.**   **Total of Part 5.**                                                                                                                    | **$13,000.00** |
Add lines 19 through 22.   Copy the total to line 84.

**24.**   **Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value          13,000.00   Valuation method    **Replacement**    Current Value          13,000.00

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture**  Office furniture | $0.00 | Replacement | $1,000.00 |
| **40.**   **Office fixtures** | | | |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software**  Computers | $0.00 | Replacement | $2,000.00 |
| Point of sale technology | $0.00 | Replacement | $3,000.00 |

**42.**   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**   **Total of Part 7.**                                                                                                                    | **$6,000.00** |
Add lines 39 through 42.   Copy the total to line 86.

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Victoria's Kitchen LLC**                                    Case number *(If known)*  **25-13380-djb**
          Name

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2016 Ford Transit** | $0.00 | **Comparable sale** | $7,265.00 |
| 47.2.  **2016 Ford Transit** | $0.00 | **Comparable sale** | $7,265.00 |
| 47.3.  **2016 Ford Transit** | $0.00 | **Comparable sale** | $7,265.00 |
| 47.4.  **2022 Mercedes Sprinter Van** | $0.00 | **Comparable sale** | $30,000.00 |
| 47.5.  **2019 Ford Expedition** | $0.00 | **Comparable sale** | $5,000.00 |
| 47.6.  **2002 P4500 Food Truck** | $0.00 | **Replacement** | $40,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|---|---|---|---|
| **Steam tables (2)** | $0.00 | **Replacement** | $4,000.00 |
| **Double convection oven (2)** | $0.00 | **Replacement** | $3,000.00 |
| **Commercial stove** | $0.00 | **Replacement** | $1,500.00 |
| **Reach-in refrigerator (4)** | $0.00 | **Replacement** | $6,000.00 |
| **Deep fryers (3)** | $0.00 | **Replacement** | $1,500.00 |
| **Grill** | $0.00 | **Replacement** | $1,000.00 |
| **Bakery case** | $0.00 | **Replacement** | $1,000.00 |
| **Beverage refrigerator** | $0.00 | **Replacement** | $1,000.00 |
| **Walk-in refrigerator** | $0.00 | **Replacement** | $2,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

Debtor  **Victoria's Kitchen LLC**                                          Case number (If known) **25-13380-djb**
     Name

| | |
|---|---|
| 51. | **Total of Part 8.** |

    Add lines 47 through 50.   Copy the total to line 87.

$117,795.00

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 9:**   **Real property**

54.   **Does the debtor own or lease any real property?**

    ☐ No.   Go to Part 10.
    ☒ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2001 East Tulpenhocken Street, Philadelphia, PA** | **Leasehold** | **$0.00** | **N/A** | **$0.00** |
| 55.2. **7304 Ogontz Avenue, Philadelphia, PA** | **Leasehold** | **$0.00** | **N/A** | **$0.00** |
| 55.3. **5070 Parkside Ave., Philadelphia, PA** | **Leasehold** | **$0.00** | **N/A** | **$0.00** |

56.   **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

$0.00

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59.   **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.   Go to Part 11.
    ☒ Yes Fill in the information below.

| General description | | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | **Victoria's Kitchen LLC** | Case number *(If known)* | **25-13380-djb** |
|---|---|---|---|
| | Name | | |

**60.** **Patents, copyrights, trademarks, and trade secrets**

**61.** **Internet domain names and websites**

**62.** **Licenses, franchises, and royalties**
    **Mercantile License**      **$0.00**    **N/A**        **$0.00**

**63.** **Customer lists, mailing lists, or other compilations**
    **Customer email list**    **$2,000.00**    **Revenue based**        **$0.00**

**64.** **Other intangibles, or intellectual property**

**65.** **Goodwill**
    **Facebook page**      **$0.00**    **Revenue based**    **$1,000.00**

     **Instagram profile**      **$0.00**    **Revenue based**    **$1,000.00**

     **Google Reviews**      **$0.00**    **Revenue based**    **$1,000.00**

**66.** **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$3,000.00** |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**
    Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

     **Primerica Life (Key person insurance for Victoria Tyson)**      **$0.00**

Debtor   **Victoria's Kitchen LLC**_____   Case number *(If known)* **25-13380-djb**
         Name

| **Primerica Life (Key person insurance for Kevin Tyson)** | **$0.00** |
| --- | --- |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| --- | --- | --- |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** ☒ No ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Victoria's Kitchen LLC**
_____   Case number *(If known)*  **25-13380-djb**

Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,186.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $220,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $13,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $117,795.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $374,481.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $374,481.00 |

**Fill in this information to identify the case:**

Debtor name __**Victoria's Kitchen LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF PENNSYLVANIA__

Case number (if known) __**25-13380-djb**__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Department of Labor and Industry**<br>Creditor's Name<br>**Office of Chief Counsel**<br>**444 North Third Street**<br>**Philadelphia, PA 19123**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All property and rights thereto.**<br><br>Describe the lien<br>**Unpaid Unemployment Compensation**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $86,482.00 | $362,295.00 |
| Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Department of Labor and Industry**<br>**2. Pennsylvania Department of Revenue**<br>**3. U.S. Small Business Administration** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |

| Debtor | **Victoria's Kitchen LLC** | | Case number (if known) | **25-13380-djb** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.2 | **M&T Bank** | Describe debtor's property that is subject to a lien | $22,543.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**345 Main Street**
**Buffalo, NY 14203**

Creditor's mailing address

**2022 Mercedes Sprinter Van**

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0001**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **Pennsylvania Department of Revenue** | Describe debtor's property that is subject to a lien | $1,030,298.00 | $362,295.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 280946**
**Harrisburg, PA 17128**

Creditor's mailing address

**All property and rights thereto.**

**Describe the lien**
**State Income and Withholding Taxes**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Victoria's Kitchen LLC** | Case number (if known) | **25-13380-djb** |
|---|---|---|---|
| | Name | | |

| 2.4 | **U.S. Small Business Administration** |
|---|---|

Creditor's Name

**Office of General Counsel
409 3rd St SW
Washington, DC 20416**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**All property and rights thereto.**                                    $1,000,000.00          $374,481.00

**Describe the lien**
**UCC #2021010400056**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$2,139,323.00** |
|---|---|---|

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     __Victoria's Kitchen LLC__

United States Bankruptcy Court for the:     __EASTERN DISTRICT OF PENNSYLVANIA__

Case number (if known)     __25-13380-djb__

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,479.00** |
|---|---|---|---|
| | **American Express** | ☐ Contingent | |
| | **200 Vesey Street** | ☐ Unliquidated | |
| | **New York, NY 10285** | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Money Loaned__ | |
| | **Last 4 digits of account number** __1001__ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,310.00** |
|---|---|---|---|
| | **Capital One** | ☐ Contingent | |
| | **1680 Capital One Dr** | ☐ Unliquidated | |
| | **McLean, VA 22102** | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Money Loaned__ | |
| | **Last 4 digits of account number** __8179__ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,560.00** |
|---|---|---|---|
| | **Capital One** | ☐ Contingent | |
| | **1680 Capital One Dr** | ☐ Unliquidated | |
| | **McLean, VA 22102** | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Money Loaned__ | |
| | **Last 4 digits of account number** __0695__ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,386.62** |
|---|---|---|---|
| | **JP Morgan Chase** | ☐ Contingent | |
| | **270 Park Avenue** | ☐ Unliquidated | |
| | **New York, NY 10017** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Money Loaned__ | |
| | **Last 4 digits of account number** __1618__ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|
| | **Sysco Food Corporation** | ☐ Contingent | |
| | **1390 Enclave Pkwy** | ☐ Unliquidated | |
| | **Houston, TX 77077** | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Goods Sold__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **Victoria's Kitchen LLC** | Case number (if known) | **25-13380-djb** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$691.65** |
| | **Uline** | ☐ Contingent | |
| | **12575 Uline Dr** | ☐ Unliquidated | |
| | **Pleasant Prairie, WI 53158** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>Goods Sold</u> | |
| | Last 4 digits of account number <u>6347</u> | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 56,427.27 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 56,427.27 |

**Fill in this information to identify the case:**

Debtor name      **Victoria's Kitchen LLC**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **25-13380-djb**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease of 2001 East Tulpehocken St, Philadelphia, PA** | |
| | State the term remaining | **Expires August 31, 2027** | **A & J Real Estate LLC 525 S 4th Street Suite 370 Philadelphia, PA 19147** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease of 7304 Ogontz Ave, Philadelphia, PA** | |
| | State the term remaining | **Expires August 31, 2027** | **A & J Real Estate LLC 525 S 4th Street Suite 370 Philadelphia, PA 19147** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Property Insurance** | |
| | State the term remaining | | **Erie Insurance Group 100 Erie Insurance Place Erie, PA 16530** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Insurance** | |
| | State the term remaining | | **Erie Insurance Group 100 Erie Insurance Place Erie, PA 16530** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Victoria's Kitchen LLC** | | | Case number *(if known)* | **25-13380-djb** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Food Services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Philadelphia Housing Authority**<br>**2013 Ridge Avenue**<br>**Philadelphia, PA 19121** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease of 5070 Parkside Ave, Philadelphia, PA** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | |
| | List the contract number of any government contract | | **Poor Richard's Catering**<br>**5070 Parkside Ave**<br>**Philadelphia, PA 19131** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Key Person Insurance** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Primerica Inc.**<br>**1 Primerica Pkwy**<br>**Duluth, GA 30099** |

**Fill in this information to identify the case:**

Debtor name      **Victoria's Kitchen LLC**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **25-13380-djb**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

**Fill in this information to identify the case:**

Debtor name    **Victoria's Kitchen LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **25-13380-djb**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **01/01/2025** to **Filing Date** | ☒ Operating a business<br>☐ Other _____ | **Unknown** |
| **For prior year:**<br>From **01/01/2024** to **12/31/2024** | ☒ Operating a business<br>☐ Other _____ | **$2,320,088.00** |
| **For year before that:**<br>From **01/01/2023** to **12/31/2023** | ☒ Operating a business<br>☐ Other _____ | **$1,883,038.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Victoria's Kitchen LLC** | Case number *(if known)* | **25-13380-djb** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Part 3: | Legal Actions or Assignments |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Part 4: | Certain Gifts and Charitable Contributions |

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Part 5: | Certain Losses |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **2016 Ford Transit - Car Accident** | **$9,000 from insurance claim** | **03/2025** | **$9,000.00** |

| Debtor | **Victoria's Kitchen LLC** | Case number *(if known)* | **25-13380-djb** |

---

**Part 6:**  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Sadek Law Offices LLC 1500 JFK Boulevard Suite 220 Philadelphia, PA 19102** | | **04/24/2025 08/22/2025 08/25/2025** | **$20,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☒ None.

**Part 7:**  Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☒ Does not apply

**Part 8:**  Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☒ No. Go to Part 9.

**Part 9:**  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒ No.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☒ No. Go to Part 10.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Victoria's Kitchen LLC** | Case number *(if known)* **25-13380-djb** |

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

---

| Debtor | **Victoria's Kitchen LLC** | Case number *(if known)* | **25-13380-djb** |
|---|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Mitchell's Business Solutions LLC** **111 Presidential Blvd. Ste 231** **Philadelphia, PA 19104** | **2023 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Victoria A. Turner Tyson** | **46 Wakefield Rd** **Atco, NJ 08004** | **Managing Member** **Membership Interest** | **60%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kevin B. Turner** | **46 Wakefield Rd** **Atco, NJ 08004** | **Member** **Membership Interest** | **40%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No

| Debtor | **Victoria's Kitchen LLC** | Case number *(if known)* | **25-13380-djb** |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Victoria A. Turner Tyson**<br>**46 Wakefield Rd**<br>**Atco, NJ 08004** | **$52,000.00**<br>**($2,000.00 paid biweekly from 09/03/2024 to 08/19/2025)** | **Various** | **Salary** |
| | Relationship to debtor<br>**Managing Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

---

**Part 14:** **Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **September 9, 2025**

| /s/ Victoria A. Turner Tyson | **Victoria A. Turner Tyson** |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor      **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☒ No
☐ Yes