# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Victoria's Kitchen LLC,<br><br>                      *Debtor*. | Case No. 25-13380-djb<br>Chapter 11 |

## Certificate of Service

I, Michael I. Assad, certify that on September 10, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

| | |
|---|---|
| ECF No. 10: | Motion to Retain Jurisdiction Over Administrative Expense Applications |
| ECF No. 21: | Motion to Authorize Payment of Critical Vendor Claims |
| ECF No. 22: | Motion to Authorize Continued Use of Business Forms and Credit Card |
| ECF No. 68: | Disclosure of Compensation Paid by the Debtor to Certain Persons |
| ECF No. 72: | Notice of Motions, Response Deadline, and Telephonic or Video Hearing Date |

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 10, 2025

/s/ Michael I. Assad
Michael I. Assad
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| American Express<br>200 Vesey Street<br>New York, NY 10285-0002 | Creditor | ☒ First Class Mail |
| Capital One<br>1680 Capital One Dr<br>McLean, VA 22102-3407 | Creditor | ☒ First Class Mail |
| Crest Paper Products<br>457 Mulberry St<br>Trenton, NJ 08638-3301 | Creditor | ☒ First Class Mail |
| Foods Galore<br>500 Highland Dr Suite B<br>Mount Holly, NJ 08060-5104 | Creditor | ☒ First Class Mail |
| JP Morgan Chase<br>270 Park Avenue<br>New York, NY 10017-2014 | Creditor | ☒ First Class Mail |
| Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | Creditor | ☒ First Class Mail |
| Department of Labor and Industry<br>lOffice of Chief Counsel<br>444 North Third Street, Suite 200<br>Philadelphia, PA 19123-4141 | Creditor | ☒ First Class Mail |
| Pennsylvania Department of Revenue<br>Attn: Bankruptcy Division<br>Department 280946<br>Harrisburg, PA 17128-0001 | Creditor | ☒ First Class Mail |