United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 25-13380-djb

Victoria's Kitchen LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 09, 2025 | Form ID: pdf900 | Total Noticed: 63 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria's Kitchen LLC, 2001 E Tulpehocken St, Philadelphia, PA 19138-1309 |
| 15043182 | + | A & J Real Estate LLC, 525 S 4th Street Suite 370, Philadelphia, PA 19147-1583 |
| 15043183 | + | A1 Mechanical Inc., 1912 Lansing St., Philadelphia, PA 19111-3506 |
| 15043184 | + | All in One Solutions, 6225 Woodland Ave., Philadelphia, PA 19142-2005 |
| 15043186 | + | Arway Linen & Uniform, 1696 Foulkrod St, Philadelphia, PA 19124-2789 |
| 15043187 | + | Automatic Data Processing Inc., 1 ADP Boulevard, Roseland, NJ 07068-1728 |
| 15043188 | + | BentoBox CMS Inc., 584 Broadway, New York, NY 10012-3229 |
| 15043190 | + | ChowNow Inc., 215 South Broad St, 7th Floor, Philadelphia, PA 19107-5318 |
| 15043192 | + | Crest Paper Products, 457 Mulberry St, Trenton, NJ 08638-3301 |
| 15043193 | + | Crystal Springs Water, 2151 Delaware Ave, # B, Santa Cruz, CA 95060-5788 |
| 15043194 | + | D&P Financial Services, 505 York Rd Ste LO2, Jenkintown, PA 19046-2136 |
| 15043195 | + | Dave's Super Duper, 200 Willow Ave, Honesdale, PA 18431-1110 |
| 15043196 | + | Department of Labor and Industry, Office of Chief Counsel, 444 North Third Street, Suite 200, Philadelphia, PA 19123-4141 |
| 15043198 | + | E-ZPass New Jersey, P.O. Box 4971, Trenton, NJ 08650-4971 |
| 15043199 | + | E-ZPass Pennsylvania, 300 E Park Dr #2729, Harrisburg, PA 17111-2729 |
| 15043201 | + | Foods Galore, 500 Highland Dr Suite B, Mount Holly, NJ 08060-5104 |
| 15043202 | + | Grubhub Seamless Inc., 111 W Washington St, Chicago, IL 60602-2783 |
| 15043203 | + | Hesh's Seafood, 1428 Ford Rd, Bensalem, PA 19020-4556 |
| 15043205 | + | Kevin B. Tyson, 46 Wakefield Rd, Atco, NJ 08004-2484 |
| 15043206 | | M&T Bank, 345 Main Street, Buffalo, NY 14203 |
| 15043208 | + | New Jersey Department of Labor, PO Box 399, Trenton, NJ 08625-0399 |
| 15043209 | + | New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 15043176 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 15043211 | + | Philadelphia District Attorney, 3 S Penn Square, Philadelphia, PA 19107-3407 |
| 15043213 | + | Philadelphia Housing Authority, 2013 Ridge Avenue, Philadelphia, PA 19121-4113 |
| 15043214 | + | Poor Richard's Catering, 5070 Parkside Ave, Philadelphia, PA 19131-4747 |
| 15043215 | + | Primerica Inc., 1 Primerica Pkwy, Duluth, GA 30099-0001 |
| 15043216 | + | Quill LLC, 300 Tri State International Drive, Suite 300, Lincolnshire, IL 60069-4416 |
| 15043221 | + | The Filter Man, 7330 Tulip Street, Philadelphia, PA 19136-4216 |
| 15043417 | + | Toast Inc., 333 Summer St., Boston, MA 02210-1702 |
| 15043222 | + | Triumph Exterminating, 2254 Snyder Ave, Philadelphia, PA 19145-3301 |
| 15043223 | + | U.S. Small Business Administration, Attn: District Counsel, 660 American Ave Ste 301, King of Prussia, PA 19406-4032 |
| 15043225 | + | Uber Technologies Inc., 1725 Third Street, San Francisco, CA 94158-2203 |
| 15043227 | + | Victoria A. Turner Tyson, 46 Wakefield Rd, Atco, NJ 08004-2484 |
| 15043228 | + | WB Mason Company Inc., 59 Centre Street, Brockton, MA 02301-4014 |
| 15043229 | + | WNAP, 2311 Old Arch Rd, Norristown, PA 19401-2013 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 10 2025 00:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |

| District/off: 0313-2 | User: admin | | Page 2 of 3 |
|---|---|---|---|
| Date Rcvd: Sep 09, 2025 | Form ID: pdf900 | | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 10 2025 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Sep 10 2025 00:41:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| 15043185 | + | Email/PDF: bncnotices@becket-lee.com | Sep 10 2025 00:58:55 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 15043180 | | Email/Text: megan.harper@phila.gov | Sep 10 2025 00:41:00 | City of Philadelphia Law Department, c/o Pamela Elchert Thurmond, MSB, 1401 John F. Kennedy Blvd. 5th floor, Philadelphia, PA 19102 |
| 15043189 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 10 2025 00:47:14 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 15043181 | + | Email/Text: bankruptcy@philapark.org | Sep 10 2025 00:41:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15043191 | + | Email/Text: documentfiling@lciinc.com | Sep 10 2025 00:40:00 | Comcast, 1701 John F. Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 15043197 | ^ | MEBN | Sep 10 2025 00:35:32 | DoorDash Inc., 303 2nd Street, San Francisco, CA 94107-1366 |
| 15043200 | + | Email/Text: bankruptcy@erieinsurance.com | Sep 10 2025 00:41:00 | Erie Insurance Group, 100 Erie Insurance Place, Erie, PA 16530-0001 |
| 15043173 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 10 2025 00:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15043204 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 10 2025 00:59:04 | JP Morgan Chase, 270 Park Avenue, New York, NY 10017-2014 |
| 15047345 | + | Email/Text: RASEBN@raslg.com | Sep 10 2025 00:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15043207 | ^ | MEBN | Sep 10 2025 00:35:15 | New Jersey Attorney General, PO Box 112, Trenton, NJ 08625-0112 |
| 15043210 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 10 2025 00:40:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 15043174 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 10 2025 00:40:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15043177 | ^ | MEBN | Sep 10 2025 00:35:28 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15043212 | ^ | MEBN | Sep 10 2025 00:35:22 | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 15043179 | + | Email/Text: bankruptcy@philapark.org | Sep 10 2025 00:41:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15043217 | ^ | MEBN | Sep 10 2025 00:35:29 | Republic Services Inc., 18500 N. Allied Way, Phoenix, AZ 85054-3101 |
| 15043218 | + | Email/Text: bankruptcynotices@squareup.com | Sep 10 2025 00:41:00 | Square Capital LLC, 1955 Broadway, Suite 815, Oakland, CA 94612-2205 |
| 15043219 | + | Email/Text: bankruptcynotices@squareup.com | Sep 10 2025 00:41:00 | Square Inc., 1455 Market St., Ste 600, San Francisco, CA 94103-1332 |
| 15043220 | ^ | MEBN | Sep 10 2025 00:35:29 | Sysco Food Corporation, 1390 Enclave Pkwy, Houston, TX 77077-2099 |
| 15043178 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 10 2025 00:41:00 | U.S. Attorney's Office, Attn: Civil Process Clerk, |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 09, 2025 | Form ID: pdf900 | Total Noticed: 63 |

| Recip ID | | | Date/Time | Address |
|---|---|---|---|---|
| 15043175 | ^ | MEBN | Sep 10 2025 00:35:17 | 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15043224 | + | Email/Text: bankruptcynotices@sba.gov | Sep 10 2025 00:40:00 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009<br>U.S. Small Business Administration, Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |
| 15043226 | + | Email/Text: arbankruptcy@uline.com | Sep 10 2025 00:41:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Philadelphia Gas Works, 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2025       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:

**Name** | **Email Address**

HOLLY SMITH MILLER, ESQ.
  hsmiller@gsbblaw.com  chsm11@trustesolutions.net

JOHN HENRY SCHANNE
  on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

MICHAEL I. ASSAD
  on behalf of Debtor Victoria's Kitchen LLC michael@sadeklaw.com  sadeklaw@recap.email

PAMELA ELCHERT THURMOND
  on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

PEARL PHAM
  on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com  Monica.Londo@pgworks.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Victoria's Kitchen LLC,<br><br>*Debtor*. | Case No. 25-13380-djb<br>Chapter 11 |

**ORDER SETTING DEADLINE TO FILE PROOFS OF CLAIM**

> **NOTICE: Your rights may be affected.** The Debtor, Victoria's Kitchen LLC, filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on August 26, 2025. This order sets the deadlines and procedures for filing proofs of claim. Failure to file a timely proof of claim may result in the loss of your right to vote on any proposed plan of reorganization and the right to share in any distribution of money or property from the Debtor's bankruptcy estate. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may want to consult one.

It is hereby **ORDERED** that:

1. **November 4, 2025**, is the **DEADLINE** for non-governmental creditors to file proofs of claim.

2. **February 23, 2026**, is the **DEADLINE** for governmental creditors to file proofs of claim.

3. Proofs of claim must be filed with the clerk of court electronically at www.paeb.uscourts.gov or on paper (by mail or in person) at U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

4. Proofs of claim will be deemed timely filed only if actually received by the clerk on or before the deadline, regardless of whether a claim is filed electronically, by mail, or in person.

5. A creditor need not file a proof of claim if its claim:

   a. is listed on the schedule of liabilities filed under 11 U.S.C. § 521(a)(1)(B)(i), except if the claim is scheduled as disputed, contingent, or unliquidated; or

   b. asserts administrative fees or expenses under 11 U.S.C. §§ 330, 331, or 503(b)(1)-(8).

6. If a creditor's claim is listed on the schedule of liabilities but the creditor disagrees with the scheduled amount or classification, the creditor must file a proof of claim by the deadline to assert the correct amount or classification.

7. If the Debtor amends the schedule of liabilities to designate any claim as contingent, unliquidated, or disputed, or to reduce the amount or classification of a scheduled claim:

   a. the Debtor must promptly serve the creditor with a notice describing the amendment and the changes made; and

   b. the creditor will be allowed to file a proof of claim on or before the proof of claim deadline or the twenty-first day after service of the amendment notice, whichever is later.

8. All claims arising from the rejection of an executory contract or unexpired lease must be filed on or before the later of:

   a. the proof of claim deadline; or

   b. twenty-one days after the effective date of the rejection.

9. All deadlines and procedures above apply to equity security holders with respect to filing proofs of interest.

10. The clerk must promptly cause the Bankruptcy Noticing Center to serve this order on all parties listed on the case mailing list.

Date: **September 9, 2025**

Derek J. Baker
U.S. Bankruptcy Judge