UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| | § | |
| VICTORIA'S KITCHEN LLC. | § | BANKRUPTCY NO.: 25-13380-DJB |
| | § | |
| DEBTOR | § | |

### NOTICE OF TELEPHONE NUMBER FOR SECTION 341(A) MEETING OF CREDITORS

The Section 341(a) Meeting of Creditors will be held telephonically on

**Monday, September 29, 2025 at 2:00 p.m. (ET).**

Any party wishing to participate may call the conference line at that time at

**888-330-1716 access code 3684976.**

                                                ANDREW R. VARA
                                                United States trustee
                                                for Regions 3 and 9

By:   ___*/s/ John Schanne*_____
        John Schanne, Trial Attorney
        Office of the United States Trustee
        Robert N.C. Nix Sr. Federal Bldg.
        900 Market Street, Room 320
        Philadelphia, PA 19107
        Telephone: (215) 597-4411
        E-Mail: john.schanne@usdoj.gov

DATED: September 22, 2025