United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-13380-djb |
| Victoria's Kitchen LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 22, 2025 | Form ID: 309F2 | Total Noticed: 65 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria's Kitchen LLC, 2001 E Tulpehocken St, Philadelphia, PA 19138-1309 |
| aty | + | JOHN HENRY SCHANNE, DOJ-Ust, Office of The United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| tr | + | HOLLY SMITH MILLER, ESQ., Gellert Seitz Busenkell & Brown LLC, 901 Market Street, Suite 3020, Philadelphia, PA 19107-3133 |
| 15043182 | + | A & J Real Estate LLC, 525 S 4th Street Suite 370, Philadelphia, PA 19147-1583 |
| 15043183 | + | A1 Mechanical Inc., 1912 Lansing St., Philadelphia, PA 19111-3506 |
| 15043184 | + | All in One Solutions, 6225 Woodland Ave., Philadelphia, PA 19142-2005 |
| 15043186 | + | Arway Linen & Uniform, 1696 Foulkrod St, Philadelphia, PA 19124-2789 |
| 15043187 | + | Automatic Data Processing Inc., 1 ADP Boulevard, Roseland, NJ 07068-1728 |
| 15043188 | + | BentoBox CMS Inc., 584 Broadway, New York, NY 10012-3229 |
| 15043190 | + | ChowNow Inc., 215 South Broad St, 7th Floor, Philadelphia, PA 19107-5318 |
| 15043192 | + | Crest Paper Products, 457 Mulberry St, Trenton, NJ 08638-3301 |
| 15043193 | + | Crystal Springs Water, 2151 Delaware Ave, # B, Santa Cruz, CA 95060-5788 |
| 15043194 | + | D&P Financial Services, 505 York Rd Ste LO2, Jenkintown, PA 19046-2136 |
| 15043195 | + | Dave's Super Duper, 200 Willow Ave, Honesdale, PA 18431-1110 |
| 15043196 | + | Department of Labor and Industry, Office of Chief Counsel, 444 North Third Street, Suite 200, Philadelphia, PA 19123-4141 |
| 15043198 | + | E-ZPass New Jersey, P.O. Box 4971, Trenton, NJ 08650-4971 |
| 15043199 | + | E-ZPass Pennsylvania, 300 E Park Dr #2729, Harrisburg, PA 17111-2729 |
| 15043201 | + | Foods Galore, 500 Highland Dr Suite B, Mount Holly, NJ 08060-5104 |
| 15043202 | + | Grubhub Seamless Inc., 111 W Washington St, Chicago, IL 60602-2783 |
| 15043203 | + | Hesh's Seafood, 1428 Ford Rd, Bensalem, PA 19020-4556 |
| 15043205 | + | Kevin B. Tyson, 46 Wakefield Rd, Atco, NJ 08004-2484 |
| 15043206 | | M&T Bank, 345 Main Street, Buffalo, NY 14203 |
| 15043208 | + | New Jersey Department of Labor, PO Box 399, Trenton, NJ 08625-0399 |
| 15043209 | + | New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 15043176 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 15043211 | + | Philadelphia District Attorney, 3 S Penn Square, Philadelphia, PA 19107-3407 |
| 15043213 | + | Philadelphia Housing Authority, 2013 Ridge Avenue, Philadelphia, PA 19121-4113 |
| 15043214 | + | Poor Richard's Catering, 5070 Parkside Ave, Philadelphia, PA 19131-4747 |
| 15043215 | + | Primerica Inc., 1 Primerica Pkwy, Duluth, GA 30099-0001 |
| 15043216 | + | Quill LLC, 300 Tri State International Drive, Suite 300, Lincolnshire, IL 60069-4416 |
| 15043221 | + | The Filter Man, 7330 Tulip Street, Philadelphia, PA 19136-4216 |
| 15043417 | + | Toast Inc., 333 Summer St., Boston, MA 02210-1702 |
| 15043222 | + | Triumph Exterminating, 2254 Snyder Ave, Philadelphia, PA 19145-3301 |
| 15043223 | + | U.S. Small Business Administration, Attn: District Counsel, 660 American Ave Ste 301, King of Prussia, PA 19406-4032 |
| 15043225 | + | Uber Technologies Inc., 1725 Third Street, San Francisco, CA 94158-2203 |
| 15043227 | + | Victoria A. Turner Tyson, 46 Wakefield Rd, Atco, NJ 08004-2484 |
| 15043228 | + | WB Mason Company Inc., 59 Centre Street, Brockton, MA 02301-4014 |
| 15043229 | + | WNAP, 2311 Old Arch Rd, Norristown, PA 19401-2013 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: michael@sadeklaw.com | | |

Case 25-13380-djb  Doc 85  Filed 09/24/25  Entered 09/25/25 00:40:03  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2025 | Form ID: 309F2 | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 23 2025 01:43:00 | MICHAEL I. ASSAD, Sadek Law Offices, LLC, 1500 JFK Boulevard, Ste 220, Philadelphia, PA 19102 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 23 2025 01:43:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15043185 | + | Email/PDF: bncnotices@becket-lee.com | Sep 23 2025 01:49:07 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 15051662 | | Email/Text: megan.harper@phila.gov | Sep 23 2025 01:43:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15043180 | | Email/Text: megan.harper@phila.gov | Sep 23 2025 01:43:00 | City of Philadelphia Law Department, c/o Pamela Elchert Thurmond, MSB, 1401 John F. Kennedy Blvd. 5th floor, Philadelphia, PA 19102 |
| 15043189 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2025 01:49:04 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 15043181 | + | Email/Text: bankruptcy@philapark.org | Sep 23 2025 01:43:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15043191 | + | Email/Text: documentfiling@lciinc.com | Sep 23 2025 01:43:00 | Comcast, 1701 John F. Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 15043197 | ^ | MEBN | Sep 23 2025 01:40:54 | DoorDash Inc., 303 2nd Street, San Francisco, CA 94107-1366 |
| 15043200 | + | Email/Text: bankruptcy@erieinsurance.com | Sep 23 2025 01:43:00 | Erie Insurance Group, 100 Erie Insurance Place, Erie, PA 16530-0001 |
| 15043173 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 23 2025 01:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15043204 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 23 2025 01:49:04 | JP Morgan Chase, 270 Park Avenue, New York, NY 10017-2014 |
| 15047345 | + | Email/Text: RASEBN@raslg.com | Sep 23 2025 01:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15043207 | ^ | MEBN | Sep 23 2025 01:40:47 | New Jersey Attorney General, PO Box 112, Trenton, NJ 08625-0112 |
| 15043210 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 23 2025 01:43:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 15043174 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 23 2025 01:43:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15043177 | ^ | MEBN | Sep 23 2025 01:40:51 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15043212 | ^ | MEBN | Sep 23 2025 01:40:50 | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 15043179 | + | Email/Text: bankruptcy@philapark.org | Sep 23 2025 01:43:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15043217 | ^ | MEBN | Sep 23 2025 01:40:53 | Republic Services Inc., 18500 N. Allied Way, Phoenix, AZ 85054-3101 |
| 15043218 | + | Email/Text: bankruptcynotices@squareup.com | Sep 23 2025 01:43:00 | Square Capital LLC, 1955 Broadway, Suite 815, Oakland, CA 94612-2205 |
| 15043219 | + | Email/Text: bankruptcynotices@squareup.com | Sep 23 2025 01:43:00 | Square Inc., 1455 Market St., Ste 600, San Francisco, CA 94103-1332 |
| 15043220 | ^ | MEBN | Sep 23 2025 01:40:51 | Sysco Food Corporation, 1390 Enclave Pkwy, |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2025 | Form ID: 309F2 | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| | | | | Houston, TX 77077-2099 |
| 15043178 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 23 2025 01:43:00 | U.S. Attorney's Office, Attn: Civil Process Clerk, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15043175 | ^ | MEBN | Sep 23 2025 01:40:49 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15043224 | + | Email/Text: bankruptcynotices@sba.gov | Sep 23 2025 01:43:00 | U.S. Small Business Administration, Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |
| 15043226 | + | Email/Text: arbankruptcy@uline.com | Sep 23 2025 01:43:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2025              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:

**Name**     **Email Address**

HOLLY SMITH MILLER, ESQ.
hsmiller@gsbblaw.com  chsm11@trustesolutions.net

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

MICHAEL I. ASSAD
on behalf of Debtor Victoria's Kitchen LLC michael@sadeklaw.com  sadeklaw@recap.email

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

PEARL PHAM
on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com  Monica.Londo@pgworks.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor | Victoria's Kitchen LLC <br> Name | EIN: 20–4772062 |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter: 11    8/26/25 |
| Case number: | 25–13380–djb | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Victoria's Kitchen LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 2001 E Tulpehocken St <br> Philadelphia, PA 19138 | |
| 4. **Debtor's attorney** <br> Name and address | MICHAEL I. ASSAD <br> Sadek Law Offices, LLC <br> 1500 JFK Boulevard <br> Ste 220 <br> Philadelphia, PA 19102 | Contact phone 215–545–0008 <br><br> Email: michael@sadeklaw.com |
| 5. **Bankruptcy trustee** <br> Name and address | HOLLY SMITH MILLER, ESQ. <br> Gellert Seitz Busenkell & Brown LLC <br> 901 Market Street <br> Suite 3020 <br> Philadelphia, PA 19107 | Contact phone 215–238–0012 <br><br> Email: hsmiller@gsbblaw.com |
| 6. **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Hours open: <br> Philadelphia Office –– 9:00 A.M. to 4:00 P.M; <br> Reading Office –– 9:00 A.M. to 4:00 P.M. <br><br> Contact phone (215)408–2800 <br><br> Date: 9/22/25 |

**For more information, see page 2 >**

Debtor **Victoria's Kitchen LLC**                                                                                    Case number    **25–13380–djb**

| | | |
|---|---|---|
| **7.** **Meeting of creditors**<br> The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **September 29, 2025 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**The Mtg of Creditors will be conducted, via telephonic conference.All interested, parties shall contact the Trustee, for connection details** |
| **8.** **Proof of claim deadline** | **Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):**     11/4/25<br>**For a governmental unit:**     2/23/26<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **9.** **Exception to discharge deadline**<br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** | |
| **10.** **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11.** **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12.** **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |