**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Victoria's Kitchen LLC, <br><br> *Debtor*. | Case No. 25-13380-djb <br> Chapter 11 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Debtor's Motion to Retain Jurisdiction Over Administrative Expense Applications that was filed at ECF No. 10. Thank you.

Date: September 25, 2025          SADEK LAW OFFICES, LLC
                                  *Attorney for Debtor*

                                  By: /s/ Michael I. Assad
                                      Michael I. Assad
                                      1500 JFK Boulevard, Suite 220
                                      Philadelphia, PA 19102
                                      215-545-0008
                                      michael@sadeklaw.com