# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:  

    Victoria's Kitchen LLC,  

                  Debtor.

Case No. 25-13380-djb  

Chapter 11

## Order Directing Continuation of Utility Service and Deeming Utility Services Adequately Assured of Future Payment

**AND NOW**, upon consideration of the Motion for Continuation of Utility Service and Deeming Utility Services Adequately Assured of Future Payment filed by Debtor Victoria's Kitchen LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The following Utility Providers are deemed adequately assured of future payment upon receipt of the following Adequate Assurance Payments, which must be paid by the Debtor within fourteen days after entry of this order:

    a. PECO: $3,585, and

    b. Philadelphia Gas Works: $1,588

2. ~~Comcast, PECO, Philadelphia Gas Works, the Philadelphia Water Department, and all other utility providers served with the Motion or notice of the Motion (collectively, "the Utility Providers"), are deemed adequately assured of future payment and must continue to provide services to the Debtor in the ordinary course of business.~~

3. ~~The Utility Providers are prohibited from altering, refusing, or discontinuing service to the Debtor without the permission of this court.~~

~~4.~~ 3. All Utility Providers that have altered, refused, or discontinued service after the petition date must immediately restore that service.

~~5.~~ 4. This order is without prejudice to the right of any Utility Provider to request this court's approval of additional adequate assurance ~~or termination of service~~.

6.5.    The court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this order.

Date:

                                      Derek J. Baker
                                      U.S. Bankruptcy Judge

CC:   ~~Comcast~~
       ~~1701 John F. Kennedy Blvd~~
       ~~Philadelphia, PA 19103~~

       PECO
       2301 Market Street
       Philadelphia, PA 19103

       Philadelphia Gas Works
       800 W. Montgomery Avenue
       Philadelphia, PA 19122

       ~~City of Philadelphia Law Department~~
       ~~1401 John F. Kennedy Blvd.~~
       ~~Philadelphia, PA 19102~~