## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Victoria's Kitchen LLC,<br><br>*Debtor.* | Case No. 25-13380-djb<br>Chapter 11 |

## Praecipe to Withdraw Document

To the Clerk of Court:

Please withdraw the Debtor's Motion for Order Directing Credit Card Processors and Food Ordering Platforms to Honor Contracts Pending Assumption or Rejection that was filed at ECF No. 9. Thank you.

Date: September 26, 2025

SADEK LAW OFFICES, LLC
*Attorney for Debtor*

By: /s/ Michael I. Assad
    Michael I. Assad
    1500 JFK Boulevard, Suite 220
    Philadelphia, PA 19102
    215-545-0008
    michael@sadeklaw.com