# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| | § | |
| VICTORIA'S KITCHEN LLC. | § | BANKRUPTCY NO.: 25-13380-DJB |
| | § | |
| DEBTOR | § | |

## NOTICE OF TELEPHONE NUMBER FOR THE SECTION 341(A) MEETING OF CREDITORS

The *continued* Section 341(a) Meeting of Creditors will be held telephonically on **Thursday, October 30, 2025 at 10:00 a.m. (ET).**

Any party wishing to participate may call the conference line at that time at **888-330-1716 access code 3684976.**

        ANDREW R. VARA
        United States trustee
        for Regions 3 and 9

By: ___*/s/ John Schanne*_____
        John Schanne, Trial Attorney
        Office of the United States Trustee
        Robert N.C. Nix Sr. Federal Bldg.
        900 Market Street, Room 320
        Philadelphia, PA 19107
        Telephone: (215) 597-4411
        E-Mail: john.schanne@usdoj.gov

DATED: September 29, 2025