## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Victoria's Kitchen LLC, <br><br> *Debtor.* | Case No. 25-13380-djb <br> Chapter 11 |

### Praecipe to Withdraw Document

To the Clerk of Court:

      Please withdraw the Debtor's Motion to Approve Payment of Critical Vendor Claims that was filed at ECF No. 21. Thank you.


Date: September 29, 2025

SADEK LAW OFFICES, LLC
*Attorney for Debtor*

By: /s/ Michael I. Assad
    Michael I. Assad
    1500 JFK Boulevard, Suite 220
    Philadelphia, PA 19102
    215-545-0008
    michael@sadeklaw.com