# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

Victoria's Kitchen LLC,

                Debtor.

Case No. 25-13380-djb

Chapter 11

### Order Directing Continuation of Utility Service and Deeming Utility Services Adequately Assured of Future Payment

**AND NOW**, upon consideration of the Motion for Continuation of Utility Service and Deeming Utility Services Adequately Assured of Future Payment filed by Debtor Victoria's Kitchen LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The following Utility Providers are deemed adequately assured of future payment upon receipt of the following Adequate Assurance Payments, which must be paid by the Debtor within fourteen days after entry of this order:

   a. PECO: $3,585, and

   b. Philadelphia Gas Works: $1,588

3. All Utility Providers that have altered, refused, or discontinued service after the petition date must immediately restore that service.

4. This order is without prejudice to the right of any Utility Provider to request this court's approval of additional adequate assurance.

5. The court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this order.

Date: **September 30, 2025**

_____
Derek J. Baker
U.S. Bankruptcy Judge

CC:    PECO
2301 Market Street
Philadelphia, PA 19103

Philadelphia Gas Works
800 W. Montgomery Avenue
Philadelphia, PA 19122