# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **Victoria's Kitchen LLC,** | : | |
| | : | **Bky. No. 25-13380-djb** |
| Debtor. | : | |
| | : | |

## SUBCHAPTER V STATUS REPORT

*Note: must be filed 14 days prior to initial status conference*

Date of order for relief: **August 26, 2025**

Trustee: **Smith Miller**

Has the debtor attended an initial debtor interview?    Yes **X**    No ☐

If no, please explain:

Has the trustee concluded the 341 meeting?    Yes ☐    No **X**

If no, please explain:
**The meeting of creditors was continued to allow proper notice under Rule 2002.**

Has the debtor filed all post-petition financial reports?    Yes **X**    No ☐

If no, please explain:

Has the debtor filed all monthly operating reports?    Yes ☐    No **X**

If no, please explain:
**None have become due.**

Is all relevant insurance in place and current?    Yes **X**    No ☐

If no, please explain:

Has the debtor filed all applicable tax returns?    Yes [ ]    No [X]

   If no, please explain:
**The Debtor's 2024 tax returns have not yet been prepared.**

Has the debtor paid all taxes entitled to administrative expense priority?    Yes [X]    No [ ]

If no, please explain:

Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

**The Debtor has engaged experienced legal counsel to manage its bankruptcy case, filed all statements, schedules, and other documents required by law, and facilitated interim agreements to maintain business operations. Moving forward, the Debtor will work with the trustee and all creditors to develop a feasible and fair plan.**

Other relevant information:

**Note:** **Debtor must file a plan not later than 90 days after entry of order for relief,** unless the Court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).

This status report must be served on the trustee and all parties in interest.

Date: **September 30, 2024**     /s/ Michael I. Assad
                                                   **Attorney for Debtor**