**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    Case No. 25-13380-djb

Victoria's Kitchen llc                    Chapter 11

Debtor(s)

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 9/30/2025, I did cause a copy of the following document(s), described below:

Subchapter V Status Report

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the Eastern District of Pennsylvania Bankruptcy Court's official court matrix on 9/30/2025.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/30/2025

/s/ Michael Assad
Michael Assad
Sadek Law Offices
1500 JFK Blvd. Ste 220
Philadelphia PA 19102
(215) -54-5-00x08
brad@sadeklaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | Case No. 25-13380-djb |
|---|---|
| Victoria's Kitchen llc | Chapter 11 |
| Debtor(s) | |

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 9/30/2025, I did cause a copy of the following document(s), described below:

Subchapter V Status Report

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/30/2025

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 9/30/2025, I caused a copy of the Subchapter V Status Report to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| CITY OF PHILADELPHIA LAW DEPARTMENT | | | MUNICIPAL SERVICES BUILDING | 1401 JOHN F KENNEDY BLVD 5TH FLOOR | PHILADELPHIA PA 19102-1617 |
| Pennsylvania Department of Revenue | | | Bankruptcy Division | P.O. Box 280946 | Harrisburg PA 17128-0946 |
| Philadelphia Gas Works | | | 800 W. Montgomery Ave. | | Philadelphia PA 19122-2898 |
| Victoria's Kitchen LLC | | | 2001 E Tulpehocken St | | Philadelphia PA 19138-1309 |
| Philadelphia | | | 900 Market Street | Suite 400 | Philadelphia PA 19107-4233 |
| A & J Real Estate LLC | | | 525 S 4th Street Suite 370 | | Philadelphia PA 19147-1583 |
| A1 Mechanical Inc. | | | 1912 Lansing St. | | Philadelphia PA 19111-3506 |
| All in One Solutions | | | 6225 Woodland Ave. | | Philadelphia PA 19142-2005 |
| American Express | | | 200 Vesey Street | | New York NY 10285-0002 |
| Arway Linen & Uniform | | | 1696 Foulkrod St | | Philadelphia PA 19124-2789 |
| Automatic Data Processing Inc. | | | 1 ADP Boulevard | | Roseland NJ 07068-1728 |
| BentoBox CMS Inc. | | | 584 Broadway | | New York NY 10012-3229 |
| Capital One | | | 1680 Capital One Dr | | McLean VA 22102-3407 |
| Capital One, N.A. | | | 4515 N Santa Fe Ave | | Oklahoma City OK 73118-7901 |
| ChowNow Inc. | | | 215 South Broad St | 7th Floor | Philadelphia PA 19107-5318 |
| City of Philadelphia | | | Parking Violation Branch | PO Box 41819 | Philadelphia PA 19101-1819 |
| Comcast | | | 1701 John F. Kennedy Blvd | | Philadelphia PA 19103-2899 |
| Crest Paper Products | | | 457 Mulberry St | | Trenton NJ 08638-3301 |
| Crystal Springs Water | | | 2151 Delaware Ave, # B | | Santa Cruz CA 95060-5788 |
| D&P Financial Services | | | 505 York Rd Ste LO2 | | Jenkintown PA 19046-2136 |
| Dave's Super Duper | | | 200 Willow Ave | | Honesdale PA 18431-1110 |
| Department of Labor and Industry | | | Office of Chief Counsel | 444 North Third Street, Suite 200 | Philadelphia PA 19123-4141 |
| DoorDash Inc. | | | 303 2nd Street | | San Francisco CA 94107-1366 |
| E-ZPass New Jersey | | | P.O. Box 4971 | | Trenton NJ 08650-4971 |
| E-ZPass Pennsylvania | | | 300 E Park Dr #2729 | | Harrisburg PA 17111-2729 |
| Erie Indemnity Company, attorney in fact for | | Erie Insurance Exchange | Erie Insurance Group | 100 Erie Insurance Place | Erie PA 16530-0001 |
| Erie Insurance Group | | | 100 Erie Insurance Place | | Erie PA 16530-0001 |
| Foods Galore | | | 500 Highland Dr Suite B | | Mount Holly NJ 08060-5104 |
| Grubhub Seamless Inc. | | | 111 W Washington St | | Chicago IL 60602-2783 |
| Hesh's Seafood | | | 1428 Ford Rd | | Bensalem PA 19020-4556 |
| Internal Revenue Service | | | PO Box 7346 | | Philadelphia PA 19101-7346 |
| JP Morgan Chase | | | 270 Park Avenue | | New York NY 10017-2014 |
| JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. | Robertson, Anschutz, Schneid, | Crane & Partners, PLLC | 6409 Congress Avenue, Suite 100 | Boca Raton FL 33487-2853 |
| Kevin B. Tyson | | | 46 Wakefield Rd | | Atco NJ 08004-2484 |

| | | | | | |
|---|---|---|---|---|---|
| M&T Bank | | | 345 Main Street | | Buffalo NY 14203 |
| New Jersey Attorney General | | | PO Box 112 | | Trenton NJ 08625-0112 |
| New Jersey Department of Labor | | | PO Box 399 | | Trenton NJ 08625-0399 |
| New Jersey Division of Taxation | | | PO Box 245 | | Trenton NJ 08602-0245 |
| PECO | | | 2301 Market Street | | Philadelphia PA 19103-1380 |
| Pennsylvania Department of Revenue | | | Attn: Bankruptcy Division | Department 280946 | Harrisburg PA 17128-0001 |
| Pennsylvania Office of Attorney General | | | Attn: Financial Enforcement Section | Strawberry Square, 15th Floor | Harrisburg PA 17120-0001 |
| Pennsylvania Office of General Counsel | | | 333 Market St Fl 17 | | Harrisburg PA 17101-2210 |
| Philadelphia District Attorney | | | 3 S Penn Square | | Philadelphia PA 19107-3407 |
| Philadelphia Housing Authority | | | 2013 Ridge Avenue | | Philadelphia PA 19121-4113 |
| Philadelphia Parking Authority | | | Bankruptcy Department | 701 Market Street | Philadelphia PA 19106-1538 |
| Poor Richard's Catering | | | 5070 Parkside Ave | | Philadelphia PA 19131-4747 |
| Primerica Inc. | | | 1 Primerica Pkwy | | Duluth GA 30099-0001 |
| Quill LLC | | | 300 Tri State International Drive | Suite 300 | Lincolnshire IL 60069-4416 |
| Republic Services Inc. | | | 18500 N. Allied Way | | Phoenix AZ 85054-3101 |
| Square Capital LLC | | | 1955 Broadway, Suite 815 | | Oakland CA 94612-2205 |
| Square Inc. | | | 1455 Market St., Ste 600 | | San Francisco CA 94103-1332 |
| Sysco Food Corporation | | | 1390 Enclave Pkwy | | Houston TX 77077-2099 |
| The Filter Man | | | 7330 Tulip Street | | Philadelphia PA 19136-4216 |
| Toast Inc. | | | 333 Summer St. | | Boston MA 02210-1702 |
| Triumph Exterminating | | | 2254 Snyder Ave | | Philadelphia PA 19145-3301 |
| U.S. Attorney's Office | | | Attn: Civil Process Clerk | 615 Chestnut Street, 12th Floor | Philadelphia PA 19106-4404 |
| U.S. Department of Justice | | | 950 Pennsylvania Ave NW | | Washington DC 20530-0009 |
| U.S. Small Business Administration | | | Attn: District Counsel | 660 American Ave Ste 301 | King of Prussia PA 19406-4032 |
| U.S. Small Business Administration | | | Office of General Counsel | 409 3rd St SW | Washington DC 20416-0011 |
| Uber Technologies Inc. | | | 1725 Third Street | | San Francisco CA 94158-2203 |
| Uline | | | 12575 Uline Drive | | Pleasant Prairie WI 53158-3686 |
| Victoria A. Turner Tyson | | | 46 Wakefield Rd | | Atco NJ 08004-2484 |
| WB Mason Company Inc. | | | 59 Centre Street | | Brockton MA 02301-4014 |
| WNAP | | | 2311 Old Arch Rd | | Norristown PA 19401-2013 |
| HOLLY SMITH MILLER, ESQ. | | Gellert Seitz Busenkell & Brown LLC | 901 Market Street | Suite 3020 | Philadelphia PA 19107-3133 |
| MICHAEL I. ASSAD | | Sadek Law Offices, LLC | 1500 JFK Boulevard | Ste 220 | Philadelphia PA 19102-1754 |