IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| VICTORIA'S KITCHEN LLC | : | Bankruptcy No. 25-13380-djb |
| | : | |
| Debtor | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case, be given to the Commonwealth by serving the undersigned counsel.

Respectfully submitted,

DAVID W. SUNDAY JR.
Attorney General

By:  *s/ Christopher R. Momjian*
Christopher R. Momjian
Senior Deputy Attorney General
Attorney ID 57482

Office of Attorney General
Financial Enforcement Section
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Phone: (215) 560-2424

MELISSA L. VAN ECK
Chief Deputy Attorney General

crmomjian@attorneygeneral.gov

Counsel for Commonwealth of Pennsylvania
Date: October 1, 2025                                           Department of Revenue