**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>Victoria's Kitchen LLC,<br><br>Debtor. | Case No. 25-13380-djb<br><br>Chapter 11 |

### Debtor's Motion to Allow Use of Cash Collateral During Government Shutdown

**AND NOW**, Debtor Victoria's Kitchen LLC, through its attorney, moves this Court for entry of an order authorizing the use of cash collateral. In support of this Motion, the Debtor states as follows:

### Jurisdiction

1. The Court has jurisdiction under 28 U.S.C. §§ 157 and 1334, and the Standing Order of Reference (E.D. Pa. Nov. 8, 1990).

2. This is a core proceeding under 28 U.S.C. § 157.

3. Venue is proper under 28 U.S.C. § 1409.

4. The Debtor consents to the entry of a final order by this Court.

### Background

5. The Debtor initiated this case on August 26, 2025, by petitioning for relief under Subchapter V of Chapter 11, United States Code.

6. Since the petition date, the Debtor has remained in possession of its assets and is operating its business as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

7. A description of the Debtor's business and the facts precipitating the filing of this Chapter 11 case is in the declaration of the Debtor's principal that was filed with the Court on August 26, 2025, at ECF No. 4. Those facts, to the extent relevant, are incorporated by reference.

8. The Debtor has entered into several consent agreements with the U.S. Small Business Administration, which allow the Debtor to use the SBA's cash collateral on a monthly basis pending a more permanent arrangement.

9. The most recent cash collateral consent order was approved on September 30, 2025, and expires on October 31, 2025.

10. Funding under the Full-Year Continuing Appropriations and Extensions Act, 2025 Pub. L. No. 119-4, expired on September 30, 2025. As a result, there is a lapse in appropriations and a government shutdown of uncertain duration.

11. Upon information and belief, the government shutdown has furloughed the employees at the SBA and Department of Justice who typically review and approve requests for use of cash collateral.

## Grounds for Relief

12. The Debtor's use of cash collateral is necessary to prevent immediate and irreparable harm to the estate. Without use of its cash receipts, the Debtor will be unable to operate its business, which may result in defaults, lapses in coverage, or other consequences detrimental to reorganization.

13. The employee furlough caused by the government shutdown will prevent the SBA and DOJ from timely reviewing the Debtor's next cash-collateral request, negotiating or executing

a consent order, and appearing at hearings, making it impracticable to obtain a renewed consent order before the current order expires on October 31, 2025.

14. To prevent irreparable harm, the Debtor requests that the Court enter an order extending the Debtor's use of cash collateral on terms identical to the previous orders, for a period to expire on November 30, 2025, or on the twenty-first day after enactment of a federal appropriations law.

**NOW, THEREFORE**, the Debtor requests that the Court grant relief in the form of order attached, and further in its favor if necessary and proper under the law.

Date: October 1, 2025

**SADEK LAW OFFICES LLC**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com