

## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

Victoria's Kitchen LLC,

Debtor.

Case No. 25-13380-djb

Chapter 11

### Order Allowing Use of Cash Collateral During Government Shutdown

**AND NOW**, upon consideration of the Debtor's Motion to Allow Use of Cash Collateral During Government Shutdown filed by Debtor Victoria's Kitchen LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor is authorized to use cash collateral in accordance with the monthly budget (including a permitted ten (10%) percent variance) attached as Exhibit A.

3.  As adequate protection to the Small Business Administration, the Debtor must make monthly payments in the amount of $500.00, payable on the first day of each month for which the use of cash collateral is authorized, beginning on November 1, 2025.

4.  This Order does not authorize payment to any professional retained under 11 U.S.C. § 327 or the Subchapter V Trustee, all of which are required to file fee applications in conformity with the applicable provisions of the Bankruptcy Code, the Federal and Local Rules of Bankruptcy Procedure, with notice to parties in interest, and subject to the provisions of 11 U.S.C. § 330.

5.  This order expires on the later of:

    a.  November 30, 2025, or

    b.  the twenty-first day after any act of Congress (including any continuing resolution) providing appropriations for both the SBA and the Department of Justice is enacted and becomes effective.

Date:            _____

                                 Derek J. Baker
                                 U.S. Bankruptcy Judge

**Exhibit A**

|  | Monthly |
|---|---|
| **Gross Receipts** | $193,000.00 |
| Food Costs | ($79,326.50) |
| Payroll (Wages) | ($23,598.75) |
| Catering Subcontractors | ($19,516.02) |
| Rent | ($9,000.00) |
| Paper Products | ($8,452.73) |
| Payroll (Tax) | ($7,285.38) |
| Sales Tax | ($5,833.33) |
| Utilities | ($5,252.08) |
| Insurance | ($4,370.41) |
| Vehicle Expenses | ($4,365.20) |
| Office Expenses | ($4,237.91) |
| Marketing | ($2,885.56) |
| Accounting Fees | ($1,965.46) |
| Delivery Service Fees | ($1,929.70) |
| Payroll (Fees) | ($1,588.86) |
| Credit Card Processing Fees | ($773.19) |
| Payroll (401k Match) | ($703.58) |
| SBA Payment | ($500.00) |
| Attorney Fees | ($500.00) |
| Subchapter V Trustee | ($400.00) |
| **Ending Balance** | $10,515.34 |