United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-13380-djb

Victoria's Kitchen LLC                                                                  Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 30, 2025 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Victoria's Kitchen LLC, 2001 E Tulpehocken St, Philadelphia, PA 19138-1309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 01 2025 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 01 2025 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: megan.harper@phila.gov | Oct 01 2025 00:34:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| cr | ^ MEBN | Oct 01 2025 00:24:52 | Philadelphia Gas Works, 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2025                          Signature:        /s/Gustava Winters

District/off: 0313-2            User: admin            Page 2 of 2

Date Rcvd: Sep 30, 2025            Form ID: pdf900            Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com  chsm11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MICHAEL I. ASSAD | on behalf of Debtor Victoria's Kitchen LLC michael@sadeklaw.com  sadeklaw@recap.email |
| MICHAEL I. ASSAD | on behalf of Plaintiff Victoria's Kitchen LLC michael@sadeklaw.com  sadeklaw@recap.email |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| PEARL PHAM | on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com  Monica.Londo@pgworks.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                                     Case No. 25-13380-djb

    Victoria's Kitchen LLC,                              Chapter 11

                    Debtor.

### Order Authorizing Continued Use of Business Forms

**AND NOW**, upon consideration of the Motion to Authorize Continued Use of Business Forms and Credit Card filed by Debtor Victoria's Kitchen LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1.    The Motion is **GRANTED**.

2.    The Debtor is authorized to continue to use its pre-printed correspondence and business forms, including, but not limited to, purchase orders letterhead, envelopes, promotional materials, and other business forms, substantially in the forms existing immediately prior to the Petition Date, without reference to the Debtor's debtor-in-possession status until current stock is depleted. Upon reordering, all such items must contain the debtor-in-possession designation.

_____
Derek J. Baker
U.S. Bankruptcy Judge

**Date: September 30, 2025**