# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Victoria's Kitchen LLC,<br><br>                    *Debtor.* | Case No. 25-13380-djb<br>Chapter 11 |

### Notice of Continued Meeting of Creditors

**PLEASE TAKE NOTICE** that the continued Section 341(a) Meeting of Creditors in the above case will be held telephonically on Thursday, October 30, 2025, at 10:00 a.m.

Any party wishing to participate may call the conference line at that time at 888-330-1716 and enter access code 3684976.

Date: September 29, 2025

Michael I. Assad
Sadek Law Offices LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com
*Attorney for Debtor*




FILED
OCT - 7 2025

Michael Assad
Sadek Law Offices
1500 JFK Blvd. Ste 220
Philadelphia, PA 19102

Return Service
Requested

000362

MR# 11932352

Philadelphia
900 Market Street
Suite 400
Philadelphia, PA 19107-4233

