# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>Victoria's Kitchen, LLC,<br><br>Debtor. | Bankruptcy No. 25-13380-DJB<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(B) and Local Rule 2002-1, please take notice that Assistant U.S. Attorney Andrew Fuchs notes his appearance on behalf of the United States of America – Small Business Administration (SBA). Please Serve a copy of all further pleadings (including motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned attorney at the address below.

Andrew R. Fuchs,<br>
Assistant United States Attorney<br>
U.S. Attorney's Office, Eastern District of Pennsylvania<br>
615 Chestnut Street, Suite 1250<br>
Philadelphia, Pa 19106<br>
Phone: 215-861-8350<br>
Fax: 215-861-8618<br>
Email: Andrew.Fuchs@usdoj.gov

Respectfully Submitted,

DAVID METCALF
United States Attorney

Dated: October 8, 2025

*/s/ Andrew R. Fuchs*
ANDREW R. FUCHS
Assistant United States Attorney
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, Pa 19106
Phone: 215-861-8350
Fax: 215-861-8618
Andrew.Fuchs@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 25-13380-DJB |
| Victoria's Kitchen, LLC, | |
| | Chapter 11 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I certify that on this date, the foregoing Notice of Appearance and Request for Notice was filed electronically and is available for viewing and downloading from the Court's ECF system.

Dated: October 8, 2025            /s/ *Andrew R. Fuchs*
ANDREW R. FUCHS