United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-13380-djb |
| Victoria's Kitchen LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 22, 2025 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria's Kitchen LLC, 2001 E Tulpehocken St, Philadelphia, PA 19138-1309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 23 2025 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 23 2025 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: megan.harper@phila.gov | Oct 23 2025 00:40:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 23 2025 00:40:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | ^ MEBN | Oct 23 2025 00:34:01 | Philadelphia Gas Works, 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 24, 2025 | Signature: | /s/Gustava Winters |

Case 25-13380-djb    Doc 120    Filed 10/24/25    Entered 10/25/25 00:42:21    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 22, 2025 | Form ID: pdf900 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Robert Fuchs | on behalf of Creditor United States of America - Small Business Administration (SBA) andrew.fuchs@usdoj.gov beth.fuhrhop@usdoj.gov |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com chsm11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MICHAEL I. ASSAD | on behalf of Debtor Victoria's Kitchen LLC michael@sadeklaw.com sadeklaw@recap.email |
| MICHAEL I. ASSAD | on behalf of Plaintiff Victoria's Kitchen LLC michael@sadeklaw.com sadeklaw@recap.email |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| PEARL PHAM | on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com Monica.Londo@pgworks.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                Case No. 25-13380-djb

     Victoria's Kitchen LLC,                  Chapter 11

                                Debtor.

**Order Allowing Use of Cash Collateral During Government Shutdown**

       **AND NOW**, upon consideration of the Debtor's Motion to Allow Use of Cash Collateral During Government Shutdown filed by Debtor Victoria's Kitchen LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1.     The Motion is **GRANTED**.

2.     The Debtor is authorized to use cash collateral in accordance with the monthly budget (including a permitted ten (10%) percent variance) attached as Exhibit A.

3.     As adequate protection to the Small Business Administration, the Debtor must make monthly payments in the amount of $500.00, payable on the first day of each month for which the use of cash collateral is authorized, beginning on November 1, 2025.

4.     This Order does not authorize payment to any professional retained under 11 U.S.C. § 327 or the Subchapter V Trustee, all of which are required to file fee applications in conformity with the applicable provisions of the Bankruptcy Code, the Federal and Local Rules of Bankruptcy Procedure, with notice to parties in interest, and subject to the provisions of 11 U.S.C. § 330.

5.     This order expires on the later of:

    a. November 30, 2025, or

    b. the twenty-first day after any act of Congress (including any continuing resolution) providing appropriations for both the SBA and the Department of Justice is enacted and becomes effective.

Date: **October 22, 2025**

_____
Derek J. Baker
U.S. Bankruptcy Judge

**Exhibit A**

|  | Monthly |
|---|---:|
| **Gross Receipts** | $193,000.00 |
| Food Costs | ($79,326.50) |
| Payroll (Wages) | ($23,598.75) |
| Catering Subcontractors | ($19,516.02) |
| Rent | ($9,000.00) |
| Paper Products | ($8,452.73) |
| Payroll (Tax) | ($7,285.38) |
| Sales Tax | ($5,833.33) |
| Utilities | ($5,252.08) |
| Insurance | ($4,370.41) |
| Vehicle Expenses | ($4,365.20) |
| Office Expenses | ($4,237.91) |
| Marketing | ($2,885.56) |
| Accounting Fees | ($1,965.46) |
| Delivery Service Fees | ($1,929.70) |
| Payroll (Fees) | ($1,588.86) |
| Credit Card Processing Fees | ($773.19) |
| Payroll (401k Match) | ($703.58) |
| SBA Payment | ($500.00) |
| Attorney Fees | ($500.00) |
| Subchapter V Trustee | ($400.00) |
| **Ending Balance** | $10,515.34 |

2