# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA DIVISION District of PENNSYLVANIA - Philadelphia

**RE:** **VICTORIAS KITCHEN LLC**                                 :

                                                                 : Bankruptcy Number: 25-13380-DJB
                                                                 :
                                                                 :
**Debtor**                                                       : Chapter:  11

## REQUEST FOR NOTICES

## TO THE CLERK OF THE U. S. BANKRUPTCY COURT

   Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Kevin Grem, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

Dated: 10/21/2025

                                        By: _____/S/   Kevin Grem_____
                                                Kevin Grem
                                                Commonwealth of Pennsylvania
                                                Department of Labor and Industry
                                                Collections Support Unit
                                                PO Box 68568
                                                Harrisburg, PA 17106-8568
                                                Telephone: (717) 772-0634
                                                Fax: (717) 787-7671
                                                Email: ra-li-beto-bankreading@pa.gov

UC-666 REV 09-25 (Page 1)