𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔅𝔞𝔫𝔨𝔯𝔲𝔭𝔱𝔠𝔶 ℭ𝔬𝔲𝔯𝔱
𝔈𝔞𝔰𝔱𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔓𝔢𝔫𝔫𝔰𝔶𝔩𝔳𝔞𝔫𝔦𝔞

| In re: | Case No. 25-13380-djb |
|---|---|
| Victoria's Kitchen LLC, | Chapter 11 |
| Debtor. | |

### Debtor's Motion to Extend Time to File Plan

**AND NOW**, Debtor Victoria's Kitchen LLC, through its attorney, moves this Court to extend the time to file a plan of reorganization. In support of this motion, the Debtor states as follows:

### Jurisdiction

1. The Court has jurisdiction under 28 U.S.C. §§ 157 and 1334, and the Standing Order of Reference (E.D. Pa. Nov. 8, 1990).

2. This is a core proceeding under 28 U.S.C. § 157.

3. Venue is proper under 28 U.S.C. § 1409.

4. The Debtor consents to the entry of a final order by this Court.

### Background

5. The Debtor initiated this case on August 26, 2025, by petitioning for relief under Subchapter V of Chapter 11, United States Code.

6. Since the petition date, the Debtor has remained in possession of its assets and is operating its business as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

7. A description of the Debtor's business and the facts precipitating the filing of this Chapter 11 case is in the declaration of the Debtor's principal that was filed with the Court on August 26, 2025, at ECF No. 4. Those facts, to the extent relevant, are incorporated by reference.

8. Under 11 U.S.C. 1189(a), the Debtor is required to file a plan on or before November 24, 2025.

9. A debtor may request an extension to file a plan when "the need for the extension is attributable to circumstances for which the debtor should not justly be held accountable." 11 U.S.C. § 1189(b). The burden is higher than the more lenient standard for extensions prescribed by Fed. R. Bankr. P. 9006(b). <u>In re Online King LLC</u>, 629 B.R. 340, 349 (Bankr. E.D.N.Y. 2021). A debtor must provide more than "a generalized excuse applicable to any business bankruptcy case." <u>Id.</u> at 351.

### Grounds for Relief

10. Over the past several weeks, the undersigned attorney has had to attend to a personal matter that has unavoidably taken time away from preparing the Debtor's plan.

11. This situation was unforeseen, outside the control of the Debtor, and arose during the critical period immediately preceding the plan filing deadline.

12. The Debtor therefore requests that the plan deadline be extended until December 8, 2025.

13. A short extension of fourteen days will allow sufficient time to complete the plan. This modest delay will not prejudice any creditor or party in interest, especially because it overlaps with the practical recess caused by the Thanksgiving holiday. Nor will it hinder Congress's intent that this case move expeditiously.

14. Although the stated grounds for relief may sound like the kind of generalized excuse admonished in Online King, the debtor in that case offered reasoning that was obviously unserious and that conflicted with the record. Here, the Debtor and the undersigned have acted diligently and expeditiously throughout this case, which demonstrates that this request is made in good faith, as a last resort.

**NOW, THEREFORE**, the Debtor requests that the Court grant relief in the form of order attached, and further in its favor if necessary and proper under the law.

Date: November 24, 2025

**SADEK LAW OFFICES LLC**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com