# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:  　　　　　　　　　　　　　　　　　　　Case No. 25-13380-djb

　　Victoria's Kitchen LLC,　　　　　　　　　　Chapter 11

　　　　　　　　　　　Debtor.

## Certificate of Service

I, Michael I. Assad, certify that on November 24, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Motion to Extend Time to File Plan

- Notice of Motion

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 24, 2025　　　　　　　/s/ Michael I. Assad
　　　　　　　　　　　　　　　　　　　Michael I. Assad
　　　　　　　　　　　　　　　　　　　Sadek Law Offices, LLC
　　　　　　　　　　　　　　　　　　　1500 JFK Boulevard, Suite 220
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　215-545-0008
　　　　　　　　　　　　　　　　　　　michael@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| United States Trustee | U.S. Trustee | ☒ CM/ECF |
| Holly Smith Miller | Subchapter V Trustee | ☒ CM/ECF |
| Commonwealth of Pennsylvania | Creditor | ☒ CM/ECF |
| City of Philadelphia Law Department | Creditor | ☒ CM/ECF |
| Philadelphia Gas Works | Creditor | ☒ CM/ECF |
| U.S. Small Business Administration | Creditor | ☒ CM/ECF |
| JPMorgan Chase Bank, N.A.<br>Robertson, Anschutz, Schneid<br>6409 Congress Avenue, Suite 100<br>Boca Raton FL 33487 | Creditor | ☒ First Class Mail |
| Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | Creditor | ☒ First Class Mail |
| Erie Indemnity Company<br>100 Erie Insurance Place<br>Erie PA 16530 | Creditor | ☒ First Class Mail |

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Square Financial Services<br>c/o RMS<br>PO Box 5007<br>Fogelsville PA 18051 | Creditor | ☒ First Class Mail |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Creditor | ☒ First Class Mail |
| New Jersey Turnpike Authority<br>1 Turnpike Plaza<br>P.O Box 5042<br>Woodbridge NJ 07095 | Creditor | ☒ First Class Mail |
| Uline<br>12575 Uline Drive<br>Pleasant Prairie WI 53158US | Creditor | ☒ First Class Mail |