**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Victoria's Kitchen LLC, | Case No. 25-13380-djb |
| *Debtor.* | Chapter 11 |

### Chapter 11 Subchapter V Plan of Reorganization

To U.S. Bankruptcy Judge Derek J. Baker, U.S. Trustee Andrew R. Vara, Subchapter V Trustee Holly Smith Miller, and all creditors, equity security holders, and interested parties:

Debtor Victoria's Kitchen LLC, through its attorney, submits this plan of reorganization under 11 U.S.C. §§ 1128 and 1129.

Date: December 7, 2025

**SADEK LAW OFFICES, LLC**
*Attorney for Debtor*

By: _____

Michael I. Assad
Brad J. Sadek
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

| Background |
|---|

**Description and History of the Debtor's Business**

The Debtor is a limited liability company organized under the laws of the State of Pennsylvania. Since 2014, the Debtor has been engaged in the business of owning and operating a restaurant located in Philadelphia under the name "Victora's Kitchen" The Debtor's revenue is derived primarily from the sale of food for off-premises consumption together with ancillary income from catering services.

**Liquidation Analysis**

To confirm the Plan, the Court must find that all creditors and equity interest holders who do not accept the Plan will receive at least as much under the Plan as such claim and equity interest holders would receive in a chapter 7 liquidation. A liquidation analysis is attached as Exhibit A.

**Feasibility of Plan and Continued Operations**

The Debtor must show that it will have enough cash over the life of the Plan to make the required Plan payments and operate its business. Projected financial information is attached as Exhibit B. The final Plan payment is expected to be paid in the sixtieth month following confirmation of this Plan.

**The Debtor's Bankruptcy Case**

The Debtor filed this chapter 11 bankruptcy case on August 26. 2025. The Debtor participated in an initial interview with the U.S. Trustee, the meeting of creditors was held and concluded, and a status hearing was held and concluded.

| Article 1
Summary |
|---|

This Plan of Reorganization under chapter 11 of Title 11, United States Code, proposes to pay creditors of the Debtor from its future income.

The Plan provides for:          1 class of priority claims;
                                1 classes of secured claims;
                                1 class of non-priority unsecured claims; and
                                1 class of equity security holders.

Non-priority unsecured creditors holding allowed claims will receive distributions from the Debtor's disposable income. This Plan also provides for the payment of administrative and priority claims.

All creditors and equity security holders should refer to Article 2 of this Plan for information regarding the precise treatment of their claim. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

---

**Article 2**
**Classification and Treatment of Claims and Interests**

---

(a)  **Administrative Expense Claims.** Each holder of an administrative expense claim allowed under 11 U.S.C. § 503 will be paid in full on the Effective Date. These claims are not classified, not impaired, and not entitled to vote.

(b)  **Priority Tax Claims.** Each holder of a priority tax claim will be paid in full on the Effective Date. These claims are not classified, not impaired, and not entitled to vote.

(c)  **Statutory Fees.** All fees required to be paid under 28 U.S.C. § 1930 that are owed on or before the Effective Date have been paid or will be paid on the Effective Date. These claims are not classified, not impaired, and not entitled to vote.

(d)  **Class 1.** Allowed claims entitled to priority under 11 U.S.C. § 507(a), except administrative expense claims under 11 U.S.C. § 507(a)(2), and priority tax claims under 11 U.S.C. § 507(a)(8). These claims are treated as provided in Exhibit C.

(e)  **Class 2.** Claims secured by the Debtor's personal property to the extent allowed as secured under 11 U.S.C. § 506(a). These claims are treated as provided in Exhibit C.

(f)  **Class 3.** All timely-filed allowed general unsecured claims, which will receive-pro rata distributions funded by the Debtor's projected net disposable income over three years. This class is impaired and entitled to vote.

(g)  **Class 4.** All equity interests of the Debtor, which will be retained, unaltered, and outstanding. This class is not impaired and not entitled to vote.

---

**Article 3**
**Confirmation and Voting**

---

(a)  **Confirmation of Plan.** The Debtor is seeking confirmation of this plan under 11 U.S.C. § 1146(a). Confirmation under Section 1146(a) requires that creditors vote to approve the plan under the rules outlined in Article 3(b) of this plan.

  If confirmation under Section 1146(a) is not successful, the Debtor will seek confirmation under Section 1146(b). To confirm the plan under Section 1146(b), the court must find that all creditors and equity interest holders who do not accept the plan will receive at least as much under the plan as such claim and equity interest holders would receive in a chapter 7 liquidation.

(b)  **Voting Rights and Plan Acceptance.** Only creditors in classes that are impaired may vote on whether to accept or reject the plan, and only creditors holding allowed claims may vote. A class accepts the plan when more than one-half in number and at least two-thirds in dollar amount of the allowed claims that actually vote, vote in favor of the plan. A class that is not impaired is deemed to accept the plan.

---

**Article 4**
**Allowance and Disallowance of Claims**

---

(a)    **Disputed Claim.** A disputed claim is a claim that has not been allowed or disallowed, and as to which either:

    (1)    a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or

    (2)    no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

(b)    **Delay of Distribution.** No distribution will be made on account of a disputed claim unless such claim is allowed.

(c)    **Settlement of Dispute.** The Debtor will have the power and authority to settle and compromise a disputed claim with court approval and compliance with Fed. R. Bankr. P. 9019.

---

**Article 5**
**Executory Contracts and Unexpired Leases**

---

(a)    On the Effective Date, the Debtor shall be deemed to have assumed the executory contracts and unexpired leases listed in Exhibit D under 11 U.S.C. §§ 365 and 1123(b)(2).

(b)    On the Effective Date, the Debtor will be conclusively deemed to have rejected all executory contracts and unexpired leases except those provided in Article 5(a) of this plan.

(c)    A proof of claim arising from the rejection of an executory contract or unexpired lease under Article 5(b) must be filed no later than twenty-one days after the date of the order confirming this Plan.

---

**Article 6**
**Means for Implementation of the Plan**

---

(a)    **Funding.** The Plan will be funded exclusively through income derived from operation of the Debtor's restaurant.

(b)    **Operations.** The Debtor shall retain and continue to operate the restaurant throughout the Plan term.

(c)    **Use of Funds.** Income shall be used to pay ordinary operating expenses, administrative expenses, and distributions to creditors as provided in this Plan.

(d)    **Secured Creditor Distribution.** Allowed secured claims will be paid as provided in Exhibit C.

(e)    **Unsecured Creditor Distribution.** General unsecured creditors shall receive a pro rata distribution from any funds remaining after payment in full of administrative and secured claims.

(f)    **Disbursement Agent.** The Debtor shall act as disbursing agent and shall make all payments required under this Plan from its income.

(g)    **Prepayment.** The Debtor may prepay any allowed claim, in whole or in part, at any time without penalty.

(h)    **Employment of Professionals.** From and after the Effective Date, the Debtor may, in the ordinary course and without court approval, pay the reasonable fees and expenses of professional persons thereafter incurred, including, without limitation, those fees and expenses incurred in connection with the implementation and consummation of the Plan.

(i)    **Default.** The following events will constitute a material default under the Plan:

   (1)    failure to comply with any requirements of Article 6(d) or 6(e).

| **Article 7**<br>**Default Remedies** |
| :---: |

(a)    **Remedies Available to Subchapter V Trustee.** Notwithstanding any other provision of this Plan, if the Debtor fails to perform any post-petition obligation to the Subchapter V Trustee, the Subchapter V Trustee may give a default notice to the Debtor on or after the fifteenth day following the default. The notice period shall be thirty-five days. If the Debtor fails to cure the default within the notice period, the Subchapter V Trustee may file a certification of default with the Court. Upon such certification, the Court may enter an order converting this case to Chapter 7 without further notice or hearing.

(b)    **Remedies Available to Secured Creditors.** Notwithstanding any other provision of this Plan, if the Debtor defaults on its obligations in the manner contemplated by Article 6(i), any secured creditor may give a default notice to the Debtor on or after the fifteenth day following the default. The notice period shall be fourteen days. If the Debtor fails to cure the default within the notice period, the creditor may file a certification of default with the Court. Upon such certification, the Court may enter an order modifying the automatic stay to permit the creditor to exercise its *in rem* rights under applicable nonbankruptcy law.

(c)    **Default Notice Procedure.** A "default notice" is a written notice that identifies the nature of the Debtor's default under the Plan and states that the noticing party intends to invoke the remedies provided for in this section.

   (1)    **Content of Notice.** A default notice must state the specific default the Debtor has committed under the Plan, specify the action the Debtor must take to cure the default, and identify the calendar date by which such action must be completed.

   (2)    **Service of Notice.** A default notice must be sent by first-class mail, postage prepaid, to the Debtor at its address on file with the Clerk of Court. On the day the default notice is mailed, the noticing party must file a copy of the default notice and a certificate of service with the Court.

   (3)    **Notice Period.** A "notice period" is the period beginning on the date a default notice is mailed and continuing through the deadline stated in the notice. During the notice period, the Debtor will have the opportunity to cure the default by taking the action specified in the notice. If the Debtor cures the default within the notice period, the default shall be deemed waived and no further action may be taken based on that notice.

| **Article 8** |
| :---: |
| **General Provisions** |

(a)     **Definitions and Rules of Construction.** The definitions and rules of construction set forth in 11 U.S.C. §§ 101 and 102 shall apply when terms defined or construed in Title 11 are used in this Plan.

(b)     **Time Computation.** All periods of time stated in this plan are computed in accordance with Fed. R. Bankr. P. 9006(a).

(c)     **Effective Date.** The Effective Date means the date that is:

   (1)     fourteen days after entry of the order confirming this plan, or

   (2)     one day after the expiration or termination of an order staying confirmation.

(d)     **Vesting of Property.** On the Effective Date, all property of the estate will revest in the Debtor.

(e)     **Severability.** If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

(f)     **Binding Effect.** The rights and obligations of any entity named or referred to in this Plan will be binding upon and will inure to the benefit of the successors or assigns of such entity.

(g)     **Captions.** The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

(h)     **Controlling Effect.** Unless a rule of law or procedure is supplied by federal law, regulation, or rule, the laws of the State of Pennsylvania govern this Plan and all agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in this Plan.

(i)     **Corporate Governance.** The Debtor shall not issue nonvoting equity securities. The articles of incorporation shall provide for an appropriate distribution of voting power among all classes of voting equity securities, and, in the case of any class of equity securities having a preference over another class with respect to dividends, shall include adequate provisions for the election of directors by the holders of such preferred class in the event of a default in the payment of such dividends.

| **Article 9** |
| :---: |
| **Discharge** |

(a)     If this Plan is confirmed under 11 U.S.C. § 1191(a), on the Effective Date, the Debtor will be discharged from any debt that arose before confirmation of this Plan, to the extent specified in 11 U.S.C. § 1141(d)(1)(A), except that the Debtor will not be discharged of any debt:

   (1)     imposed by this Plan, or

   (2)     to the extent provided in 11 U.S.C. § 1141(d)(6).

(b)     If this Plan is confirmed under 11 U.S.C. § 1191(b), confirmation does not discharge any debt provided for in this Plan until the court grants a discharge on completion of all payments due within the first 3 years of this Plan, or as otherwise provided in 11 U.S.C. § 1192. The Debtor will not be discharged from any debt:

(1)     on which the last payment is due after the first 3 years of the plan, or as otherwise provided in 11 U.S.C. § 1192; or

(2)     excepted from discharge under 11 U.S.C. § 523(a), except as provided in Fed R. Bankr. P. 4007(c).

---

**Article 10
Retention of Jurisdiction**

---

(a)     The Bankruptcy Court shall retain jurisdiction after confirmation of this Plan to the extent permitted by law to interpret, enforce, or modify the Plan; resolve objections to claims and disputes concerning distributions; enter orders related to the sale of property or final dissolution of the Debtor; and issue a final decree closing the case.

---

**Exhibit A**
**Liquidation Analysis**

---

**Assets**

Cash and cash equivalents ......................................................................................$12,186

Deposits and prepayments.......................................................................................$2,500

Accounts receivable ............................................................................................$220,000

Investments ..................................................................................................................$0

Inventory..............................................................................................................$13,000

Farming and fishing-related assets ..............................................................................$0

Office furniture, fixtures, and equipment; and collectibles .....................................$6,000

Machinery, equipment, and vehicles ....................................................................$117,795

Real property ..............................................................................................................$0

Intangibles and intellectual property ......................................................................$3,000

All other assets ...........................................................................................................$0

**Total assets at liquidation value** ......................................................................**$374,481**

**Less:**    Secured creditors' recoveries ................................................................$374,481

**Less:**    Chapter 7 trustee fees and expenses............................................................$0

**Less:**    Chapter 11 administrative expenses .............................................................$0

**Less:**    Priority claims (excluding administrative expense claims)..............................$0

(1) Balance for unsecured claims .............................................................$0

(2) Total dollar amount of unsecured claims ....................................$2,102,688

***Percentage of claims which unsecured creditors***
***would receive or retain in a chapter 7 liquidation***....................................................**0%**

***Percentage of claims which unsecured creditors will receive under this plan***...................**0%**

| Exhibit B<br>Cash Flow Projection | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | **Month 1** | **Month 2** | **Month 3** | **Month 4** | **Month 5** | **Month 6** |
| **Receipts** | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 |
| **Expenses** |  |  |  |  |  |  |
| **Food Costs** | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) |
| **Payroll (Wages)** | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) |
| **Catering Subcontractors** | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) |
| **Rent** | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) |
| **Paper Products** | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) |
| **Payroll (Tax)** | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) |
| **Sales Tax** | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) |
| **Utilities** | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) |
| **Insurance** | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) |
| **Vehicle Expenses** | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) |
| **Office Expenses** | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) |
| **Marketing** | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) |
| **Accounting Fees** | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) |
| **Delivery Service Fees** | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) |
| **Payroll (Fees)** | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) |
| **Credit Card Processing Fees** | ($773) | ($773) | ($773) | ($773) | ($773) | ($773) |
| **Payroll (401k Match)** | ($704) | ($704) | ($704) | ($704) | ($704) | ($704) |
| **Attorney Fees** | ($500) | ($500) | ($500) | ($500) | ($500) | ($500) |
| **Subchapter V Trustee** | ($400) | ($400) | ($400) | ($400) | ($400) | ($400) |
| **Disposable Income** | **$11,015** | **$11,015** | **$11,015** | **$11,015** | **$11,015** | **$11,015** |

| | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|
| **Receipts** | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 |
| **Expenses** | | | | | | |
| **Food Costs** | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) |
| **Payroll (Wages)** | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) |
| **Catering Subcontractors** | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) |
| **Rent** | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) |
| **Paper Products** | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) |
| **Payroll (Tax)** | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) |
| **Sales Tax** | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) |
| **Utilities** | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) |
| **Insurance** | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) |
| **Vehicle Expenses** | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) |
| **Office Expenses** | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) |
| **Marketing** | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) |
| **Accounting Fees** | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) |
| **Delivery Service Fees** | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) |
| **Payroll (Fees)** | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) |
| **Credit Card Processing Fees** | ($773) | ($773) | ($773) | ($773) | ($773) | ($773) |
| **Payroll (401k Match)** | ($704) | ($704) | ($704) | ($704) | ($704) | ($704) |
| **Attorney Fees** | ($500) | ($500) | ($500) | ($500) | ($500) | ($500) |
| **Subchapter V Trustee** | ($400) | ($400) | ($400) | ($400) | ($400) | ($400) |
| **Disposable Income** | **$11,015** | **$11,015** | **$11,015** | **$11,015** | **$11,015** | **$11,015** |

|  | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 |
|---|---|---|---|---|---|---|
| **Receipts** | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 |
| **Expenses** | | | | | | |
| **Food Costs** | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) |
| **Payroll (Wages)** | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) |
| **Catering Subcontractors** | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) |
| **Rent** | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) |
| **Paper Products** | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) |
| **Payroll (Tax)** | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) |
| **Sales Tax** | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) |
| **Utilities** | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) |
| **Insurance** | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) |
| **Vehicle Expenses** | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) |
| **Office Expenses** | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) |
| **Marketing** | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) |
| **Accounting Fees** | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) |
| **Delivery Service Fees** | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) |
| **Payroll (Fees)** | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) |
| **Credit Card Processing Fees** | ($773) | ($773) | ($773) | ($773) | ($773) | ($773) |
| **Payroll (401k Match)** | ($704) | ($704) | ($704) | ($704) | ($704) | ($704) |
| **Attorney Fees** | ($500) | ($500) | ($500) | ($500) | ($500) | ($500) |
| **Subchapter V Trustee** | ($400) | ($400) | ($400) | ($400) | ($400) | ($400) |
| **Disposable Income** | **$11,015** | **$11,015** | **$11,015** | **$11,015** | **$11,015** | **$11,015** |

| | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 |
|---|---|---|---|---|---|---|
| **Receipts** | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 |
| **Expenses** | | | | | | |
| **Food Costs** | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) |
| **Payroll (Wages)** | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) |
| **Catering Subcontractors** | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) |
| **Rent** | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) |
| **Paper Products** | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) |
| **Payroll (Tax)** | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) |
| **Sales Tax** | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) |
| **Utilities** | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) |
| **Insurance** | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) |
| **Vehicle Expenses** | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) |
| **Office Expenses** | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) |
| **Marketing** | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) |
| **Accounting Fees** | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) |
| **Delivery Service Fees** | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) |
| **Payroll (Fees)** | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) |
| **Credit Card Processing Fees** | ($773) | ($773) | ($773) | ($773) | ($773) | ($773) |
| **Payroll (401k Match)** | ($704) | ($704) | ($704) | ($704) | ($704) | ($704) |
| **Attorney Fees** | ($500) | ($500) | ($500) | ($500) | ($500) | ($500) |
| **Subchapter V Trustee** | ($400) | ($400) | ($400) | ($400) | ($400) | ($400) |
| **Disposable Income** | **$11,015** | **$11,015** | **$11,015** | **$11,015** | **$11,015** | **$11,015** |

| | Month 25 | Month 26 | Month 27 | Month 28 | Month 29 | Month 30 |
|---|---|---|---|---|---|---|
| **Receipts** | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 |
| **Expenses** | | | | | | |
| **Food Costs** | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) |
| **Payroll (Wages)** | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) |
| **Catering Subcontractors** | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) |
| **Rent** | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) |
| **Paper Products** | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) |
| **Payroll (Tax)** | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) |
| **Sales Tax** | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) |
| **Utilities** | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) |
| **Insurance** | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) |
| **Vehicle Expenses** | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) |
| **Office Expenses** | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) |
| **Marketing** | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) |
| **Accounting Fees** | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) |
| **Delivery Service Fees** | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) |
| **Payroll (Fees)** | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) |
| **Credit Card Processing Fees** | ($773) | ($773) | ($773) | ($773) | ($773) | ($773) |
| **Payroll (401k Match)** | ($704) | ($704) | ($704) | ($704) | ($704) | ($704) |
| **Attorney Fees** | ($500) | ($500) | ($500) | ($500) | ($500) | ($500) |
| **Subchapter V Trustee** | ($400) | ($400) | ($400) | ($400) | ($400) | ($400) |
| **Disposable Income** | **$11,015** | **$11,015** | **$11,015** | **$11,015** | **$11,015** | **$11,015** |

|  | Month 31 | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 |
|---|---|---|---|---|---|---|
| Receipts | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 |
| Expenses |  |  |  |  |  |  |
| Food Costs | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) |
| Payroll (Wages) | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) |
| Catering Subcontractors | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) |
| Rent | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) |
| Paper Products | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) |
| Payroll (Tax) | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) |
| Sales Tax | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) |
| Utilities | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) |
| Insurance | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) |
| Vehicle Expenses | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) |
| Office Expenses | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) |
| Marketing | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) |
| Accounting Fees | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) |
| Delivery Service Fees | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) |
| Payroll (Fees) | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) |
| Credit Card Processing Fees | ($773) | ($773) | ($773) | ($773) | ($773) | ($773) |
| Payroll (401k Match) | ($704) | ($704) | ($704) | ($704) | ($704) | ($704) |
| Attorney Fees | ($500) | ($500) | ($500) | ($500) | ($500) | ($500) |
| Subchapter V Trustee | ($400) | ($400) | ($400) | ($400) | ($400) | ($400) |
| Disposable Income | $11,015 | $11,015 | $11,015 | $11,015 | $11,015 | $11,015 |

| | Month 37 | Month 38 | Month 39 | Month 40 | Month 41 | Month 42 |
|---|---|---|---|---|---|---|
| **Receipts** | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 |
| **Expenses** | | | | | | |
| **Food Costs** | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) |
| **Payroll (Wages)** | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) |
| **Catering Subcontractors** | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) |
| **Rent** | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) |
| **Paper Products** | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) |
| **Payroll (Tax)** | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) |
| **Sales Tax** | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) |
| **Utilities** | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) |
| **Insurance** | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) |
| **Vehicle Expenses** | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) |
| **Office Expenses** | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) |
| **Marketing** | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) |
| **Accounting Fees** | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) |
| **Delivery Service Fees** | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) |
| **Payroll (Fees)** | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) |
| **Credit Card Processing Fees** | ($773) | ($773) | ($773) | ($773) | ($773) | ($773) |
| **Payroll (401k Match)** | ($704) | ($704) | ($704) | ($704) | ($704) | ($704) |
| **Attorney Fees** | ($500) | ($500) | ($500) | ($500) | ($500) | ($500) |
| **Subchapter V Trustee** | ($400) | ($400) | ($400) | ($400) | ($400) | ($400) |
| **Disposable Income** | **$11,015** | **$11,015** | **$11,015** | **$11,015** | **$11,015** | **$11,015** |

|  | Month 43 | Month 44 | Month 45 | Month 46 | Month 47 | Month 48 |
|---|---|---|---|---|---|---|
| **Receipts** | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 |
| **Expenses** |  |  |  |  |  |  |
| **Food Costs** | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) |
| **Payroll (Wages)** | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) |
| **Catering Subcontractors** | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) |
| **Rent** | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) |
| **Paper Products** | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) |
| **Payroll (Tax)** | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) |
| **Sales Tax** | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) |
| **Utilities** | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) |
| **Insurance** | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) |
| **Vehicle Expenses** | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) |
| **Office Expenses** | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) |
| **Marketing** | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) |
| **Accounting Fees** | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) |
| **Delivery Service Fees** | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) |
| **Payroll (Fees)** | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) |
| **Credit Card Processing Fees** | ($773) | ($773) | ($773) | ($773) | ($773) | ($773) |
| **Payroll (401k Match)** | ($704) | ($704) | ($704) | ($704) | ($704) | ($704) |
| **Attorney Fees** | ($500) | ($500) | ($500) | ($500) | ($500) | ($500) |
| **Subchapter V Trustee** | ($400) | ($400) | ($400) | ($400) | ($400) | ($400) |
| **Disposable Income** | **$11,015** | **$11,015** | **$11,015** | **$11,015** | **$11,015** | **$11,015** |

| | Month 49 | Month 50 | Month 51 | Month 52 | Month 53 | Month 54 |
|---|---|---|---|---|---|---|
| **Receipts** | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 |
| **Expenses** | | | | | | |
| **Food Costs** | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) |
| **Payroll (Wages)** | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) |
| **Catering Subcontractors** | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) |
| **Rent** | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) |
| **Paper Products** | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) |
| **Payroll (Tax)** | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) |
| **Sales Tax** | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) |
| **Utilities** | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) |
| **Insurance** | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) |
| **Vehicle Expenses** | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) |
| **Office Expenses** | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) |
| **Marketing** | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) |
| **Accounting Fees** | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) |
| **Delivery Service Fees** | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) |
| **Payroll (Fees)** | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) |
| **Credit Card Processing Fees** | ($773) | ($773) | ($773) | ($773) | ($773) | ($773) |
| **Payroll (401k Match)** | ($704) | ($704) | ($704) | ($704) | ($704) | ($704) |
| **Attorney Fees** | ($500) | ($500) | ($500) | ($500) | ($500) | ($500) |
| **Subchapter V Trustee** | ($400) | ($400) | ($400) | ($400) | ($400) | ($400) |
| **Disposable Income** | **$11,015** | **$11,015** | **$11,015** | **$11,015** | **$11,015** | **$11,015** |

|  | Month 55 | Month 56 | Month 57 | Month 58 | Month 59 | Month 60 |
|---|---|---|---|---|---|---|
| **Receipts** | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 | $193,000 |
| **Expenses** | | | | | | |
| **Food Costs** | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) | ($79,327) |
| **Payroll (Wages)** | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) | ($23,599) |
| **Catering Subcontractors** | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) | ($19,516) |
| **Rent** | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) | ($9,000) |
| **Paper Products** | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) | ($8,453) |
| **Payroll (Tax)** | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) | ($7,285) |
| **Sales Tax** | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) | ($5,833) |
| **Utilities** | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) | ($5,252) |
| **Insurance** | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) | ($4,370) |
| **Vehicle Expenses** | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) | ($4,365) |
| **Office Expenses** | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) | ($4,238) |
| **Marketing** | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) | ($2,886) |
| **Accounting Fees** | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) | ($1,965) |
| **Delivery Service Fees** | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) | ($1,930) |
| **Payroll (Fees)** | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) | ($1,589) |
| **Credit Card Processing Fees** | ($773) | ($773) | ($773) | ($773) | ($773) | ($773) |
| **Payroll (401k Match)** | ($704) | ($704) | ($704) | ($704) | ($704) | ($704) |
| **Attorney Fees** | ($500) | ($500) | ($500) | ($500) | ($500) | ($500) |
| **Subchapter V Trustee** | ($400) | ($400) | ($400) | ($400) | ($400) | ($400) |
| **Disposable Income** | **$11,015** | **$11,015** | **$11,015** | **$11,015** | **$11,015** | **$11,015** |

**Exhibit C**
**Treatment of Claims and Interests**

| Class | Description | Impairment | Treatment |
|---|---|---|---|
| 1-A | **Priority claim of:**<br>Pennsylvania Department of Revenue<br><br>**Allowed amount:**<br>$80,500.00 | Not impaired. | **Payment Interval**<br>Equal monthly installments on allowed amount over 60 months<br><br>**Payments Begin**<br>First full month after Effective Date<br><br>**Payments End**<br>Month 60<br><br>**Interest Rate**<br>0% |
| 1-B | **Priority claim of:**<br>City of Philadelphia<br><br>**Allowed amount:**<br>$3,545.44 | Not impaired. | **Payment Interval**<br>Equal monthly installments on allowed amount over 84 months<br><br>**Payments Begin**<br>First full month after Effective Date<br><br>**Payments End**<br>Month 60<br><br>**Interest Rate**<br>0% |
| 2-A | **Secured claim of:**<br>Pennsylvania Department of Revenue<br><br>**Collateral description:**<br>Debtor's personal property, proceeds, and replacements.<br><br>**Allowed secured amount:**<br>To be determined under 11 U.S.C. § 506(a)<br><br>**Priority of lien:**<br>Tax Lien | Impaired and entitled to vote. | **Payment Interval**<br>Equal monthly installments on allowed secured amount over 60 months<br><br>**Payments Begin**<br>First full month after Effective Date<br><br>**Payments End**<br>Month 60<br><br>**Interest Rate**<br>7%<br><br>**Treatment of Lien**<br>Lien retained until the allowed secured portion is paid in full; released upon satisfaction<br><br>Deficiency to be classified and treated as a general unsecured claim. |

| Class | Description | Impairment | Treatment |
|---|---|---|---|
| 2-B | **Secured claim of:**<br>Commonwealth of PA – UCTS<br><br>**Collateral description:**<br>Debtor's personal property, proceeds, and replacements.<br><br>**Allowed secured amount:**<br>To be determined under 11 U.S.C. § 506(a)<br><br>**Priority of lien:**<br>Tax Lien | Impaired and entitled to vote. | **Payment Interval**<br>Equal monthly installments on allowed secured amount over 60 months<br><br>**Payments Begin**<br>First full month after Effective Date<br><br>**Payments End**<br>Month 60<br><br>**Interest Rate**<br>7%<br><br>**Treatment of Lien**<br>Lien retained until the allowed secured portion is paid in full; released upon satisfaction<br><br>Deficiency to be classified and treated as a general unsecured claim. |
| 2-C | **Secured claim of:**<br>U.S. Small Business Administration<br><br>**Collateral description:**<br>Debtor's personal property, proceeds, and replacements.<br><br>**Allowed secured amount:**<br>To be determined under 11 U.S.C. § 506(a)<br><br>**Priority of lien:**<br>UCC | Impaired and entitled to vote. | **Payment Interval**<br>Equal monthly installments on allowed secured amount over 60 months<br><br>**Payments Begin**<br>First full month after Effective Date<br><br>**Payments End**<br>Month 60<br><br>**Interest Rate**<br>3.75%<br><br>**Treatment of Lien**<br>Lien retained until the allowed secured portion is paid in full; released upon satisfaction<br><br>Deficiency to be classified and treated as a general unsecured claim. |

**Exhibit D**
**Treatment of Leases and Executory Contracts**

| Leaseholder | Description | Treatment |
|---|---|---|
| A & J Real Estate LLC | Commercial lease of 2001 East Tulpehocken Street, Philadelphia, PA | Assumed |
| A & J Real Estate LLC | Commercial lease of 7304 Ogontz Avenue, Philadelphia, PA | Assumed |
| Erie Insurance Group | Property insurance | Assumed |
| Erie Insurance Group | Vehicle insurance | Assumed |
| Philadelphia Housing Authority | Food services | Assumed |
| Poor Richard's Catering | Commercial lease of 5070 Parkside Avenue, Philadelphia, PA | Assumed |
| Primerica Inc. | Key person insurance | Assumed |