**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Victoria's Kitchen LLC,

*Debtor.*

Case No. 25-13380-djb
Chapter 11

**Certificate of No Response**

I certify that Sadek Law Offices, LLC has received no answer, objection, or other responsive pleading to the Motion to Extend Time to File Plan filed on November 24, 2025. I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the motion appears thereon. Pursuant to the notice filed with the motion, objections were to be filed and served on or before December 8, 2025. I respectfully request that the proposed order attached to the motion be entered at the earliest convenience of the Court.

Date: December 10, 2025

Michael I. Assad
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com