# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:  

Victoria's Kitchen LLC,  

Debtor.

Case No. 25-13380-djb  

Chapter 11

### Order Extending Time to File Plan

**AND NOW**, upon consideration of the Debtor's *Motion to Extend Time to File Plan* filed by Debtor Victoria's Kitchen LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor must file a plan on or before December 8, 2025.

3. This order is effective November 24, 2025.

Date: **January 5, 2026**

_____  
Derek J. Baker  
U.S. Bankruptcy Judge