IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
--------------------------------------------------------x
In re                                      :
                                           :        Chapter 11
        VICTORIA'S KITCHEN LLC             :
                                           :        Case No. 25-13380(DJB)
                                           :
                        Debtor.            :
                                           :
--------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copies of the foregoing City of Philadelphia's Objection to Debtor's Chapter 11 Subchapter V Plan of Reorganization was served by the means designated below, on the date set forth below, upon the following parties:

Via ECF FILING

Debtor's Counsel:
Michael I. Assad, Esq.
Sadek Law Offices, LLC
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102

United States Trustee:
John Henry Schanne, Esq.
Office of the United States Trustee
900 Market Street, Ste 320
Philadelphia, PA 19107

Respectfully submitted,

Date: January 6, 2026            By:     /s/ Pamela Elchert Thurmond
                                         PAMELA ELCHERT THURMOND
                                         Senior Attorney
                                         PA Attorney I.D. 202054
                                         City of Philadelphia Law Department
                                         1401 JFK Blvd., 5th Floor
                                         Philadelphia, PA  19102-1595
                                         215-686-0508 (phone)
                                         215-686-0582 (facsimile)

Email: Pamela.Thurmond@phila.gov