| | | |
|---|---|---|
| MIKE ASSAD<br>215-545-0008<br>michael@sadeklaw.com | **Sadek Law Offices, LLC**<br>1500 JFK Boulevard, Suite 220<br>Philadelphia, PA 19102 | |

January 15, 2026

**VIA CM/ECF**

Hon. Derek J. Baker
U.S. Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107

Re:   In re Victoria's Kitchen LLC, Debtor.
       Case No. 25-13380-djb — Chapter 11 (Subchapter V)
       **Report of Plan Voting**

Dear Judge Baker:

I write in compliance with your order of December 9, 2025, which set deadlines related to plan confirmation in the above case.

As evidenced by the certificate of service filed by the Debtor on December 13, 2025, the Debtor solicited acceptance of the plan from claimholders in impaired classes as required for confirmation under 11 U.S.C § 1191(a). No claimholders returned timely ballots indicating acceptance or rejection.

The Debtor received a timely objection to confirmation of the plan filed by the City of Philadelphia, and a timely informal objection by the U.S. Small Business Administration. Resolution of both objections will require amendment of the plan.

Accordingly, the Debtor will appear at the January 20, 2026, confirmation hearing to request that the court reset the confirmation schedule to allow for an amended plan.

Sincerely,

**SADEK LAW OFFICES, LLC**

Mike Assad
Attorney for Debtor