IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Chapter 11
Victoria's Kitchen, LLC : Case No 25-13380-djb
Debtor
:

## MOTION TO EXTEND TIME

1. The above-captioned Chapter 11 Bankruptcy was filed on or about August 26, 2025.

2. Under Bankruptcy Rule 1007(c), the Debtor may obtain a further extension of the filing deadline for "cause" shown.

3. The attorney formerly handling all aspects of the instant matter from the time of case inception is no longer affiliated with our law firm as of March 3, 2026.

4. Accordingly, the Debtor requests additional time to secure replacement counsel with the requisite experience to handle the instant matter to its conclusion.

5. The undersigned intends on filing a Motion to withdraw as counsel, but will refrain from doing so for the immediate time being to allow two weeks for the debtor to obtain new counsel to allow an opportunity for an entry/withdrawal of counsel to be filed.

WHEREFORE, Debtor respectfully requests the entry of an ORDER extending the future deadlines as stated in the Revised Order Setting a Hearing on Confirmation of Plan and Related Deadlines docketed at number 147 under Local Rule 9014-2(a)14

Date: March 4, 2026                     /s/ Brad J. Sadek_____

                                         Brad J. Sadek, Esquire
                                         Attorney for Debtor
                                         1500 JFK Boulevard, Suite 220
                                         Philadelphia, PA 19102