IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 11 |
| Victoria's Kitchen, LLC | : | Case No 25-13380-djb |
| Debtor | | |
| | : | |

ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension of ___ days to comply with the Revised Order Setting a Hearing on Confirmation of Plan and Related Deadlines docketed at number 147.

HONORABLE DEREK J. BAKER

UNITED STATES BANKRUPTCY JUDGE