# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
|     Victoria's Kitchen LLC, | : | |
| | : | Case No. 25-13380 (DJB) |
|         Debtor. | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Motion To Extend Time (the "Motion") [Dkt. No. 158], the Court schedules a hearing on April 14, 2026 at 1:00 p.m. at which time the Debtor shall report on the current status of its chapter 11 plan; and

The Court **STAYS** the deadlines in the Order [Dkt. No. 147], pending the earlier of (i) the Debtor's motion to reset applicable confirmation deadlines or (ii) outcome of the hearing to be held on April 14, 2026.

**Date: March 5, 2026**

_____
**Derek J. Baker**
**U.S. Bankruptcy Judge**