**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Victoria's Kitchen LLC | : | Chapter 11 |
| | : | Case No.: 25-13380-DJB |
| Debtor | : | |

### MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR

AND NOW, Movant Brad J. Sadek moves this Court for an order withdrawing his appearance as attorney for Debtor Victoria's Kitchen LLC, and states the following:

1.     The Movant is and has been the Attorney for the Debtor since an Entry of Appearance was filed on March 04, 2026 (Docket No. 157).

2.     The Movant wishes to withdraw his appearance as attorney for the Debtor and has communicated the same to the Debtor.

3.     The Debtor is currently seeking replacement counsel and it is expected that an Entry/Withdrawal of Counsel will be filed before the hearing on said Motion.

For those reasons, the Movant requests that the Court enter relief in the form of order attached, and further in his favor if necessary and proper under the law.


Dated: March 19, 2026

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor(s)
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite #220
Philadelphia, PA 19102
brad@sadeklaw.com
215-545-0008