**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Victoria's Kitchen LLC | : | Chapter 11 |
| | : | Case No.: 25-13380-DJB |
| Debtor | : | |

**O R D E R**

AND NOW, upon consideration of the Motion to Withdraw as Attorney for Debtor filed by Brad J. Sadek, after notice and hearing, and for good cause shown, it is hereby ORDERED that:

1. The Motion is **GRANTED.**

2. Brad J. Sadek's appearance as attorney for Debtor Victoria's Kitchen LLC is **WITHDRAWN**.

3. This order is effective immediately.

BY THE COURT:

Dated:_____     _____

HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE