IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

--------------------------------------------------------x
In re                                                    :
                                                         :   Chapter 11
VICTORIA'S KITCHEN LLC          :
                                                         :   Case No. 25-13380(DJB)
                    Debtor              :
                                                         :   Hearing Date: 4/14/26, 1pm
                                                         :
--------------------------------------------------------x

**CITY OF PHILADELPHIA'S OBJECTION TO DEBTOR'S FIRST AMENDED
CHAPTER 11 SUBCHAPTER V PLAN OF REORGANIZATION**

AND NOW, comes the City of Philadelphia, (the "City"), a priority and general unsecured creditor in the above-captioned case, by and through its Counsel, Pamela Elchert Thurmond, Senior Attorney, pursuant to Bankruptcy Code §1129, 1190 & 1191 to object to the First Amended Subchapter V Plan of Reorganization ("Plan") filed by Victoria's Kitchen LLC (the "Debtor").

The City avers the following in support thereof:

**FACTUAL STATEMENT**

1.      On August 26, 2025, the Debtor filed a voluntary petition for Chapter 11 bankruptcy with this Court.

2.      On February 19, 2026, the City filed an amended tax claim amounting to $6,077.34 of which $5,806.16 is due to the City for priority tax claims and $271.18 for a general unsecured claim.

3.      On March 1, 2026, the Debtor filed its proposed plan.

4.      Article 2(b) of the Plan states that priority tax claims will be paid as referenced in Exhibit C. Exhibit C provides that the City's priority tax claim will be paid in "equal monthly installments on allowed amount over 60 months."

1

5.      The City objects as the priority tax payment spans more than five years from the

Debtor's bankruptcy filing in violation of Section 1129(a)(9)(C)(ii).

6.      Moreover, it does not appear that the plan was solicited as the City did not receive

a ballot to vote on its general unsecured claim.

WHEREFORE, the City respectfully requests that this Honorable Court DENY the Debtor's

request for confirmation of the Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: March 26, 2026                    By:      */s/ Pamela Elchert Thurmond*
                                         PAMELA ELCHERT THURMOND
                                         Senior Attorney
                                         PA Attorney I.D. 202054
                                         Attorney for the City of Philadelphia
                                         City of Philadelphia Law Department
                                         Municipal Services Building
                                         1401 JFK Boulevard, 5th Floor
                                         Philadelphia, PA  19102-1595
                                         215-686-0508 (phone)
                                         Email: Pamela.Thurmond@phila.gov