IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
---------------------------------------------------x
In re                                      :
                                           :        Chapter 11
         VICTORIA'S KITCHEN LLC            :
                                           :        Case No. 25-13380(DJB)
                                           :
                         Debtor.           :
                                           :
---------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copies of the foregoing  was served by the means designated below, on the date set forth below, upon the following parties:

Via ECF FILING

Debtor's Counsel:
Brad Sadek, Esq.
Sadek Law Offices, LLC
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102

United States Trustee:
John Henry Schanne, Esq.
Office of the United States Trustee
900 Market Street, Ste 320
Philadelphia, PA 19107

Respectfully submitted,

Date: March 26, 2026              By:      /s/ Pamela Elchert Thurmond
                                           PAMELA ELCHERT THURMOND
                                           Senior Attorney
                                           PA Attorney I.D. 202054
                                           City of Philadelphia Law Department
                                           1401 JFK Blvd., 5th Floor
                                           Philadelphia, PA  19102-1595
                                           215-686-0508 (phone)
                                           215-686-0582 (facsimile)
                                           Email: Pamela.Thurmond@phila.gov