UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| VICTORIA'S KITCHEN LLC | : | Bankruptcy No. 25-13380 (DJB) |
| | : | |
| | : | |
| | : | |
| Debtors | : | |
| | : | |

### **ORDER**

**AND NOW**, upon consideration of Sadek Law Offices LLC's Motion to Withdraw as

Attorney for Debtor [Dkt. No. 161], Debtor's Objection of Equity Security Holder Victoria

Tyson to Sadek Law Offices LLC's Motion to Withdraw as Attorney for Debtor [Dkt. No. 164]

and after a preliminary hearing being held on April 14, 2026, it is hereby **ORDERED** that:

1. An evidentiary hearing will be held on Tuesday, April 21, 2026 at 9:00 a.m. (the

   "Hearing").

2. The Hearing will be conducted in the following format:

   ☑ Video Conference using the following link: . If no link is provided, the video
   conference link will be included on the hearing calendar. On website ZoomGov.com with
   Join Meeting ID 161 0657 4791.

   ☑ In-Person **in the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal
   Courthouse, 900 Market Street, Philadelphia, PA 19107 – Courtroom 2**.

3. The Movant(s) shall serve a copy of this Order on the U.S. Trustee, the case Trustee (if

   any), the Debtor's principal, Victoria Tyson, individual Respondent(s) (if any), all

   secured creditors and all parties otherwise requesting notice **by overnight mail,** facsimile

transmission or e-mail transmission **no later than 5:00 p.m. on April 14, 2026**. Service made to each party identified above through the court's CM/ECF system is effective.

4.  The Movant(s) shall serve this Order in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 p.m. on April 14, 2026.

5.  The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Dated: April 14, 2026

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge