

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:    Case No. 25-13380-djb

    Victoria's Kitchen LLC,    Chapter 11

             Debtor.

### Declaration of Michael I. Assad in Support of Debtor's Application to Employ Law Office of Mike Assad P.C. as Debtor's Attorney

I, Michael I. Assad, hereby declare as follows:

1. I am employed as an attorney by the Law Office of Mike Assad P.C ("the Firm").

2. This declaration is made in support of the Debtor's application to approve the Firm's employment as its attorney in this bankruptcy case.

3. The Firm has not received any payments by or on behalf of the Debtor within the ninety days preceding the order for relief in this case, or at any time since.

4. On April 22, 2026, I researched the Firm's database to determine whether it had any relationships with the Debtor, the Debtor's principal, and the creditors listed on the matrix.

5. As a result of that research, I have determined that the Firm does not represent any party so listed in any capacity, related or unrelated to the Debtor's bankruptcy case or its estate, nor does it have any adverse interest or connections with any creditor.

6. As a result of that research, I have further determined that the Firm is disinterested.

7. The Firm is not a creditor of the Debtor.

8. I have represented many bankrupt Debtors and am able to perform services required by the Debtor related to this case on behalf of the Firm.

9.	I was previously employed as an associate attorney by the Debtor's outgoing attorney, Sadek Law Offices LLC.

10.	I do not believe that my prior employment presents a conflict of interest under the Bankruptcy Code or the Pennsylvania Rules of Professional Conduct.

11.	If any conflicts do arise, I will counsel the Debtor to retain a conflict attorney.

12.	I declare under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: April 22, 2026

/s/ Michael I. Assad
Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law

2