## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:                                                        Case No. 25-13380-djb

    Victoria's Kitchen LLC,                         Chapter 11

                Debtor.

**Order Allowing Debtor to Employ
the Law Office of Mike Assad P.C. as Debtor's Attorney**

**AND NOW**, upon consideration of the Application to Employ the Law Office of Mike Assad P.C. (the "Proposed Attorney") as Debtor's Attorney filed by Debtor Victoria's Kitchen LLC, after notice and opportunity for hearing, the court finds that:

A.     Notice of the Application was proper.

B.     Employment of the Proposed Attorney is necessary and in the best interests of the Debtor and the bankruptcy estate.

C.     The Proposed Attorney represents no interest adverse to the estate with respect to matters as to which it will be engaged.

D.     The Proposed Attorney is a disinterested party as contemplated by 11 U.S.C. §§ 101, 327, and 1107.

For those reasons and for other good cause shown, it is hereby **ORDERED** that:

1.     The Motion is **GRANTED**.

2.     The Debtor is authorized to employ the Proposed Attorney as its attorney in this case under the terms set forth in the Application.

3.     The Proposed Attorney may receive such compensation as is approved by the Court upon application and notice.

4.     This order is effective today.

Date:

_____
Derek J. Baker
U.S. Bankruptcy Judge