# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                                    Case No. 25-13380-djb

    Victoria's Kitchen LLC,                        Chapter 11

                Debtor.

## NOTICE

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

**NOTICE IS HEREBY GIVEN** that Victoria's Kitchen LLC, the Debtor in this bankruptcy case, has filed an Application to Employ the Law Office of Mike Assad P.C. as Debtor's Attorney. A copy of the Application is enclosed.

**If you do not want the court to allow the relief sought in the Application** or if you want the court to consider your views, then on or before **April 29, 2026,** you or your attorney must file an objection. **If you do not file an objection**, the Court may enter an order allowing the relief requested in the Application.

If you are required to file documents electronically under Local Bankruptcy Rule 5005-2, you must file your objection electronically. If you are not required to file electronically, you must file your objection at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107. If you mail your objection, you must mail it early enough so that it will be received on or before the deadline above.

Date: April 22, 2026                Michael I. Assad
                                      Law Office of Mike Assad, P.C.
                                      923 Haddonfield Road, Suite 336
                                      Cherry Hill, NJ 08002
                                      609-808-3300
                                      mike@assad.law