

## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Victoria's Kitchen LLC,

              Debtor.

Case No. 25-13380-djb

Chapter 11

### Certificate of Service

      I certify that on this date I did cause a true and correct copy of the documents described below to be served on ~~the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to~~ all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Application to Employ the Law Office of Mike Assad P.C. as Debtor's Attorney

      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 22, 2026

/s/ Michael I. Assad
Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law