

# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Victoria's Kitchen LLC,

              Debtor.

Case No. 25-13380-djb

Chapter 11

**Praecipe to Correct Clerk's Service List**

To the Clerk of Court:

    Please correct the Clerk's Service List in this case to reflect that my current firm association

and contact information are as follows. Thank you.

        Law Office of Mike Assad, P.C.
        923 Haddonfield Road, Suite 336
        Cherry Hill, NJ 08002
        609-808-3300
        mike@assad.law

Date: April 22, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Proposed Attorney for Debtor*

By: /s/ Michael I. Assad
    Law Office of Mike Assad, P.C.
    923 Haddonfield Road, Suite 336
    Cherry Hill, NJ 08002
    609-808-3300
    mike@assad.law