# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Victoria's Kitchen LLC,

              Debtor.

Case No. 25-13380-djb

Chapter 11

## Amended Disclosure of Compensation of Proposed Attorney for Debtor

Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the proposed attorney for Debtor Victoria's Kitchen LLC and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

1. For legal services, I have agreed to accept a retainer of $10,000.

2. I will bill against the retainer at an hourly rate of $475 for attorney time and $250 for paralegal time.

3. The Debtor has agreed to pay all court-approved fees and expenses exceeding the amount of the retainer.

4. As of this date, no funds have been paid to me by or on behalf of the Debtor.

5. The source of compensation to be paid to me is $5,000 from the Debtor and $5,000 from Sadek Law Offices LLC.

6. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

7.      In return for the above-disclosed fee, I have agreed to render legal service for all

aspects of the bankruptcy case, including:

    a. analysis of the Debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c. representation of the Debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof; and,

    d. representation of the Debtor in adversary proceedings and other contested bankruptcy matters.

8.      I certify that the foregoing is a complete statement of any agreement or arrangement

for payment to me for representation of the Debtor in this bankruptcy proceeding.


Date: April 24, 2026            /s/ Michael I. Assad
                                    Michael I. Assad
                                    Law Office of Mike Assad, P.C.
                                    923 Haddonfield Road, Suite 336
                                    Cherry Hill, NJ 08002
                                    609-808-3300
                                    mike@assad.law