

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:                                                                Case No. 25-13380

    Victoria's Kitchen LLC,                                 Chapter 11

                 Debtor.

**Debtor's Motion for Revised Order Setting Hearing**
**on Confirmation of Plan and Related Deadlines, with Notice Thereof**

**AND NOW**, Debtor Victoria's Kitchen LLC, through its attorney, moves for the entry of an order resetting the hearing on plan confirmation and related deadlines.

### I.     Jurisdiction

1. The Court has jurisdiction under 28 U.S.C. § 1334 and the Standing Order of Reference (E.D. Pa. Nov. 8, 1990).

2. This is a core proceeding under 28 U.S.C. § 157(b)(2)(L).

3. The Debtor consents to the entry of a final order by the Court.

4. Venue is proper under 28 U.S.C. § 1409.

### II.    Background

5. The Debtor filed this case under subchapter V of chapter 11 of the Bankruptcy Code on August 26, 2026.

6. On May 5, 2026, the Debtor filed its second amended chapter 11 plan of reorganization.

### III.    Background

7. The confirmation hearing currently scheduled for May 12, 2026, does not allow sufficient time for service of the second amended plan and solicitation of votes.

## IV.    Relief Requested

8.    The Debtor requests that the Court enter an order resetting the hearing on plan confirmation and related deadlines in substantively the same manner as the proposed order.

**FOR THOSE REASONS,** the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: May 5, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    923 Haddonfield Road, Suite 336
    Cherry Hill, NJ 08002
    609-808-3300
    mike@assad.law

2