𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔅𝔞𝔫𝔨𝔯𝔲𝔭𝔱𝔠𝔶 𝔠𝔬𝔲𝔯𝔱
𝔈𝔞𝔰𝔱𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔓𝔢𝔫𝔫𝔰𝔶𝔩𝔳𝔞𝔫𝔦𝔞

In re:                                              Case No. 25-13380-djb

    Victoria's Kitchen LLC,                    Chapter 11

               Debtor.

**REVISED ORDER SETTING HEARING ON CONFIRMATION OF PLAN AND
RELATED DEADLINES, WITH NOTICE THEREOF**

**AND NOW**, whereas the above-captioned debtor and debtor-in-possession (the "Debtor")
has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United
States Code;

**AND** the Debtor's first amended proposed plan of reorganization (the "Plan")[1] having been
filed on May 5, 2026 [Dkt. No. 177];

**IT IS HEREBY ORDERED** that the following dates and deadlines will govern the
procedures related to the Plan in this case:

1. **Confirmation Hearing.** The Court shall hold a hearing on confirmation of the Plan on
   _____, at 1:00 p.m. in the United States Bankruptcy Court, Robert N.C.
   Nix, Sr. Federal Courthouse, Courtroom 2, 900 Market Street, Philadelphia, PA 19107.
   The Confirmation Hearing may be adjourned from time to time by announcement made
   in open court without further notice.[2]

---

[1] If the Debtor files a pre-confirmation amended plan, the Debtor must file a redline of
such amended plan against the Plan. If necessary to comply with Fed. R. Bankr. P. 3019(a), the
Debtor shall seek a modified balloting deadline for an amended plan.

[2] If the Debtor seeks to adjourn the Confirmation Hearing before complying with ¶¶ 5 &
6, the proposed adjournment must also reset those deadlines. If the deadlines in ¶¶ 5 & 6 have
passed without compliance by the Debtor, the Court will not grant an adjournment and will hold
a hearing for purposes of resetting the schedule.

2. **Service of Plan Documents.** Pursuant to Fed. R. Bankr. P. 3017(d), on or before

_____, counsel for the Debtor shall transmit a copy of (a) the Plan and (b)

this Order or a notice of its provisions to all creditors, equity security holders, the

Subchapter V Trustee, the United States Trustee, the Debtor, and all other parties on the

Clerk's Service List by first class mail. Counsel for the Debtor shall promptly file a

Certificate of Service with the Court reflecting such mailing.

3. **Record Date/Deadline to Make § 1111(b)(2) Election.** Pursuant to Fed. R. Bankr. P.

3017.2(b) and 3014(a)(2), _____, is fixed as (a) the record date by which

an equity security holder or creditor whose claim is based on a security must be the

holder of record of the security to be eligible to accept or reject the Plan; and (b) last

day for filing and serving any notice of an election under § 1111(b) of the Bankruptcy

Code.

4. **Voting on the Plan.** If the Debtor intends to solicit ballots on the Plan, the Debtor must

transmit a ballot conforming with Official Form 314 in accordance with the

requirements of paragraph 3 of this Order, and ballots must be returned by

_____.

5. **Objections to Plan.** Pursuant to Fed. R. Bankr. P. 3020(b)(1), _____, is

fixed as the last day for filing and serving written objections to (a) confirmation of the

Plan; or (b) the adequacy of the disclosures required under § 1190(1) of the Bankruptcy

Code. Any objections to the Plan shall be accompanied by a memorandum of legal

authorities supporting such objection. Objectors must serve the Debtor, counsel for

Debtor, the Subchapter V Trustee, the United States Trustee, and the Clerk's Service

List. However, any objection based on the failure of the Debtor to meet the

requirements of § 1129(a)(8) of the Bankruptcy Code may be raised at the Confirmation Hearing. The Court will not consider untimely objections if such delay prejudices the Debtor, other interested parties, or the progress of the case.

6. **Report of Plan Voting/Confirmation Brief/Proposed Order.** On or before _____, the Debtor shall file (a) a report of plan voting with the Court; and (b) a memorandum of legal authorities addressing the requirements of § 1191 of the Bankruptcy Code and any unresolved objections filed to the Plan; and (c) under a notice coversheet, a proposed order confirming the Plan.

7. **Confirmation Declarations.** On or before _____, the Debtor should file a declaration containing the factual basis upon which the Debtor relies in establishing that each of the applicable requirements of § 1191 of the Bankruptcy Code is met. Objectors intending to present witnesses may submit declarations in lieu of direct examination on factual issues raised in any objections.

Date: _____

_____
Derek J. Baker
U.S. Bankruptcy Judge