# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                           Case No. 25-13380-djb

      Victoria's Kitchen LLC,                    Chapter 11

              Debtor.

### Certificate of Service

I certify that on this date I did cause a true and correct copy of the documents described below to be served on ~~the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to~~ all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Motion for Revised Order Setting Hearing on Confirmation of Plan and Related Deadlines, with Notice Thereof

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 5, 2026             /s/ Michael I. Assad
                                    Michael I. Assad
                                    Law Office of Mike Assad, P.C.
                                    923 Haddonfield Road, Suite 336
                                    Cherry Hill, NJ 08002
                                    609-808-3300
                                    mike@assad.law