**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re: Victoria's Kitchen LLC,

*Debtor*.

Case No. 25-13380-djb
Chapter 11 (Subchapter V)

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Objection of Equity Security Holder Victoria Tyson to Sadek Law Offices LLC's Motion to Withdraw as Attorney for Debtor that was filed with the Court on April 8, 2026.

Date: May 6, 2026

/s/ Victoria Tyson
Victoria Tyson