**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | § |
| | §   Chapter 11 |
| | § |
| Victoria's Kitchen, LLC, | §   Case No. 25-13380-DJB |
| | § |
| Debtor. | § |
| | § |

**ORDER CONVERTING CASE TO CHAPTER 7**

Upon the *Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure To File Monthly Operating Reports* (the "Motion"), and the Court having considered the Motion, all related filings, and the record as whole, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Motion having been sufficient and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1.     The Motion is GRANTED.

2.     The Debtor's chapter 11 bankruptcy case is hereby converted to a case under chapter 7 of the Bankruptcy Code.

3.     Within thirty days of the date of this Order, or on or before the meeting of creditors scheduled in the converted chapter 7 case, the Debtor shall file a schedule of current income, current expenditures, all monthly operating reports, and the statement of intentions, if applicable, required by 11 U.S.C. § 521.

4.     The Debtor shall file all applicable statements, schedules, and reports in a timely manner pursuant to Fed. R. Bankr. P. 1019.

5.     The Debtor shall turn over to the chapter 7 trustee all records and property of the estate under its custody and control, as required by Fed. R. Bankr. P. 1019(4).

6.     Professionals employed by the Debtor are hereby directed to file an application for compensation within thirty days of the entry of this Order for outstanding fees and expenses incurred during the Chapter 11 administration or, alternatively, turn over pre-petition retainers for which Court allowance has not been obtained, if applicable, to the appointed chapter 7 trustee.

7.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.


Dated: _____

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge