# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | § |
| | § Chapter 11 |
| | § |
| Victoria's Kitchen LLC, | § Case No. 25-13380-DJB |
| | § |
| Debtor. | § |
| | § |
| | § |

## CERTIFICATION OF SERVICE

I, Maria Borgesi, certify that on May 8, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- United States Trustee's Motion to Dismiss Case or Convert to Chapter 7 for Failure to File Operating Reports

- Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: <u>May 8, 2026</u>

By: /s/ Maria Borgesi
Paralegal Specialist
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 215-597-2555
maria.n.borgesi@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

**MICHAEL I. ASSAD**
Law Office of Mike Assad, P.C.
923 Haddonfield Road
Suite 336
Cherry Hill, NJ 08002
E-Mail: mike@assad.law
**Debtor's Counsel**

Via:     ___ 1st Class Mail     ___ Certified Mail   **X** e-mail   ___ Other:

**HOLLY SMITH MILLER, ESQ.**
Gellert Seitz Busenkell & Brown LLC
901 Market Street
Suite 3020
Philadelphia, PA 19107
Email: hsmiller@gsbblaw.com

Via:     ___ 1st Class Mail     ___ Certified Mail   **X** e-mail   ___ Other:

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Via:     **X** 1st Class Mail     ___ Certified Mail   ___ e-mail   ___ Other:

Uline
12575 Uline Dr.
Pleasant Prairie WI 53158
E-mail: arbankruptcy@uline.com

Via:    **X**  1st Class Mail    ___ Certified Mail   ___ e-mail    ___ Other:


JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487


Via:    **X**  1st Class Mail    ___ Certified Mail   ___ e-mail    ___ Other:


Pennsylvania Department of Revenue
Attn: Bankruptcy Division
Department 280946
Harrisburg, PA 17128

Via:    **X**  1st Class Mail    ___ Certified Mail   ___ e-mail    ___ Other:


City of Philadelphia Law Department
Tax Litigation & Collections Unit
1401 John F. Kennedy Blvd., 5th floor
Philadelphia, PA 19102

Via:    **X**  1st Class Mail    ___ Certified Mail   ___ e-mail    ___ Other:

Philadelphia Gas Works
800 W. Montgomery Avenue
Philadelphia, PA 19122

Via:   **X**  1st Class Mail   ___ Certified Mail   ___ e-mail   ___ Other:

Capital One, N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Via:   **X**  1st Class Mail   ___ Certified Mail   ___ e-mail   ___ Other:

Erie Indemnity Company, attorney in fact for
Erie Insurance Exchange
Erie Insurance Group
100 Erie Insurance Place
Erie, PA 16530

Via:   **X**  1st Class Mail   ___ Certified Mail   ___ e-mail   ___ Other:

Square Financial Services
c/o RMS
PO Box 5007
Fogelsville, PA 18051

Via:   **X**  1st Class Mail   ___ Certified Mail   ___ e-mail   ___ Other:

Commonwealth of PA - UCTS
Dept. of Labor & Industry
PO Box 68568
Harrisburg, PA 17106-8568

Via:   **X**  1st Class Mail   ___ Certified Mail   ___ e-mail   ___ Other:

New Jersey Turnpike Authority
Ramon de la Cruz, NJ Turnpike Authority
1 Turnpike Plaza, P.O Box 5042
Woodbridge, NJ 07095

Via:    **X**  1st Class Mail    ___ Certified Mail    ___ e-mail    ___ Other:

US Small Business Administration
660 American Avenue, Suite 301
King of Prussia, PA 19406

Via:    **X**  1st Class Mail    ___ Certified Mail    ___ e-mail    ___ Other:

**END OF DOCUMENT**