United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

    Victoria's Kitchen LLC,

           Debtor.

Case No. 25-13380-djb

Chapter 11

### Fifth Interim Consent Order Authorizing Use of Cash Collateral

**WHEREAS**, Debtor Victoria's Kitchen LLC filed a Motion to Authorize Cash Collateral on August 26, 2025;

**WHEREAS**, upon notice, the court held a hearing on the Motion on August 29, 2025;

**WHEREAS**, the court entered an order on August 29, 2025, authorizing the Debtor to use cash collateral through September 30, 2025;

**WHEREAS**, the court entered an order on September 30, 2025, authorizing the Debtor to use cash collateral through October 31, 2025;

**WHEREAS**, the court entered an order on October 22, 2025, authorizing the Debtor to use cash collateral through December 3, 2025;

**WHEREAS**, the court entered an order on December 3, 2025, authorizing the Debtor to use cash collateral through January 31, 2026;

**WHEREAS**, the court entered an order on January 26, 2026, authorizing the Debtor to use cash collateral through April 30, 2026;

**WHEREAS**, authorization to use cash collateral lapsed on May 1, 2026, due to circumstances beyond the Debtor's reasonable control; and

**WHEREAS**, the Debtor and the U.S. Small Business Administration request that the court enter an order authorizing the Debtor's continued use of cash collateral through July 31, 2026.

**NOW, THEREFORE**, it is hereby **ORDERED** that:

1.    The Debtor is authorized to use cash collateral in accordance with the monthly budget (including a permitted ten (10%) percent variance) attached as Exhibit A.

2.      As adequate protection to the SBA, the Debtor must make monthly payments in the amount of $500.00, payable on the first day of each month for which the use of cash collateral is authorized, beginning on May 1, 2025.

3.      This order does not authorize payment to any professional retained under 11 USC § 327 or the Subchapter V Trustee, all of which are required to file fee applications in conformity with the applicable provisions of the Bankruptcy Code, the Federal and Local Rules of Bankruptcy Procedure, with notice to parties in interest, and subject to the provisions of 11 U.S.C. § 330.

4.      This order is effective May 1, 2026.

5.      This order expires on July 31, 2026.

Date:                            _____

                                  Derek J. Baker
                                  U.S. Bankruptcy Judge

We consent to the form and entry of this order.

LAW OFFICE OF MIKE ASSAD, P.C.
*Attorney for Debtor*

/s/ Michael I. Assad
By: Michael I. Assad

DAVID METCALF
UNITED STATES ATTORNEY
*Attorney for U.S. Small Business Administration*

/s/ Andrew Fuchs
By: Andrew Fuchs

2

**Exhibit A**

|  | Monthly |
|---|---|
| **Gross Receipts** | $193,000.00 |
| Food Costs | ($79,326.50) |
| Payroll (Wages) | ($23,598.75) |
| Catering Subcontractors | ($19,516.02) |
| Rent | ($9,000.00) |
| Paper Products | ($8,452.73) |
| Payroll (Tax) | ($7,285.38) |
| Sales Tax | ($5,833.33) |
| Utilities | ($5,252.08) |
| Insurance | ($4,370.41) |
| Vehicle Expenses | ($4,365.20) |
| Office Expenses | ($4,237.91) |
| Marketing | ($2,885.56) |
| Accounting Fees | ($1,965.46) |
| Delivery Service Fees | ($1,929.70) |
| Payroll (Fees) | ($1,588.86) |
| Credit Card Processing Fees | ($773.19) |
| Payroll (401k Match) | ($703.58) |
| SBA Payment | ($500.00) |
| Attorney Fees | ($500.00) |
| Subchapter V Trustee | ($400.00) |
| **Ending Balance** | $10,515.34 |