United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 25-13380-djb

Victoria's Kitchen LLC                                                            Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                    Page 1 of 2

Date Rcvd: May 08, 2026                     Form ID: pdf900                          Total Noticed: 10

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria's Kitchen LLC, 2001 E Tulpehocken St, Philadelphia, PA 19138-1309 |
| aty | + | Brad J. Sadek, Sadek Law Offices LLC, 1500 JFK Blvd, Suite 220, Philadelphia, PA 19102-1754 |
| aty | + | MICHAEL L. ASSAD, Law Office of Mike Assad, P.C., 923 Haddonfield Road, Suite 336, Cherry Hill, NJ 08002-2752 |
| cr | + | Commonwealth of PA Dept. of Labor & Industry OUCTS, 651 Boas St., 10th Floor, Harrrisburg, PA 17121, UNITED STATES 17121-0751 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 09 2026 01:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 09 2026 01:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/PDF: bncnotices@becket-lee.com | May 09 2026 01:31:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | Email/Text: megan.harper@phila.gov | May 09 2026 01:31:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 09 2026 01:31:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | ^ MEBN | May 09 2026 01:29:05 | Philadelphia Gas Works, 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Victoria Tyson |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0313-2                                    User: admin                                              Page 2 of 2

Date Rcvd: May 08, 2026                                Form ID: pdf900                                          Total Noticed: 10

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Andrew Robert Fuchs
                                  on behalf of Creditor United States of America - Small Business Administration (SBA) andrew.fuchs@usdoj.gov
                                  beth.fuhrhop@usdoj.gov

BRAD J. SADEK
                                  on behalf of Attorney Brad J. Sadek brad@sadeklaw.com
                                  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

BRAD J. SADEK
                                  on behalf of Debtor Victoria's Kitchen LLC brad@sadeklaw.com
                                  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

CHRISTOPHER E. POLCHIN
                                  on behalf of Creditor Commonwealth of PA Dept. of Labor & Industry OUCTS cpolchin@pa.gov

CHRISTOPHER R. MOMJIAN
                                  on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov
                                  jhuiet@attorneygeneral.gov

HOLLY SMITH MILLER, ESQ.
                                  hsmiller@gsbblaw.com  chsm11@trustesolutions.net

JOHN HENRY SCHANNE
                                  on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

MICHAEL I. ASSAD
                                  on behalf of Debtor Victoria's Kitchen LLC mike@assad.law
                                  mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;noreply01@assad.law

MICHAEL I. ASSAD
                                  on behalf of Plaintiff Victoria's Kitchen LLC mike@assad.law
                                  mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;noreply01@assad.law

PAMELA ELCHERT THURMOND
                                  on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

PEARL PHAM
                                  on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com  Monica.Londo@pgworks.com

United States Trustee
                                  USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| Victoria's Kitchen, LLC, | § | Case No. 25-13380-DJB |
|  | § |  |
| Debtor. | § |  |
|  | § |  |

### NOTICE OF REQUEST, RESPONSE DEADLINE
### AND IN-PERSON HEARING DATE

***<u>Motion of the United States Trustee to Dismiss Case or Convert to Chapter 7 for
Failure to File Operating Reports</u>***

**Your rights may be affected. You should read these papers carefully and discuss them
with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney,
you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court
   to consider your views on the Motion, then on or before May 26, 2026 you or your attorney
   must file a response to the Motion. (see Instructions on next page).

2. A hearing on the Motion is scheduled to be held on **June 2, 2026 at 1:00 p.m**. both by
   **Zoom video conference (ZOOMGOV.COM with JOIN Meeting ID: 161 0657 4791)
   and in-person at the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal
   Building 900 Market Street, Courtroom #2 Philadelphia, PA 19107**. Unless the court
   orders otherwise, the hearing on this contested matter will be an evidentiary hearing.
   Requests for participation other than in person must be made pursuant to Local Bankruptcy
   Rule 9076-1.

3. If you do not file a response to the Motion, the court may cancel the hearing and enter an
   order granting the relief requested in the Motion.

4. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800
   and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled
   because no one filed a response.

If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you
request a copy from the attorney whose name and address is listed on the next page of this
Notice.

## **Filing Instructions**

If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

If you are not required to file electronically, you must file your response at

> **United States Bankruptcy Court**
> **Eastern District of Pennsylvania**
> **Robert N.C. Nix Sr. Federal Building**
> **900 Market Street, Suite 400**
> **Philadelphia, PA 19107**
> **Telephone: (215)408-2840**

If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

By:  /s/  *John Schanne*
John Schanne, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.934.4154
John.Schanne@usdoj.gov

Date: May 8, 2026