

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:

    Victoria's Kitchen LLC,

                Debtor.

Case No. 25-13380-djb

Chapter 11

**Certificate of Service**

I, Michael I. Assad, certify that on May 11, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Second Amended Chapter 11 Plan

- Revised Order Setting Hearing on Confirmation of Plan and Related Deadlines with Notice Thereof

- Ballot (*denoted parties only)

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 11, 2026

/s/ Michael I. Assad
Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law

**Mailing List Exhibit**

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| A & J Real Estate LLC<br>Attn: Chief Legal Officer<br>525 S 4th Street Suite 370<br>Philadelphia, PA 19147 | Executory Contract | ☒ First Class Mail |
| American Express National Bank*<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Creditor | ☒ First Class Mail |
| Capital One, N.A.*<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | Creditor | ☒ First Class Mail |
| City of Philadelphia Law Department*<br>Tax Litigation & Collections Unit<br>1401 John F. Kennedy Blvd., 5th floor<br>Philadelphia PA 19102 | Creditor | ☒ First Class Mail |
| Commonwealth of PA - UCTS*<br>Dept. of Labor & Industry<br>PO Box 68568<br>Harrisburg PA 17106-8568 | Creditor | ☒ First Class Mail |
| Erie Indemnity Company*<br>100 Erie Insurance Place<br>Erie PA 16530 | Creditor | ☒ First Class Mail |
| Erie Indemnity Company<br>Attn: Chief Legal Officer<br>100 Erie Insurance Place<br>Erie PA 16530 | Executory Contract | ☒ First Class Mail |
| Holly Smith Miller<br>Gellert Seitz Busenkell & Brown LLC<br>901 Market Street<br>Suite 3020<br>Philadelphia, PA 19107 | Trustee | ☒ First Class Mail |
| JPMorgan Chase Bank, N.A.*<br>RASC Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton FL 33487 | Creditor | ☒ First Class Mail |

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| M&T Bank<br>345 Main Street<br>Buffalo, NY 14203 | Creditor | ☒ First Class Mail |
| New Jersey Turnpike Authority*<br>Ramon de la Cruz<br>1 Turnpike Plaza<br>P.O Box 5042<br>Woodbridge NJ 07095 | Creditor | ☒ First Class Mail |
| Pennsylvania Department of Revenue*<br>Attn: Bankruptcy Division<br>Department 280946<br>Harrisburg PA 17128 | Creditor | ☒ First Class Mail |
| Philadelphia Gas Works*<br>800 W. Montgomery Avenue<br>Philadelphia PA 19122 | Creditor | ☒ First Class Mail |
| Philadelphia Housing Authority<br>Attn: Chief Legal Officer<br>2013 Ridge Avenue<br>Philadelphia, PA 19121 | Executory Contract | ☒ First Class Mail |
| Poor Richard's Catering<br>Attn: Chief Legal Officer<br>5070 Parkside Ave<br>Philadelphia, PA 19131 | Executory Contract | ☒ First Class Mail |
| Primerica Inc.<br>Attn: Chief Legal Officer<br>1 Primerica Pkwy<br>Duluth, GA 30099 | Executory Contract | ☒ First Class Mail |
| Sadek Law Offices LLC<br>1500 JFK Blvd Ste 220<br>Philadelphia, PA 19102 | Interested Party | ☒ First Class Mail |
| Square Financial Services*<br>c/o RMS<br>PO Box 5007<br>Fogelsville PA 18051 | Creditor | ☒ First Class Mail |

3

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Sysco Food Corporation*<br>1390 Enclave Pkwy<br>Houston TX 77077 | Creditor | ☒ First Class Mail |
| Uline*<br>12575 Uline Drive<br>Pleasant Prairie WI 53158 | Creditor | ☒ First Class Mail |
| United States Trustee<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | U.S. Trustee | ☒ First Class Mail |
| US Small Business Administration*<br>660 American Avenue, Suite 301<br>King of Prussia PA 19406 | Creditor | ☒ First Class Mail |
| Victoria's Kitchen LLC<br>2001 E Tulpehocken St<br>Philadelphia, PA 19138 | Debtor | ☒ First Class Mail |