# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Victoria's Kitchen LLC,

              Debtor.

Case No. 25-13380-djb

Chapter 11

## Consent Order Withdrawing Appearance
## of Sadek Law Offices LLC as Attorney for Debtor

**AND NOW**, upon consideration of the Motion to Withdraw as Attorney for Debtor filed by Sadek Law Offices LLC [Dkt. #161], and with the consent of the parties, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Sadek Law Offices LLC's appearance as attorney for the Debtor is **WITHDRAWN**.

Date: **May 11, 2026**

_____
Derek J. Baker
U.S. Bankruptcy Judge

We consent to the form and entry of this order.

LAW OFFICE OF MIKE ASSAD, P.C.
*Attorney for Debtor*

/s/ Michael I. Assad
By: Michael I. Assad

SADEK LAW OFFICES LLC
*Former Attorney for Debtor*

By: Brad J. Sadek