BL10009976

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

IN RE:  VICTORIA'S KITCHEN LLC

Chapter: 11
Bankruptcy No: 25-13380

## **WITHDRAWAL OF CLAIM**

   American Express National Bank, by and through its counsel, withdraws its Proof of Claim Number 10 filed on October 24th, 2025, for account number 1001 and in the amount of $11,206.23.

Respectfully submitted,

By:  /s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701
610-228-2570
proofofclaim@becket-lee.com

DATE:        5/13/2026