United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-13380-djb |
| Victoria's Kitchen LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 11, 2026 | Form ID: pdf900 | Total Noticed: 77 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria's Kitchen LLC, 2001 E Tulpehocken St, Philadelphia, PA 19138-1309 |
| aty | + | Brad J. Sadek, Sadek Law Offices LLC, 1500 JFK Blvd, Suite 220, Philadelphia, PA 19102-1754 |
| aty | + | MICHAEL L. ASSAD, Law Office of Mike Assad, P.C., 923 Haddonfield Road, Suite 336, Cherry Hill, NJ 08002-2752 |
| cr | + | Commonwealth of PA Dept. of Labor & Industry OUCTS, 651 Boas St., 10th Floor, Harrrisburg, PA 17121, UNITED STATES 17121-0751 |
| 15043182 | + | A & J Real Estate LLC, 525 S 4th Street Suite 370, Philadelphia, PA 19147-1583 |
| 15043183 | + | A1 Mechanical Inc., 1912 Lansing St., Philadelphia, PA 19111-3506 |
| 15043184 | + | All in One Solutions, 6225 Woodland Ave., Philadelphia, PA 19142-2005 |
| 15043186 | + | Arway Linen & Uniform, 1696 Foulkrod St, Philadelphia, PA 19124-2789 |
| 15043178 | + | Assistant United States Attorney's Office, c/o Andrew R. Fuchs, 615 Chestnut Street, 1250, Philadelphia, PA 19106-4490 |
| 15043187 | + | Automatic Data Processing Inc., 1 ADP Boulevard, Roseland, NJ 07068-1728 |
| 15043188 | + | BentoBox CMS Inc., 584 Broadway, New York, NY 10012-3229 |
| 15043190 | + | ChowNow Inc., 215 South Broad St, 7th Floor, Philadelphia, PA 19107-5318 |
| 15100596 | + | Commonwealth Of Pennsylvania, c/o Christopher E. Polchin, Department of Labor and Industry, 651 Boas Street, 10th Floor, Harrisburg, PA 17121-0751 |
| 15069356 | | Commonwealth of PA - UCTS, Dept. of Labor & Industry, PO Box 68568, Harrisburg, PA 17106-8568 |
| 15056856 | + | Commonwealth of Pennsylvania Dept. of Revenue, c/o Christopher R. Momjian, The Phoenix Bldg, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 15043192 | + | Crest Paper Products, 457 Mulberry St, Trenton, NJ 08638-3301 |
| 15043193 | + | Crystal Springs Water, 2151 Delaware Ave, # B, Santa Cruz, CA 95060-5788 |
| 15043194 | + | D&P Financial Services, 505 York Rd Ste LO2, Jenkintown, PA 19046-2136 |
| 15043195 | + | Dave's Super Duper, 200 Willow Ave, Honesdale, PA 18431-1110 |
| 15043196 | + | Department of Labor and Industry, Office of Chief Counsel, 444 North Third Street, Suite 200, Philadelphia, PA 19123-4141 |
| 15043198 | + | E-ZPass New Jersey, P.O. Box 4971, Trenton, NJ 08650-4971 |
| 15043199 | + | E-ZPass Pennsylvania, 300 E Park Dr #2729, Harrisburg, PA 17111-2729 |
| 15054142 | + | Erie Indemnity Company, attorney in fact for, Erie Insurance Exchange, Erie Insurance Group, 100 Erie Insurance Place, Erie, PA 16530-0001 |
| 15043201 | + | Foods Galore, 500 Highland Dr Suite B, Mount Holly, NJ 08060-5104 |
| 15043202 | + | Grubhub Seamless Inc., 111 W Washington St, Chicago, IL 60602-2783 |
| 15043203 | + | Hesh's Seafood, 1428 Ford Rd, Bensalem, PA 19020-4556 |
| 15043205 | + | Kevin B. Tyson, 46 Wakefield Rd, Atco, NJ 08004-2484 |
| 15043208 | + | New Jersey Department of Labor, PO Box 399, Trenton, NJ 08625-0399 |
| 15043209 | + | New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 15043176 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 15043211 | + | Philadelphia District Attorney, 3 S Penn Square, Philadelphia, PA 19107-3407 |
| 15043213 | + | Philadelphia Housing Authority, 2013 Ridge Avenue, Philadelphia, PA 19121-4113 |
| 15043214 | + | Poor Richard's Catering, 5070 Parkside Ave, Philadelphia, PA 19131-4747 |
| 15043215 | + | Primerica Inc., 1 Primerica Pkwy, Duluth, GA 30099-0001 |
| 15043216 | + | Quill LLC, 300 Tri State International Drive, Suite 300, Lincolnshire, IL 60069-4416 |
| 15043221 | + | The Filter Man, 7330 Tulip Street, Philadelphia, PA 19136-4216 |
| 15043222 | + | Triumph Exterminating, 2254 Snyder Ave, Philadelphia, PA 19145-3301 |
| 15043223 | + | U.S. Small Business Administration, Attn: District Counsel, 660 American Ave Ste 301, King of Prussia, PA 19406-4032 |
| 15043227 | + | Victoria A. Turner Tyson, 46 Wakefield Rd, Atco, NJ 08004-2484 |
| 15043229 | + | WNAP, 2311 Old Arch Rd, Norristown, PA 19401-2013 |

TOTAL: 40

District/off: 0313-2 | User: admin | Page 2 of 4
Date Rcvd: May 11, 2026 | Form ID: pdf900 | Total Noticed: 77

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 12 2026 00:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 12 2026 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: megan.harper@phila.gov | May 12 2026 00:27:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 12 2026 00:27:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 15043185 | + Email/PDF: bncnotices@becket-lee.com | May 12 2026 00:32:56 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 15064354 | Email/PDF: bncnotices@becket-lee.com | May 12 2026 00:33:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15051662 | Email/Text: megan.harper@phila.gov | May 12 2026 00:27:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15043180 | Email/Text: megan.harper@phila.gov | May 12 2026 00:27:00 | City of Philadelphia Law Department, c/o Pamela Elchert Thurmond, MSB, 1401 John F. Kennedy Blvd. 5th floor, Philadelphia, PA 19102 |
| 15043189 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 12 2026 00:32:55 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 15053858 | + Email/PDF: ebn_ais@aisinfo.com | May 12 2026 00:32:55 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15043181 | + Email/Text: bankruptcy@philapark.org | May 12 2026 00:27:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15043191 | + Email/Text: documentfiling@lciinc.com | May 12 2026 00:27:00 | Comcast, 1701 John F. Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 15043197 | ^ MEBN | May 12 2026 00:21:38 | DoorDash Inc., 303 2nd Street, San Francisco, CA 94107-1366 |
| 15043200 | + Email/Text: bankruptcy@erieinsurance.com | May 12 2026 00:27:00 | Erie Insurance Group, 100 Erie Insurance Place, Erie, PA 16530-0001 |
| 15043173 | + Email/Text: sbse.cio.bnc.mail@irs.gov | May 12 2026 00:27:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15043204 | + Email/PDF: ais.chase.ebn@aisinfo.com | May 12 2026 00:33:01 | JP Morgan Chase, 270 Park Avenue, New York, NY 10017-2014 |
| 15047345 | + Email/Text: RASEBN@raslg.com | May 12 2026 00:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15043206 | Email/Text: camanagement@mtb.com | May 12 2026 00:27:00 | M&T Bank, 345 Main Street, Buffalo, NY 14203 |
| 15070183 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 12 2026 00:27:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 15043207 | ^ MEBN | May 12 2026 00:21:24 | New Jersey Attorney General, PO Box 112, Trenton, NJ 08625-0112 |
| 15043210 | + Email/Text: bankruptcygroup@peco-energy.com | May 12 2026 00:27:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: May 11, 2026 | Form ID: pdf900 | Total Noticed: 77

| 15043174 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | May 12 2026 00:27:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15043177 | ^ MEBN | May 12 2026 00:21:33 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15043212 | ^ MEBN | May 12 2026 00:21:30 | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 15043179 | + Email/Text: bankruptcy@philapark.org | May 12 2026 00:27:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15043217 | ^ MEBN | May 12 2026 00:21:35 | Republic Services Inc., 18500 N. Allied Way, Phoenix, AZ 85054-3101 |
| 15043218 | + Email/Text: bankruptcynotices@squareup.com | May 12 2026 00:27:00 | Square Capital LLC, 1955 Broadway, Suite 815, Oakland, CA 94612-2205 |
| 15057363 | + Email/Text: Carlota.Esmedilla@iqor.com | May 12 2026 00:27:00 | Square Financial Services, c/o RMS, PO Box 5007, Fogelsville, PA 18051-5007 |
| 15043219 | + Email/Text: bankruptcynotices@squareup.com | May 12 2026 00:27:00 | Square Inc., 1455 Market St., Ste 600, San Francisco, CA 94103-1332 |
| 15043220 | ^ MEBN | May 12 2026 00:21:35 | Sysco Food Corporation, 1390 Enclave Pkwy, Houston, TX 77077-2099 |
| 15043417 | ^ MEBN | May 12 2026 00:21:37 | Toast Inc., 333 Summer St., Boston, MA 02210-1702 |
| 15043175 | ^ MEBN | May 12 2026 00:21:28 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15043224 | + Email/Text: bankruptcynotices@sba.gov | May 12 2026 00:27:00 | U.S. Small Business Administration, Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |
| 15073053 | + Email/Text: bankruptcynotices@sba.gov | May 12 2026 00:27:00 | US Small Business Administration, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |
| 15043225 | ^ MEBN | May 12 2026 00:21:40 | Uber Technologies Inc., 1725 Third Street, San Francisco, CA 94158-2203 |
| 15043226 | + Email/Text: arbankruptcy@uline.com | May 12 2026 00:27:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |
| 15043228 | ^ MEBN | May 12 2026 00:21:31 | WB Mason Company Inc., 59 Centre Street, Brockton, MA 02301-4014 |

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Victoria Tyson |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Philadelphia Gas Works, 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 15127960 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0313-2                          User: admin                                    Page 4 of 4
Date Rcvd: May 11, 2026                       Form ID: pdf900                                Total Noticed: 77

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Robert Fuchs | on behalf of Creditor United States of America - Small Business Administration (SBA) andrew.fuchs@usdoj.gov beth.fuhrhop@usdoj.gov |
| BRAD J. SADEK | on behalf of Debtor Victoria's Kitchen LLC brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| BRAD J. SADEK | on behalf of Attorney Brad J. Sadek brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| CHRISTOPHER E. POLCHIN | on behalf of Creditor Commonwealth of PA Dept. of Labor & Industry OUCTS cpolchin@pa.gov |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov |
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com  chsm11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MICHAEL I. ASSAD | on behalf of Plaintiff Victoria's Kitchen LLC mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| MICHAEL I. ASSAD | on behalf of Debtor Victoria's Kitchen LLC mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| PEARL PHAM | on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com  Monica.Londo@pgworks.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

       Victoria's Kitchen LLC,

                       Debtor.

Case No. 25-13380-djb

Chapter 11

## Consent Order Withdrawing Appearance
## of Sadek Law Offices LLC as Attorney for Debtor

      **AND NOW**, upon consideration of the Motion to Withdraw as Attorney for Debtor filed by Sadek Law Offices LLC [Dkt. #161], and with the consent of the parties, it is hereby **ORDERED** that:

1.     The motion is **GRANTED.**

2.     Sadek Law Offices LLC's appearance as attorney for the Debtor is **WITHDRAWN.**

Date: **May 11, 2026**

                                Derek J. Baker
                                U.S. Bankruptcy Judge

We consent to the form and entry of this order.

LAW OFFICE OF MIKE ASSAD, P.C.
*Attorney for Debtor*

/s/ Michael I. Assad
By: Michael I. Assad

SADEK LAW OFFICES LLC
*Former Attorney for Debtor*

By: Brad J. Sadek