# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

      Victoria's Kitchen LLC,

                Debtor.

Case No. 25-13380-djb

Chapter 11

### Supplemental Disclosure of Compensation of Attorney for Debtor

Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), the Law Office of Mike Assad P.C. (the "Firm"), attorney for Debtor Victoria's Kitchen LLC, discloses that Sadek Law Offices LLC paid the Firm a retainer of $5,000.00 for the Debtor's benefit on May 5, 2026. The entire retainer was deposited into the Firm's attorney trust account, where it will remain until further order of the Court.

Date: May 19, 2026

/s/ Michael I. Assad
Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law