# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                              Case No. 25-13380-djb

    Victoria's Kitchen LLC,                   Chapter 11

                Debtor.

### Order Denying Motion to Dismiss Case
### or Convert to Chapter 7 for Failure to File Operating Reports

**AND NOW**, upon consideration of the Motion to Dismiss Case or Convert to Chapter 7 for Failure to File Operating Reports filed by the United States Trustee [Dkt. No. 182], the Debtor's objection thereto [Dkt. No. #197], and after a hearing being held on June 2, 2026, it is hereby **ORDERED** that:

1.     The Motion is **DENIED**.

Date:                                        _____

                                      Derek J. Baker
                                      U.S. Bankruptcy Judge