**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| Victoria's Kitchen LLC, | § | Case No. 25-13380-DJB |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

**EXHIBITS AND WITNESSES OFFERED IN SUPPORT OF MOTION OF
THE UNITED STATES TRUSTEE TO DISMISS DEBTOR'S CASE OR
CONVERT TO CHAPTER 7 FOR FAILURE
TO FILE OPERATING REPORTS**

Andrew R. Vara, the United States Trustee for Region 3 ("U.S. Trustee"), by

and through his undersigned counsel, hereby submits this list (this "List") of

exhibits and witnesses in support of the *Motion of the United States Trustee to*

*Dismiss Debtor's Case or Convert to Chapter 7 For Failure to File Operating Reports*

(Docket No. 182) (the "Motion").  The U.S. Trustee reserves the right to amend or

supplement this List prior to the hearing.

1

## **EXHIBITS**

The U.S. Trustee reserves the right to use any and all exhibits introduced into evidence by any party, to introduce into evidence any exhibit it may deem appropriate to rebut any evidence introduced by movants or any other party, and to introduce into evidence any of the following exhibits at trial of this matter:

| Exh. | Description | Offered | Objection | Admitted |
|------|-------------|---------|-----------|----------|
| 1. | Motion (Docket No. 182) | | | |
| 2. | Notice of Motion (Docket No. 183) | | | |
| 3. | Certificate of Service (Docket No. 184) | | | |
| 4. | Monthly Operating Report for February 2026 (not filed as of the date hereof) | | | |
| 5. | Monthly Operating Report for March 2026 (not filed as of the date hereof) | | | |
| 6. | Monthly Operating Report for April 2026 (not filed as of the date hereof) | | | |

2

## WITNESS

The U.S. Trustee reserves the right to cross-examine any and all witnesses identified or called to testify by the any other party, and to present any witness it may deem appropriate to rebut any evidence introduced by any other party.

Dated: May 28, 2026                    Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**For Region 3**

By: /s/ *John Schanne*
John Schanne, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.934.4154
John.Schanne@usdoj.gov