IN THE UNITED STATES BANKRUPTY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :
                                            :                    Case No. 25-13380 (DJB)
VICTORIA'S KITCHEN LLC,                     :
                                            :                    Chapter 11
                Debtor                      :

**COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF LABOR &
INDUSTRY, OFFICE OF UNEMPLOYMENT COMPENSATION TAX
SERVICES' OBJECTION TO CONFIRMATION OF DEBTOR'S
SECOND AMDENDED CHAPTER 11 PLAN**

AND NOW, comes the Commonwealth of Pennsylvania, Department of Labor &

Industry, Office of Unemployment Compensation Tax Services ("L&I"), through its

undersigned attorney, and makes the following Objection to Confirmation of Debtor's

Second Amended Chapter 11 Plan:

1.      L&I is a Claimant in this Chapter 11 proceeding, having filed a secured

claim for pre-petition unemployment compensation contributions, interest and penalties

in the amount of $100,522.05.

2.      The Plan does not provide for payment in full of L&I's secured claim.

Rather, the plan proposes paying $26,750.00 with a 7% interest rate, and proposes that

L&I's liens be released upon satisfaction of this amount.  (Doc. No. 177 p. 20)

3.  As such, the Plan does not comply with 11 U.S.C. 1129(a)(9)(c) as it does

not provide for payment of L&I's secured claim within 60 months of the petition date.

4.  The Plan also does not provide for Unemployment Compensation's

statutory interest rate of 12%, as set forth in 43 P.S. § 788.

5.   The Plan also fails to provide that the liens are to be retained until paid in full. *See* 11 U.S.C. 1129(b)(2)(A)(i)(I).  L&I's liens are statutory liens filed pursuant to provisions of the PA Unemployment Compensation Law, 43 P.S. § 788.1.  The liens attach to all property of the debtor, both real and personal, from the date of recording.  43 P.S. §788.1.

WHEREFORE, the Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services requests that this Plan not be confirmed.

/s/*Christopher E. Polchin*

Christopher E. Polchin
Supreme Court No.: 316636
Commonwealth of Pennsylvania
Department of Labor and Industry
651 Boas Street, 10th Floor
Harrisburg, PA  17121
(717) 787-4186

Dated:  June 3, 2026