**IN THE UNITED STATES BANKRUPTY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 25-13380 (DJB) |
| VICTORIA'S KITCHEN LLC, | : | |
| | : | Chapter 11 |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

I certify that on June 3, 2026, I caused a true and correct copy of the foregoing

Objection to be served upon all interested parties registered to receive CM/ECF service

via CM/ECF notification.

/s/*Christopher E. Polchin*

Christopher E. Polchin
Supreme Court No.: 316636
Commonwealth of Pennsylvania
Department of Labor and Industry
651 Boas Street, 10th Floor
Harrisburg, PA  17121
(717) 787-4186