IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 11 |
| **VICTORIA'S KITCHEN LLC**, | : | |
| | : | 25-13380-DJB |
| Debtor | : | |

**OBJECTION OF THE COMMONWEALTH OF
PENNSYLVANIA, DEPARTMENT OF REVENUE TO DEBTOR'S
<u>SECOND AMENDED CHAPTER 11 SUBCHAPTER V PLAN OF REORGANIZATION</u>**

TO THE HONORABLE DEREK J. BAKER,
UNITED STATES BANKRUPTCY JUDGE:

The Commonwealth of Pennsylvania, Department of Revenue (hereinafter "Commonwealth"), by and through its attorney, David W. Sunday, Jr., Attorney General of Pennsylvania, and his deputy, Christopher R. Momjian, Deputy Attorney General, hereby objects to Debtor's Second Amended Chapter 11 Subchapter V Plan of Reorganization:

1. The Commonwealth has filed a proof of claim in the above bankruptcy in the amount of $1,215,488.63, of which $1,030,297.70 is a secured claim, $164,123.67 is a priority claim pursuant to 11 U.S.C. §507(a)(8) and $21,067.26 is a general unsecured claim.

2. This claim represents unpaid sales and use and employer withholding trust fund liabilities.

2. The Debtor's Plan does not provide for full payment of the Commonwealth's secured claim as required by the Bankruptcy Code.

3. The Debtor's Plan does not provide for full payment of the Commonwealth's priority claim as required by the Bankruptcy Code.

3. The Debtor's Plan is not feasible as the required payments under the Plan do not provide for full payment of the secured and priority claims against the debtor within five years of the

petition date.

WHEREFORE, the Commonwealth of Pennsylvania, Department of Revenue respectfully requests this Honorable Court Deny Confirmation of Debtor's Second Amended Chapter 11 Subchapter V Plan of Reorganization.

DATE:   June 4, 2026

Respectfully submitted,

DAVID W. SUNDAY, JR.
ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Phone: (215) 560-2424
E-mail: crmomjian@attorneygeneral.gov

By:   _Christopher R. Momjian_
CHRISTOPHER R. MOMJIAN
Senior Deputy Attorney General
PA ID No. 57482

*Counsel for Commonwealth of Pennsylvania,*
*Department of Revenue*