IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 11 |
| **VICTORIA'S KITCHEN LLC**, | : | |
| | : | 25-13380-DJB |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Christopher R. Momjian, hereby certify that the *Commonwealth of Pennsylvania's Objection to the Debtor's Second Amended Chapter 11 Subchapter V Plan of Reorganization* has been filed electronically on June 4, 2026, and is available for viewing and downloading from the Court's Electronic Case Filing System.

DATE:  June 4, 2026

Respectfully submitted,

DAVID W. SUNDAY, JR.
ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Phone: (215) 560-2424
E-mail: crmomjian@attorneygeneral.gov

By:    *Christopher R. Momjian*
CHRISTOPHER R. MOMJIAN
Senior Deputy Attorney General
PA ID No. 57482

*Counsel for Commonwealth of Pennsylvania, Department of Revenue*