# Law Office of Mike Assad, P.C.

923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002-2752
609-808-3300

**Mike Assad**                                                          mike@assad.law
Attorney at Law                                                       www.mikeassad.law

June 8, 2026

**VIA CM/ECF**

Hon. Derek J. Baker
U.S. Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107

**Re:**   In re Victoria's Kitchen LLC, Debtor.
Case No. 25-13380-djb — Chapter 11 (Subchapter V)
**Report of Plan Voting**

Dear Judge Baker:

I write in compliance with your order of May 7, 2026, which set deadlines related to plan confirmation in the above case.

As evidenced by the certificate of service filed by the Debtor on May 11, 2026, the Debtor solicited acceptance of the plan from claimholders in impaired classes as required for confirmation under 11 U.S.C § 1191(a).

No claimholders returned timely ballots indicating acceptance or rejection.

Sincerely,

**LAW OFFICE OF MIKE ASSAD, P.C.**

Mike Assad
Attorney at Law