**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
--------------------------------------------------------x
In re                                    :
                                         :       Chapter 11
     VICTORIA'S KITCHEN LLC,             :
                                         :
                                         :       Case No. 25-13380 (DJB)
                         Debtor.         :
--------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENTS

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan [Docket No. 141], which was filed on January 6, 2026, as well as the second objection that was filed under [Docket No. 163] on March 26, 2026.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: June 10, 2026

By: */s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
Email: Pamela.Thurmond@phila.gov