**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In Re:** | **:** | **Chapter 11** | |
| **Victoria's Kitchen LLC,** | **:** | | |
| | **:** | **Case No. 25-13380 (DJB)** | |
| **Debtor.** | **:** | | |
| | **:** | | |

**THRID ORDER SETTING HEARING ON CONFIRMATION OF PLAN**
**AND RELATED DEADLINES, WITH NOTICE THEREOF**

**AND NOW**, whereas the above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code;

**AND** the Debtor's proposed second amended plan of reorganization (the "Plan")1 having been filed on May 5, 2026 (Dkt. No. 177);

**IT IS HEREBY ORDERED** that the following dates and deadlines will govern the procedures related to the Plan in this case:

1. **Amended Plan**. **On or before Thursday, June 18, 2026**, the Debtor shall file a modified Plan together with a redline of said modified plan against the Plan.

2. **Confirmation Hearing**. The Court shall hold a hearing on confirmation of the Plan on **Tuesday, July 21, 2026, at 1:00 p.m.** in the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, Courtroom 2, 900 Market Street, Philadelphia, PA 19107. The Confirmation Hearing may be adjourned from time to

---

[1] If the Debtor files a pre-confirmation amended plan, the Debtor must file a redline of such amended plan against the Plan. If necessary to comply with Fed. R. Bankr. P. 3019(a), the Debtor shall seek a modified balloting deadline for an amended plan.

time by announcement made in open court without further notice.[2]

3. **Service of Plan Documents**. Pursuant to Fed. R. Bankr. P. 3017(d), **On or before Thursday, June 18, 2026**, counsel for the Debtor shall transmit a copy of (a) the Plan, (b) this Order or a notice of its provisions, and (c) a ballot conforming with Official Form 314, to all creditors, equity security holders, the Subchapter V Trustee, the United States Trustee, the Debtor, and all other parties on the Clerk's Service List by first class mail.  Counsel for the Debtor shall promptly file a Certificate of Service with the Court reflecting such mailing.

4. **Record Date/Deadline to Make § 1111(b)(2) Election**.  Pursuant to Fed. R. Bankr. P. 3017.2(b) and 3014(a)(2) **Thursday, June 18, 2026** is fixed as (a) the record date by which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security to be eligible to accept or reject the Plan; and (b) last day for filing and serving any notice of an election under § 1111(b) of the Bankruptcy Code.

5. **Voting on the Plan**.  Pursuant to Fed. R. Bankr. P. 3017.2(a) **Tuesday, July 14, 2026** is the deadline for submitting acceptances or rejections of the Debtor's Plan. Acceptances and rejections must be submitted to the Debtor's attorney:

> Michael I Assad
> Law Offices of Mike Assad, P.C.
> 923 Haddonfield Road, Suite 336
> Cherry Hill, NJ 08002

6. **Objections to Plan**. Pursuant to Fed. R. Bankr. P. 3020(b)(1) **Tuesday, July 14,**

---

[2] If the Debtor seeks to adjourn the Confirmation Hearing before complying with ¶¶ 7 & 8, the proposed adjournment must also reset those deadlines.  If the deadlines in ¶¶ 7 & 8 have passed without compliance by the Debtor, the Court may not permit a further adjournment and may dismiss the case under 1112(b)(1) and (b)(4)(E) without further notice or opportunity for hearing.

**2026** is fixed as the last day for filing and serving written objections to (a) confirmation of the Plan; or (b) the adequacy of the disclosures required under § 1190(1) of the Bankruptcy Code.  Any objections to the Plan shall be accompanied by a memorandum of legal authorities supporting such objection.  Objectors must serve the Debtor, counsel for Debtor, the Subchapter V Trustee, the United States Trustee, and the Clerk's Service List.  However, any objection based on the failure of the Debtor to meet the requirements of § 1129(a)(8) of the Bankruptcy Code may be raised at the Confirmation Hearing.  The Court will not consider untimely objections if such delay prejudices the Debtor, other interested parties, or the progress of the case.

7. **Report of Plan Voting/Confirmation Brief/Proposed Order.** On or before **Thursday, July 16, 2026,** the Debtor shall file (a) a report of plan voting with the Court; and (b) a memorandum of legal authorities addressing the requirements of § 1191 of the Bankruptcy Code and any unresolved objections filed to the Plan; and (c) a proposed order confirming the Plan.

8. **Confirmation Declarations**. On or before **Friday, July 17, 2026**, the Debtor should file a declaration containing the factual basis upon which the Debtor relies in establishing that each of the applicable requirements of § 1191 of the Bankruptcy Code is met.  Objectors intending to present witnesses may submit declarations in lieu of direct examination on factual issues raised in any objections.

Dated: June 16, 2026

_____
Derek J. Baker
U.S. Bankruptcy Judge