**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **VICTORIA'S KITCHEN LLC,** ) | |
| ) | |
| **Debtor.** ) | **Case No. 25-13380-djb** |
| ) | |

**FIRST INTERIM FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF HOLLY S. MILLER, ESQUIRE AS SUBCHAPTER V TRUSTEE FOR
THE PERIOD 8/27/2025 THROUGH 05/31/2026**

In accordance with 11 U.S.C. §§ 330, 331 of the Bankruptcy Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Local Rules"), Holly S. Miller, Esquire ("Trustee Miller") as Subchapter V Trustee in the above-captioned case of the Debtor (the "Debtor"), hereby applies (the "Application") for First Interim award of compensation in the amount of $10,980.00 and reimbursement in the amount of $0.00 for the period from 8/27/2025 through 05/31/2026 (the "Application Period"). In support of this Application, Trustee Miller represents as follows:

**Preliminary Statement and Background**

1.      On 8/27/2025, Trustee Miller was appointed by the United States Trustee as Subchapter V Trustee in this bankruptcy case.

2.      A Third Amended Plan is to be filed by June 18, 2026, and confirmation is currently scheduled for July 21, 2026.

3.      All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred as Subchapter V Trustee.

4.     The services described in this Application are actual, necessary services and the corresponding compensation requested is fair and reasonable.

5.     The expenses of Trustee Miller described in this Application are actual, necessary expenses.

### General Information and Introduction

5.  The Application Period is from 8/27/2025 through 05/31/2026.

6.  This is Trustee Miller's First Interim application filed in this case.

| Application Date | Application Period | Requested Fees | Requested Expenses | Total |
|---|---|---|---|---|
| 6/16/2026 | 8/27/2025 through 05/31/2026 | $10,980.00 | $0.00 | $10,980.00 |

7.  A voluntary Chapter 11 Subchapter V petition was filed on 8/26/2025.

8.  Trustee Miller was appointed on 8/27/2025.

9.  Trustee Miller applies for compensation for the Application Period under § 330 and § 331 of the Bankruptcy Code. Any compensation awarded to Trustee Miller will be paid from the bankruptcy estate.

### a. Billing Summary

10. Trustee Miller has not previously filed a fee application in this case.

11. In general, the services rendered by Trustee Miller as Subchapter V Trustee during the Application Period included the following:

    a.  Review applications and motions filed by the Debtor and other parties of interest;

    b.  Attend IDI and 341 Meeting;

    c.  Attend status hearing and hearings on motions filed by the Debtor and other parties of interest;

d.  Review Plans and Amended Plans filed by Debtor;

e.  Engage in discussions with Debtor's counsel regarding plans and amendments thereto.

### b. Fee Summary

17.    Trustee Miller expended 24.40 hours during the Application Period rendering the above services. Attached as Exhibit A is a chronological list of Trustee Miller's professional hours detailing services rendered for the Application Period. The total fees that Trustee Miller incurred for services rendered, as reflected on Exhibit A, was $10,980.00.

18. The hours and corresponding fees Trustee Miller is seeking compensation for detailed in Exhibit A are summarized as follows:

### Application Period Project Category Summary

| Project Category | Task Code | Hours | Amount |
|---|---|---|---|
| Meetings of and Communications with Creditors | B150 | 1.10 | $495.00 |
| Fee/Employment Applications | B160 | 0.90 | $405.00 |
| Other Contested Matters | B190 | 0.70 | $315.00 |
| Business Operations | B210 | 17.50 | $7,875.00 |
| Tax Issues | B240 | 0.10 | $45.00 |
| Claims Administration and Objections | B310 | 1.80 | $810.00 |
| Plan and Disclosure Statement | B320 | 2.30 | $1,035.00 |
| | **Total** | **24.40** | **$10,980.00** |

### Application Period Expense Categories Summary

| Expense Category | Amount |
|---|---|
| Copying | |
| Lexis Nexis Online Research | |
| Postage | |
| Travel | $0.00 |
| **Total** | **$0.00** |

### Certification and Notice

19.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, Trustee Miller believes the amounts requested for compensation and expenses reimbursement are

fair and reasonable given (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

20.     Pursuant to the Local Rules, Trustee Miller is serving a copy of this Application upon the United States Trustee, Debtor's counsel and all parties requesting notice pursuant to F.R.B.P. 2002.

WHEREFORE, Holly S. Miller, Esquire respectfully requests a final award of compensation in the amount of $10,980.00 and reimbursement in the amount of $0.00 for the period from 8/27/2025 through 05/31/2026.

Dated: June 16, 2026                                GELLERT SEITZ BUSENKELL & BROWN, LLC

By:     */s/ Holly S. Miller*
         Holly S. Miller, Esquire
         901 Market Street, Suite 3020
         Philadelphia, PA 19107
         Telephone: (215) 238-0010
         Facsimile: (215) 238-0016
         Email: hsmiller@gsbblaw.com

         *Subchapter V Trustee*