# EXHIBIT A

| Trans Date | Tkpr | Tcode/ Task Code | | Rate | Units | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | |
| 09/22/2025 | HSM | B150 | A107 | 450.00 | | 0.20 | 90.00 | Communicate (other outside counsel) with Debtor's counsel and counsel to United States Trustee regarding scheduling of 341 |
| 09/22/2025 | HSM | B150 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze notice of 341 |
| 09/22/2025 | HSM | B150 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze email from debtor's counsel regarding scheduling issues with 341 |
| 09/29/2025 | HSM | B150 | A109 | 450.00 | | 0.10 | 45.00 | Appear for/attend first listing of 341 |
| 09/29/2025 | HSM | B150 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze email from United States Trustee regarding rescheduled 341 |
| 10/30/2025 | HSM | B150 | A109 | 450.00 | | 0.50 | 225.00 | Appear for/attend meeting of creditors |
| | | Subtotal for Phase ID B150 | | | Billable | 1.10 | 495.00 | Meetings of and Communications with Creditors |
| 09/05/2025 | HSM | B160 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Certificate of No Response to Application to Employ Debtor's Attorney |
| 09/10/2025 | HSM | B160 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Order Granting Application to Employ Sadek Law Offices LLC as Debtor's Attorney |
| 09/25/2025 | HSM | B160 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Praecipe to Withdraw Motion to Retain Jurisdiction Over Administrative Expense Applications |
| 04/22/2026 | HSM | B160 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Application to Employ Law Office of Mike Assad P.C. as Attorney for Debtor |
| 04/24/2026 | HSM | B160 | A104 | 450.00 | | 0.20 | 90.00 | Review/analyze emails from United States Trustee and M. Assad regarding application to employ, retainer language |
| 04/24/2026 | HSM | B160 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Amended Disclosure of Compensation of Attorney for Debtor |
| 04/30/2026 | HSM | B160 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Certificate of No Response to Application to Employ Law Office of Mike Assad P.C. as Attorney for Debtor |
| 05/04/2026 | HSM | B160 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Order Granting Application to Employ MICHAEL L. ASSAD as Debtor's Attorney |
| | | Subtotal for Phase ID B160 | | | Billable | 0.90 | 405.00 | Fee/Employment Applications |
| 09/30/2025 | HSM | B190 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Complaint against American Express Company |
| 09/30/2025 | HSM | B190 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Complaint against Sysco Philadelphia LLC |
| 04/14/2026 | HSM | B190 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Order Scheduling Evidentiary Hearing on Motion to Withdraw as Attorney |
| 05/07/2026 | HSM | B190 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Praecipe to Withdraw Objection Of Equity Security Holder Victoria Tyson to Sadek Law Offices LLC's Motion to Withdraw as Attorney |
| 05/11/2026 | HSM | B190 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Proposed Consent Order RE: Motion to Withdraw as Attorney for Debtor |
| 05/11/2026 | HSM | B190 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Order Granting Motion To Motion to Withdraw as Attorney for Debtor |
| 05/28/2026 | HSM | B190 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Exhibit and Witness List Filed by United States Trustee |
| | | Subtotal for Phase ID B190 | | | Billable | 0.70 | 315.00 | Other Contested Matters (excluding assumption/rejection motions) |
| 08/27/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Notice Regarding Interest in Cash Collateral Directed to U.S. Small Business Administration |
| 08/27/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company |
| 08/27/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Motion for Protective Order Directing Credit Card Processors and Food Ordering Platforms to Honor Contracts Pending Assumption or Rejection |
| 08/27/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Motion to Approve Retain Jurisdiction Over Administrative Expense Applications |
| 08/27/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Motion to Use Cash Collateral |
| 08/27/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Emergency Motion to Approve Interim Use of Pre-Petition Bank Accounts |
| 08/27/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Proposed Consent Order RE: Emergency Motion to Approve Interim Use of Pre-Petition Bank Accounts |
| 08/27/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Order Scheduling Expedited Hearing |
| 08/27/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Order Scheduling Status Conference |
| 08/27/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze email from United States Trustee regarding comments to proposed consent order |

| Trans Date | Tkpr | Tcode/ Task Code | | Rate | Units | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | |
| 08/28/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze email from J. Gannone regarding scheduling of IDI |
| 08/28/2025 | HSM | B210 | A103 | 450.00 | | 0.10 | 45.00 | Draft/revise email to debtor's counsel regarding proposed consent order |
| 08/28/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Motion to Expedite Hearing regarding First Day Motions |
| 08/28/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Motion to Approve Payment of Critical Vendor Claims |
| 08/28/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Motion to Approve Continued Use of Business Forms and Credit Card |
| 08/28/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Motion to Approve Payment of Prepetition Wages and Continued Use of ADP Payroll and 401(k) Services |
| 08/28/2025 | HSM | B210 | A109 | 450.00 | | 0.50 | 225.00 | Appear for/attend hearing on emergency motion to unfreeze PNC account |
| 08/28/2025 | HSM | B210 | A107 | 450.00 | | 0.20 | 90.00 | Communicate (other outside counsel) with counsel to United States Trustee regarding emergency hearing on first day motions, issues with wage motion |
| 08/28/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Order Scheduling Expedited Hearing on specific First Day Motions |
| 08/28/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Order Granting Emergency Motion to Approve Interim Use of Pre-Petition Bank Accounts |
| 08/28/2025 | HSM | B210 | A107 | 450.00 | | 0.20 | 90.00 | Communicate (other outside counsel) with United States Trustee regarding first day motions set for expedited hearing |
| 08/28/2025 | HSM | B210 | A107 | 450.00 | | 0.20 | 90.00 | Communicate (other outside counsel) with counsel to debtor and SBA regarding cash collateral |
| 08/28/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Proposed Consent Order RE: Motion to Use Cash Collateral |
| 08/29/2025 | HSM | B210 | A109 | 450.00 | | 0.60 | 270.00 | Appear for/attend expedited hearing on certain first day motions |
| 08/29/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze revised proposed orders on certain first day motions |
| 08/29/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Order granting Motion to Approve Payment of Prepetition Wages and Continued Use of ADP Payroll and 401(k) Services |
| 08/29/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Consent Interim Order Authorizing Use of Cash Collateral |
| 09/02/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Motion to Extend time to File Documents Required by Section 1187(a) |
| 09/03/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Motion to Expedite Hearing (re Motion for Continuation of Utility Service) |
| 09/03/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Order Scheduling Hearing re: Motion to Expedite Hearing (related documents Motion for Continuation of Utility Service |
| 09/03/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Order Granting Motion to Extend Time |
| 09/04/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze proof of insurance |
| 09/08/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Corporate Resolution |
| 09/08/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Objection to Motion for Continuation of Utility Service filed by Philadelphia Gas Works |
| 09/08/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Objection to Motion for Continuation of Utility Service filed by CITY OF PHILADELPHIA |
| 09/09/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Disclosure of Compensation of Attorney for Debtor |
| 09/09/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze 20 Largest Unsecured Claims |
| 09/09/2025 | HSM | B210 | A104 | 450.00 | | 0.20 | 90.00 | Review/analyze emails from United States Trustee and debtor's counsel regarding Credit Card Processor / Food Deliver Platforms motion |
| 09/09/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Statement of Operations for Small Business |
| 09/09/2025 | HSM | B210 | A109 | 450.00 | | 0.80 | 360.00 | Appear for/attend hearing on cash management and utilities motion |
| 09/09/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Cash Flow Statement for Small Business (statement that none has been prepared), Small Business Balance Sheet (statement that none has been prepared) |
| 09/09/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Equity Security Holders |
| 09/10/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Declaration Under Penalty of Perjury for Non-individual Debtors , Statistical Summary of Certain Liabilities, Schedules A/B - J , Statement of Financial Affairs |
| 09/10/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Notice of Intent to Provide Compensation to Certain Persons Under L.B.R. 4002-1 |

| Trans Date | Tkpr | Tcode/ Task Code | | Rate | Units | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | |
| 09/10/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze amended consent order and United States Trustee comments thereto |
| 09/11/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Amended Consent Order Authorizing Debtor's Use of Existing PNC Bank Accounts |
| 09/15/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze email from J. Gannone regarding IDI, documents requested |
| 09/17/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze bank statements, 2023 tax return, balance sheet, and payroll report |
| 09/17/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze email from United States Trustee regarding comments to the motions scheduled for hearing on 9/30 |
| 09/17/2025 | HSM | B210 | A109 | 450.00 | | 0.80 | 360.00 | Appear for/attend IDI |
| 09/18/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze email from J. Gannone regarding IDI Requested Documents |
| 09/22/2025 | HSM | B210 | A104 | 450.00 | | 0.20 | 90.00 | Review/analyze emails from United States Trustee and counsel to debtor regarding comments to motions scheduled for 9/30 |
| 09/25/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Proposed Order Re: Motion to Approve Continued Use of Business Forms and Credit Card |
| 09/25/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Proposed Consent Order RE: Second Interim Consent Order Authorizing Use of Cash Collateral |
| 09/26/2025 | HSM | B210 | A104 | 450.00 | | 0.20 | 90.00 | Review/analyze emails from P. Pham and L. Zack regarding Adequate Assurance Order |
| 09/26/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Adequate Assurance Order |
| 09/26/2025 | HSM | B210 | A104 | 450.00 | | 0.20 | 90.00 | Review/analyze emails from United States Trustee and counsel to city regarding Adequate Assurance Order |
| 09/26/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Praecipe to Withdraw Debtors Motion for Order Directing Credit Card Processors and Food Ordering Platforms to Honor Contracts Pending Assumption or Rejection |
| 09/29/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze proposed orders for 9/30 hearings |
| 09/30/2025 | HSM | B210 | A109 | 450.00 | | 0.70 | 315.00 | Appear for/attend continued hearing on first day motions |
| 09/30/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Second Interim Consent Order Authorizing Use of Cash Collateral |
| 09/30/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Order Directing Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) |
| 09/30/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Order Authorizing Continued Use of Business Forms |
| 09/30/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Praecipe to Withdraw Motion to Approve Payment of Critical Vendor Claims |
| 09/30/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Pre-Status Conference Report |
| 10/01/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Motion to Use Cash Collateral During Government Shutdown |
| 10/08/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Subchapter V Status Report |
| 10/21/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Monthly Operating Report for Filing Period 08/26/2025 to 09/30/2025 |
| 10/21/2025 | HSM | B210 | A109 | 450.00 | | 1.70 | 765.00 | Appear for/attend hearing on cash collateral, status |
| 10/22/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Order Granting Motion To Use Cash Collateral |
| 11/24/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Monthly Operating Report for Filing Period 08/26/2025 to 09/30/2025 *(Amended)* |
| 11/24/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Monthly Operating Report for Filing Period 10/01/2025 to 10/31/2025 |
| 12/02/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Proposed Consent Order RE: Third Interim Consent Order Authorizing Use of Cash Collateral |
| 12/02/2025 | HSM | B210 | A109 | 450.00 | | 1.10 | 495.00 | Appear for/attend hearing on cash collateral motion |
| 12/02/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Revised Third Interim Consent Order Authorizing Use of Cash Collateral |
| 12/04/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze email from J. Gannone regarding IDI documents |
| 12/04/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Third Interim Consent Order Authorizing Use Of Cash Collateral |
| 12/10/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Certificate of No Response to Motion to Extend time to File Plan |
| 12/22/2025 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Monthly Operating Report for Filing Period 11/01/2025 to 11/30/2025 |
| 01/06/2026 | HSM | B210 | A109 | 450.00 | | 0.50 | 225.00 | Appear for/attend hearing on cash collateral |
| 01/06/2026 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze email from J. Gannone regarding November 2025 MOR |

| Trans Date | Tkpr | Tcode/ Task Code | | Rate | Units | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | |
| 01/20/2026 | HSM | B210 | A109 | 450.00 | | 0.50 | 225.00 | Appear for/attend cash collateral and confirmation hearing |
| 01/23/2026 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Proposed Consent Order RE: Fourth Interim Consent Order Authorizing Use of Cash Collateral |
| 01/23/2026 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Monthly Operating Report for Filing Period 12/01/2025 to 12/31/2025 |
| 01/27/2026 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Fourth Interim Consent Order Authorizing Use of Cash Collateral |
| 02/25/2026 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Monthly Operating Report for Filing Period 01/01/2026 to 01/31/2026 |
| 03/05/2026 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Order Scheduling Hearing re: Motion to Extend time to to Comply with the Revised Order Setting a Hearing on Confirmation of Plan |
| 03/19/2026 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Motion to Withdraw as Attorney for Debtor |
| 04/08/2026 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Objection Of Equity Security Holder Victoria Tyson to Sadek Law Offices LLC's Motion to Withdraw |
| 04/14/2026 | HSM | B210 | A109 | 450.00 | | 1.00 | 450.00 | Appear for/attend hearing on Motion to Withdraw as counsel |
| 04/17/2026 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze email from debtor's counsel regarding adjournment of hearing on motion to withdraw |
| 05/08/2026 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Proposed Consent Order RE: Fifth Interim Consent Order Authorizing Use of Cash Collateral |
| 05/08/2026 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze United States Trustee motion to dismiss |
| 05/12/2026 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Fifth Interim Consent Order Authorizing Use of Cash Collateral |
| 05/19/2026 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Supplemental Disclosure of Compensation of Attorney for Debtor |
| 05/26/2026 | HSM | B210 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Debtor Objection to Motion to Dismiss Case for Other filed by U.S. Trustee United States Trustee |
| | | Subtotal for Phase ID B210 | | | Billable | 17.50 | 7,875.00 | Business Operations |
| 09/17/2025 | HSM | B240 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze email from J. Gannone regarding 2024 tax return |
| | | Subtotal for Phase ID B240 | | | Billable | 0.10 | 45.00 | Tax Issues |
| 09/03/2025 | HSM | B310 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Uline proof of claim |
| 09/08/2025 | HSM | B310 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Pennsylvania Department of Revenue proof of claim |
| 09/08/2025 | HSM | B310 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze JPMorgan Chase Bank proof of claim |
| 09/08/2025 | HSM | B310 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Motion to Set Last Day to File Proofs of Claim |
| 09/09/2025 | HSM | B310 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Order Setting Last Day To File Proofs of Claim |
| 09/18/2025 | HSM | B310 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze City of Philadelphia Law Department proof of claim |
| 09/23/2025 | HSM | B310 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Philadelphia Gas Works proof of claim |
| 09/24/2025 | HSM | B310 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Capital One proof of claim |
| 09/25/2025 | HSM | B310 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Erie Indemnity Company proof of claim |
| 10/03/2025 | HSM | B310 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Square Financial Services proof of claim |
| 10/24/2025 | HSM | B310 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze American Express National Bank proof of claim |
| 11/05/2025 | HSM | B310 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Dept. of Labor & Industry proof of claim |
| 11/07/2025 | HSM | B310 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze New Jersey Turnpike Authority proof of claim |
| 11/17/2025 | HSM | B310 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze US Small Business Administration proof of claim |
| 12/03/2025 | HSM | B310 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Sysco Food Corporation proof of claim |
| 02/04/2026 | HSM | B310 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze amended Pennsylvania Department of Revenue proof of claim |
| 02/19/2026 | HSM | B310 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze amended City of Philadelphia Law Department proof of claim |
| 05/13/2026 | HSM | B310 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Praecipe to Withdraw Proof of Claim for Claim Number 10. Filed by American Express National Bank |
| | | Subtotal for Phase ID B310 | | | Billable | 1.80 | 810.00 | Claims Administration and Objections |
| 11/25/2025 | HSM | B320 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Motion to Extend time to File Plan |
| 12/08/2025 | HSM | B320 | A104 | 450.00 | | 0.20 | 90.00 | Review/analyze Plan |
| 12/10/2025 | HSM | B320 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Order Scheduling Confirmation Hearing |
| 01/05/2026 | HSM | B320 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Order Granting Motion to Extend Time To File Plan |
| 01/06/2026 | HSM | B320 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Objection to Confirmation of Plan Filed by CITY OF PHILADELPHIA |

Detailed Task Code Report
860079.001
Gellert Seitz Busenkell & Brown, LLC

| Trans Date | Tkpr | Tcode/ Task Code | | Rate | Units | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | |
| 01/15/2026 | HSM | B320 | A104 | 450.00 | | 0.20 | 90.00 | Review/analyze emails from United States Trustee and debtor's counsel regarding confirmation hearing and balloting |
| 01/15/2026 | HSM | B320 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze email from debtor's counsel regarding confirmation under 1191 (b) |
| 01/15/2026 | HSM | B320 | A104 | 450.00 | | 0.20 | 90.00 | Review/analyze emails from debtor's counsel and United States Trustee regarding solicitation of an amended plan |
| 01/15/2026 | HSM | B320 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Report of Plan Voting |
| 01/22/2026 | HSM | B320 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Revised Order Setting Hearing On Confirmation Of Plan |
| 03/02/2026 | HSM | B320 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze First Amended Chapter 11 Small Business Subchapter V Plan |
| 03/04/2026 | HSM | B320 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze email from debtor's counsel regarding extension of confirmation order deadlines |
| 03/04/2026 | HSM | B320 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Motion to Extend time to to Comply with the Revised Order Setting a Hearing on Confirmation |
| 03/26/2026 | HSM | B320 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Objection to Amended Chapter 11 Small Business Subchapter V Plan Filed by CITY OF PHILADELPHIA |
| 05/05/2026 | HSM | B320 | A107 | 450.00 | | 0.20 | 90.00 | Communicate (other outside counsel) with Debtor's counsel regarding confirmation hearing |
| 05/05/2026 | HSM | B320 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Motion to Set Hearing on Amended Chapter 11 Small Business Subchapter V Plan |
| 05/05/2026 | HSM | B320 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Second Amended Chapter 11 Small Business Subchapter V Plan |
| 05/06/2026 | HSM | B320 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze email from United States Trustee regarding motion setting dates for confirmation |
| 05/07/2026 | HSM | B320 | A104 | 450.00 | | 0.10 | 45.00 | Review/analyze Order Setting Hearing on Confirmation Of Plan And Related Deadlines |
| | | Subtotal for Phase ID B320 | | | Billable | 2.30 | 1,035.00 | Plan and Disclosure Statement (including Business Plan) |
| **Total for Fees** | | | | | Billable | 24.40 | 10,980.00 | |

| | | | | **GRAND TOTALS** | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Billable | 24.40 | 10,980.00 | |

**GS
B·B**

**GELLERT
SEITZ
BUSENKELL
♦ BROWN, LLC**

Federal EIN: 46-0997626

Wiring Instructions:
Bank: Wilmington Savings Fund Society, F.S.B
500 Delaware Ave., Wilmington, DE 19801
Account #: 208910437
Routing #: 031100102
Account Name: Gellert Seitz Busenkell & Brown LLC
Reference:  860079.001

Attn:          Holly S. Miller
Holly S. Miller Subchapter V Trustee

| | |
|---|---|
| Invoice Date: | June 12, 2026 |
| Invoice No.: | **55157** |
| Account No.: | 860079.001 |

RE:        Victoria's Kitchen LLC 25-13380-djb

Page:          1

_____

**DRAFT BILL**

INVOICE FOR PERIOD THROUGH 05/31/2026

Fees

| Date | | | | Description | Hours | |
|---|---|---|---|---|---|---|
| 08/27/2025 | HSM | B210 | A104 | Review/analyze Notice Regarding Interest in Cash Collateral Directed to U.S. Small Business Administration | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Motion for Protective Order Directing Credit Card Processors and Food Ordering Platforms to Honor Contracts Pending Assumption or Rejection | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Motion to Approve Retain Jurisdiction Over Administrative Expense Applications | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Motion to Use Cash Collateral | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Emergency Motion to Approve Interim Use of Pre-Petition Bank Accounts | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Proposed Consent Order RE: Emergency Motion to Approve Interim Use of Pre-Petition Bank Accounts | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Order Scheduling Expedited Hearing | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Order Scheduling Status Conference | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze email from United States Trustee regarding comments to proposed consent order | 0.10 | 45.00 |
| 08/28/2025 | HSM | B210 | A104 | Review/analyze email from J. Gannone regarding scheduling of IDI | 0.10 | 45.00 |
| | HSM | B210 | A103 | Draft/revise email to debtor's counsel regarding proposed consent order | 0.10 | 45.00 |

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302.425.5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3ʳᵈ FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814

Holly S. Miller Subchapter V Trustee
Account No.  860079.001
RE:  Victoria's Kitchen LLC 25-13380-dj

Invoice Date:  06/12/2026
Invoice No.  55157
Page No.  2

| Date | | | | | Hours | |
|------|---|---|---|---|------|---|
| | HSM | B210 | A104 | Review/analyze Motion to Expedite Hearing regarding First Day Motions | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Motion to Approve Payment of Critical Vendor Claims | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Motion to Approve Continued Use of Business Forms and Credit Card | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Motion to Approve Payment of Prepetition Wages and Continued Use of ADP Payroll and 401(k) Services | 0.10 | 45.00 |
| | HSM | B210 | A109 | Appear for/attend hearing on emergency motion to unfreeze PNC account | 0.50 | 225.00 |
| | HSM | B210 | A107 | Communicate (other outside counsel) with counsel to United States Trustee regarding emergency hearing on first day motions, issues with wage motion | 0.20 | 90.00 |
| | HSM | B210 | A104 | Review/analyze Order Scheduling Expedited Hearing on specific First Day Motions | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Order Granting Emergency Motion to Approve Interim Use of Pre-Petition Bank Accounts | 0.10 | 45.00 |
| | HSM | B210 | A107 | Communicate (other outside counsel) with United States Trustee regarding first day motions set for expedited hearing | 0.20 | 90.00 |
| | HSM | B210 | A107 | Communicate (other outside counsel) with counsel to debtor and SBA regarding cash collateral | 0.20 | 90.00 |
| | HSM | B210 | A104 | Review/analyze Proposed Consent Order RE: Motion to Use Cash Collateral | 0.10 | 45.00 |
| 08/29/2025 | HSM | B210 | A109 | Appear for/attend expedited hearing on certain first day motions | 0.60 | 270.00 |
| | HSM | B210 | A104 | Review/analyze revised proposed orders on certain first day motions | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Order granting Motion to Approve Payment of Prepetition Wages and Continued Use of ADP Payroll and 401(k) Services | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Consent Interim Order Authorizing Use of Cash Collateral | 0.10 | 45.00 |
| 09/02/2025 | HSM | B210 | A104 | Review/analyze Motion to Extend time to File Documents Required by Section 1187(a) | 0.10 | 45.00 |
| 09/03/2025 | HSM | B210 | A104 | Review/analyze Motion to Expedite Hearing (re Motion for Continuation of Utility Service) | 0.10 | 45.00 |
| | HSM | B310 | A104 | Review/analyze Uline proof of claim | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Order Scheduling Hearing re: Motion to Expedite Hearing (related documents Motion for Continuation of Utility Service | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Order Granting Motion to Extend Time | 0.10 | 45.00 |
| 09/04/2025 | HSM | B210 | A104 | Review/analyze proof of insurance | 0.10 | 45.00 |
| 09/05/2025 | HSM | B160 | A104 | Review/analyze Certificate of No Response to Application to | | |

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302-425-5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3ᴿᴰ FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814

Holly S. Miller Subchapter V Trustee
Account No.   860079.001
RE:  Victoria's Kitchen LLC 25-13380-dj

Invoice Date:   06/12/2026
Invoice No.   55157
Page No.   3

| Date | | | | Description | Hours | |
|------|---|---|---|-------------|------:|------:|
| | | | | Employ Debtor's Attorney | 0.10 | 45.00 |
| 09/08/2025 | HSM | B210 | A104 | Review/analyze Corporate Resolution | 0.10 | 45.00 |
| | HSM | B310 | A104 | Review/analyze Pennsylvania Department of Revenue proof of claim | 0.10 | 45.00 |
| | HSM | B310 | A104 | Review/analyze JPMorgan Chase Bank proof of claim | 0.10 | 45.00 |
| | HSM | B310 | A104 | Review/analyze Motion to Set Last Day to File Proofs of Claim | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Objection to Motion for Continuation of Utility Service filed by Philadelphia Gas Works | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Objection to Motion for Continuation of Utility Service filed by CITY OF PHILADELPHIA | 0.10 | 45.00 |
| 09/09/2025 | HSM | B210 | A104 | Review/analyze Disclosure of Compensation of Attorney for Debtor | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze 20 Largest Unsecured Claims | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze emails from United States Trustee and debtor's counsel regarding Credit Card Processor / Food Deliver Platforms motion | 0.20 | 90.00 |
| | HSM | B310 | A104 | Review/analyze Order Setting Last Day To File Proofs of Claim | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Statement of Operations for Small Business | 0.10 | 45.00 |
| | HSM | B210 | A109 | Appear for/attend hearing on cash management and utilities motion | 0.80 | 360.00 |
| | HSM | B210 | A104 | Review/analyze Cash Flow Statement for Small Business (statement that none has been prepared), Small Business Balance Sheet (statement that none has been prepared) | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Equity Security Holders | 0.10 | 45.00 |
| 09/10/2025 | HSM | B160 | A104 | Review/analyze Order Granting Application to Employ Sadek Law Offices LLC as Debtor's Attorney | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Declaration Under Penalty of Perjury for Non-individual Debtors , Statistical Summary of Certain Liabilities, Schedules A/B - J , Statement of Financial Affairs | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Notice of Intent to Provide Compensation to Certain Persons Under L.B.R. 4002-1 | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze amended consent order and United States Trustee comments thereto | 0.10 | 45.00 |
| 09/11/2025 | HSM | B210 | A104 | Review/analyze Amended Consent Order Authorizing Debtor's Use of Existing PNC Bank Accounts | 0.10 | 45.00 |
| 09/15/2025 | HSM | B210 | A104 | Review/analyze email from J. Gannone regarding IDI, documents requested | 0.10 | 45.00 |
| 09/17/2025 | HSM | B210 | A104 | Review/analyze bank statements, 2023 tax return, balance sheet, and payroll report | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze email from United States Trustee regarding comments to the motions scheduled for hearing on 9/30 | 0.10 | 45.00 |

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302-425-5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814

Holly S. Miller Subchapter V Trustee
Account No.  860079.001
RE:  Victoria's Kitchen LLC 25-13380-dj

Invoice Date:      06/12/2026
Invoice No.          55157
Page No.              4

| Date | | | | Description | Hours | |
|---|---|---|---|---|---|---|
| | HSM | B240 | A104 | Review/analyze email from J. Gannone regarding 2024 tax return | 0.10 | 45.00 |
| | HSM | B210 | A109 | Appear for/attend IDI | 0.80 | 360.00 |
| 09/18/2025 | HSM | B310 | A104 | Review/analyze City of Philadelphia Law Department proof of claim | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze email from J. Gannone regarding IDI Requested Documents | 0.10 | 45.00 |
| 09/22/2025 | HSM | B210 | A104 | Review/analyze emails from United States Trustee and counsel to debtor regarding comments to motions scheduled for 9/30 | 0.20 | 90.00 |
| | HSM | B150 | A107 | Communicate (other outside counsel) with Debtor's counsel and counsel to United States Trustee regarding scheduling of 341 | 0.20 | 90.00 |
| | HSM | B150 | A104 | Review/analyze notice of 341 | 0.10 | 45.00 |
| | HSM | B150 | A104 | Review/analyze email from debtor's counsel regarding scheduling issues with 341 | 0.10 | 45.00 |
| 09/23/2025 | HSM | B310 | A104 | Review/analyze Philadelphia Gas Works proof of claim | 0.10 | 45.00 |
| 09/24/2025 | HSM | B310 | A104 | Review/analyze Capital One proof of claim | 0.10 | 45.00 |
| 09/25/2025 | HSM | B210 | A104 | Review/analyze Proposed Order Re: Motion to Approve Continued Use of Business Forms and Credit Card | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Proposed Consent Order RE: Second Interim Consent Order Authorizing Use of Cash Collateral | 0.10 | 45.00 |
| | HSM | B310 | A104 | Review/analyze Erie Indemnity Company proof of claim | 0.10 | 45.00 |
| | HSM | B160 | A104 | Review/analyze Praecipe to Withdraw Motion to Retain Jurisdiction Over Administrative Expense Applications | 0.10 | 45.00 |
| 09/26/2025 | HSM | B210 | A104 | Review/analyze emails from P. Pham and L. Zack regarding Adequate Assurance Order | 0.20 | 90.00 |
| | HSM | B210 | A104 | Review/analyze Adequate Assurance Order | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze emails from United States Trustee and counsel to city regarding Adequate Assurance Order | 0.20 | 90.00 |
| | HSM | B210 | A104 | Review/analyze Praecipe to Withdraw Debtors Motion for Order Directing Credit Card Processors and Food Ordering Platforms to Honor Contracts Pending Assumption or Rejection | 0.10 | 45.00 |
| 09/29/2025 | HSM | B150 | A109 | Appear for/attend first listing of 341 | 0.10 | 45.00 |
| | HSM | B150 | A104 | Review/analyze email from United States Trustee regarding rescheduled 341 | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze proposed orders for 9/30 hearings | 0.10 | 45.00 |
| 09/30/2025 | HSM | B210 | A109 | Appear for/attend continued hearing on first day motions | 0.70 | 315.00 |
| | HSM | B190 | A104 | Review/analyze Complaint against American Express Company | 0.10 | 45.00 |

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302-425-5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814

Holly S. Miller Subchapter V Trustee
Account No.   860079.001
RE:  Victoria's Kitchen LLC 25-13380-dj

Invoice Date:  06/12/2026
Invoice No.  55157
Page No.  5

| Date | | | | Description | Hours | |
|---|---|---|---|---|---|---|
| | HSM | B190 | A104 | Review/analyze Complaint against Sysco Philadelphia LLC | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Second Interim Consent Order Authorizing Use of Cash Collateral | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Order Directing Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Order Authorizing Continued Use of Business Forms | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Praecipe to Withdraw Motion to Approve Payment of Critical Vendor Claims | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Pre-Status Conference Report | 0.10 | 45.00 |
| 10/01/2025 | HSM | B210 | A104 | Review/analyze Motion to Use Cash Collateral During Government Shutdown | 0.10 | 45.00 |
| 10/03/2025 | HSM | B310 | A104 | Review/analyze Square Financial Services proof of claim | 0.10 | 45.00 |
| 10/08/2025 | HSM | B210 | A104 | Review/analyze Subchapter V Status Report | 0.10 | 45.00 |
| 10/21/2025 | HSM | B210 | A104 | Review/analyze Monthly Operating Report for Filing Period 08/26/2025 to 09/30/2025 | 0.10 | 45.00 |
| | HSM | B210 | A109 | Appear for/attend hearing on cash collateral, status | 1.70 | 765.00 |
| 10/22/2025 | HSM | B210 | A104 | Review/analyze Order Granting Motion To Use Cash Collateral | 0.10 | 45.00 |
| 10/24/2025 | HSM | B310 | A104 | Review/analyze American Express National Bank proof of claim | 0.10 | 45.00 |
| 10/30/2025 | HSM | B150 | A109 | Appear for/attend meeting of creditors | 0.50 | 225.00 |
| 11/05/2025 | HSM | B310 | A104 | Review/analyze Dept. of Labor & Industry proof of claim | 0.10 | 45.00 |
| 11/07/2025 | HSM | B310 | A104 | Review/analyze New Jersey Turnpike Authority proof of claim | 0.10 | 45.00 |
| 11/17/2025 | HSM | B310 | A104 | Review/analyze US Small Business Administration proof of claim | 0.10 | 45.00 |
| 11/24/2025 | HSM | B210 | A104 | Review/analyze Monthly Operating Report for Filing Period 08/26/2025 to 09/30/2025 *(Amended)* | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Monthly Operating Report for Filing Period 10/01/2025 to 10/31/2025 | 0.10 | 45.00 |
| 11/25/2025 | HSM | B320 | A104 | Review/analyze Motion to Extend time to File Plan | 0.10 | 45.00 |
| 12/02/2025 | HSM | B210 | A104 | Review/analyze Proposed Consent Order RE: Third Interim Consent Order Authorizing Use of Cash Collateral | 0.10 | 45.00 |
| | HSM | B210 | A109 | Appear for/attend hearing on cash collateral motion | 1.10 | 495.00 |
| | HSM | B210 | A104 | Review/analyze Revised Third Interim Consent Order | | |

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302-425-5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814

Holly S. Miller Subchapter V Trustee
Account No.   860079.001
RE:  Victoria's Kitchen LLC 25-13380-dj

Invoice Date:   06/12/2026
Invoice No.   55157
Page No.   6

| Date | | | | Description | Hours | |
|---|---|---|---|---|---|---|
| | | | | Authorizing Use of Cash Collateral | 0.10 | 45.00 |
| 12/03/2025 | HSM | B310 | A104 | Review/analyze Sysco Food Corporation proof of claim | 0.10 | 45.00 |
| 12/04/2025 | HSM | B210 | A104 | Review/analyze email from J. Gannone regarding IDI documents | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Third Interim Consent Order Authorizing Use Of Cash Collateral | 0.10 | 45.00 |
| 12/08/2025 | HSM | B320 | A104 | Review/analyze Plan | 0.20 | 90.00 |
| 12/10/2025 | HSM | B320 | A104 | Review/analyze Order Scheduling Confirmation Hearing | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Certificate of No Response to Motion to Extend time to File Plan | 0.10 | 45.00 |
| 12/22/2025 | HSM | B210 | A104 | Review/analyze Monthly Operating Report for Filing Period 11/01/2025 to 11/30/2025 | 0.10 | 45.00 |
| 01/05/2026 | HSM | B320 | A104 | Review/analyze Order Granting Motion to Extend Time To File Plan | 0.10 | 45.00 |
| 01/06/2026 | HSM | B210 | A109 | Appear for/attend hearing on cash collateral | 0.50 | 225.00 |
| | HSM | B210 | A104 | Review/analyze email from J. Gannone regarding November 2025 MOR | 0.10 | 45.00 |
| | HSM | B320 | A104 | Review/analyze Objection to Confirmation of Plan Filed by CITY OF PHILADELPHIA | 0.10 | 45.00 |
| 01/15/2026 | HSM | B320 | A104 | Review/analyze emails from United States Trustee and debtor's counsel regarding confirmation hearing and balloting | 0.20 | 90.00 |
| | HSM | B320 | A104 | Review/analyze email from debtor's counsel regarding confirmation under 1191 (b) | 0.10 | 45.00 |
| | HSM | B320 | A104 | Review/analyze emails from debtor's counsel and United States Trustee regarding solicitation of an amended plan | 0.20 | 90.00 |
| | HSM | B320 | A104 | Review/analyze Report of Plan Voting | 0.10 | 45.00 |
| 01/20/2026 | HSM | B210 | A109 | Appear for/attend cash collateral and confirmation hearing | 0.50 | 225.00 |
| 01/22/2026 | HSM | B320 | A104 | Review/analyze Revised Order Setting Hearing On Confirmation Of Plan | 0.10 | 45.00 |
| 01/23/2026 | HSM | B210 | A104 | Review/analyze Proposed Consent Order RE: Fourth Interim Consent Order Authorizing Use of Cash Collateral | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Monthly Operating Report for Filing Period 12/01/2025 to 12/31/2025 | 0.10 | 45.00 |
| 01/27/2026 | HSM | B210 | A104 | Review/analyze Fourth Interim Consent Order Authorizing Use of Cash Collateral | 0.10 | 45.00 |
| 02/04/2026 | HSM | B310 | A104 | Review/analyze amended Pennsylvania Department of | | |

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302-425-5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814

Holly S. Miller Subchapter V Trustee
Account No.  860079.001
RE:  Victoria's Kitchen LLC 25-13380-dj

Invoice Date:        06/12/2026
Invoice No.              55157
Page No.                    7

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| | | | | Revenue proof of claim | 0.10 | 45.00 |
| 02/19/2026 | HSM | B310 | A104 | Review/analyze amended City of Philadelphia Law Department proof of claim | 0.10 | 45.00 |
| 02/25/2026 | HSM | B210 | A104 | Review/analyze Monthly Operating Report for Filing Period 01/01/2026 to 01/31/2026 | 0.10 | 45.00 |
| 03/02/2026 | HSM | B320 | A104 | Review/analyze First Amended Chapter 11 Small Business Subchapter V Plan | 0.10 | 45.00 |
| 03/04/2026 | HSM | B320 | A104 | Review/analyze email from debtor's counsel regarding extension of confirmation order deadlines | 0.10 | 45.00 |
| | HSM | B320 | A104 | Review/analyze Motion to Extend time to to Comply with the Revised Order Setting a Hearing on Confirmation | 0.10 | 45.00 |
| 03/05/2026 | HSM | B210 | A104 | Review/analyze Order Scheduling Hearing re: Motion to Extend time to to Comply with the Revised Order Setting a Hearing on Confirmation of Plan | 0.10 | 45.00 |
| 03/19/2026 | HSM | B210 | A104 | Review/analyze Motion to Withdraw as Attorney for Debtor | 0.10 | 45.00 |
| 03/26/2026 | HSM | B320 | A104 | Review/analyze Objection to Amended Chapter 11 Small Business Subchapter V Plan Filed by CITY OF PHILADELPHIA | 0.10 | 45.00 |
| 04/08/2026 | HSM | B210 | A104 | Review/analyze Objection Of Equity Security Holder Victoria Tyson to Sadek Law Offices LLC's Motion to Withdraw | 0.10 | 45.00 |
| 04/14/2026 | HSM | B210 | A109 | Appear for/attend hearing on Motion to Withdraw as counsel | 1.00 | 450.00 |
| | HSM | B190 | A104 | Review/analyze Order Scheduling Evidentiary Hearing on Motion to Withdraw as Attorney | 0.10 | 45.00 |
| 04/17/2026 | HSM | B210 | A104 | Review/analyze email from debtor's counsel regarding adjournment of hearing on motion to withdraw | 0.10 | 45.00 |
| 04/22/2026 | HSM | B160 | A104 | Review/analyze Application to Employ Law Office of Mike Assad P.C. as Attorney for Debtor | 0.10 | 45.00 |
| 04/24/2026 | HSM | B160 | A104 | Review/analyze emails from United States Trustee and M. Assad regarding application to employ, retainer language | 0.20 | 90.00 |
| | HSM | B160 | A104 | Review/analyze Amended Disclosure of Compensation of Attorney for Debtor | 0.10 | 45.00 |
| 04/30/2026 | HSM | B160 | A104 | Review/analyze Certificate of No Response to Application to Employ Law Office of Mike Assad P.C. as Attorney for Debtor | 0.10 | 45.00 |
| 05/04/2026 | HSM | B160 | A104 | Review/analyze Order Granting Application to Employ MICHAEL L. ASSAD as Debtor's Attorney | 0.10 | 45.00 |

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302-425-5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814

Holly S. Miller Subchapter V Trustee  
Account No.  860079.001  
RE:  Victoria's Kitchen LLC 25-13380-dj

Invoice Date:          06/12/2026  
Invoice No.              55157  
Page No.                    8

| Date | TK | | | Description | Hours | |
|---|---|---|---|---|---|---|
| 05/05/2026 | HSM | B320 | A107 | Communicate (other outside counsel) with Debtor's counsel regarding confirmation hearing | 0.20 | 90.00 |
| | HSM | B320 | A104 | Review/analyze Motion to Set Hearing on Amended Chapter 11 Small Business Subchapter V Plan | 0.10 | 45.00 |
| | HSM | B320 | A104 | Review/analyze Second Amended Chapter 11 Small Business Subchapter V Plan | 0.10 | 45.00 |
| 05/06/2026 | HSM | B320 | A104 | Review/analyze email from United States Trustee regarding motion setting dates for confirmation | 0.10 | 45.00 |
| 05/07/2026 | HSM | B190 | A104 | Review/analyze Praecipe to Withdraw Objection Of Equity Security Holder Victoria Tyson to Sadek Law Offices LLC's Motion to Withdraw as Attorney | 0.10 | 45.00 |
| | HSM | B320 | A104 | Review/analyze Order Setting Hearing on Confirmation Of Plan And Related Deadlines | 0.10 | 45.00 |
| 05/08/2026 | HSM | B210 | A104 | Review/analyze Proposed Consent Order RE: Fifth Interim Consent Order Authorizing Use of Cash Collateral | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze United States Trustee motion to dismiss | 0.10 | 45.00 |
| 05/11/2026 | HSM | B190 | A104 | Review/analyze Proposed Consent Order RE: Motion to Withdraw as Attorney for Debtor | 0.10 | 45.00 |
| | HSM | B190 | A104 | Review/analyze Order Granting Motion To Motion to Withdraw as Attorney for Debtor | 0.10 | 45.00 |
| 05/12/2026 | HSM | B210 | A104 | Review/analyze Fifth Interim Consent Order Authorizing Use of Cash Collateral | 0.10 | 45.00 |
| 05/13/2026 | HSM | B310 | A104 | Review/analyze Praecipe to Withdraw Proof of Claim for Claim Number 10. Filed by American Express National Bank | 0.10 | 45.00 |
| 05/19/2026 | HSM | B210 | A104 | Review/analyze Supplemental Disclosure of Compensation of Attorney for Debtor | 0.10 | 45.00 |
| 05/26/2026 | HSM | B210 | A104 | Review/analyze Debtor Objection to Motion to Dismiss Case for Other filed by U.S. Trustee United States Trustee | 0.10 | 45.00 |
| 05/28/2026 | HSM | B190 | A104 | Review/analyze Exhibit and Witness List Filed by United States Trustee | 0.10 | 45.00 |
| | | | | For Current Services Rendered | 24.40 | 10,980.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Holly S. Miller | 24.40 | $450.00 | $10,980.00 |

Total Current Work                                                                     10,980.00

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302-425-5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814

Holly S. Miller Subchapter V Trustee
Account No.   860079.001
RE:  Victoria's Kitchen LLC 25-13380-dj

Invoice Date:        06/12/2026
Invoice No.            55157
Page No.                9

Balance Due                                                      $10,980.00

### Task Code Summary

|       |                                                                    | Fees | Expenses |
|-------|--------------------------------------------------------------------|------|----------|
| B150  | Meetings of and Communications with Creditors                      | 495.00 | 0.00 |
| B160  | Fee/Employment Applications                                        | 405.00 | 0.00 |
| B190  | Other Contested Matters (excluding assumption/rejection motions)   | 315.00 | 0.00 |
| B100  | Administration                                                    | 1,215.00 | 0.00 |
| B210  | Business Operations                                               | 7875.00 | 0.00 |
| B240  | Tax Issues                                                        | 45.00 | 0.00 |
| B200  | Operations                                                        | 7,920.00 | 0.00 |
| B310  | Claims Administration and Objections                              | 810.00 | 0.00 |
| B320  | Plan and Disclosure Statement (including Business Plan)           | 1035.00 | 0.00 |
| B300  | Claims and Plan                                                   | 1,845.00 | 0.00 |

Payments received after 06/12/2026 will appear your next invoice.

Please send all payments to Delaware address below including invoice number
and/or account number on payment.  Thank You.

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302-425-5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814

Draft Statements and Totals 06/12/26

Statements Printed:                     1
Hours:                              24.40
Fees:                          10,980.00