**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **VICTORIA'S KITCHEN LLC,** ) | |
| ) | |
| **Debtor.** ) | **Case No. 25-13380-djb** |
| ) | |

## ORDER

Upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses of Holly S. Miller, Esquire as Subchapter V Trustee for the Period of 8/27/2025 through 05/31/2026 (the "Application"), it is hereby ORDERED that:

The Application shall be approved and compensation to Holly S. Miller, Esquire shall be allowed and authorized as a Chapter 11 administrative expense claim for services rendered in the amount of $10,980.00 and reimbursement of actual expenses in the amount of $0.00 incurred by Holly S. Miller, Esquire in rendering said services as Subchapter V Trustee.

Date: _____

_____
DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE