**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **VICTORIA'S KITCHEN LLC,** ) | |
| ) | |
| **Debtor.** ) | **Case No. 25-13380-djb** |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below, the First Interim Application of Holly S. Miller, Esquire for Compensation, Notice and Proposed Order were served via ECF on all parties who filed a request under L.B.R. 2002-1 to receive all notices in the case.

Dated:  June 16, 2026                                    /s/ *Holly S. Miller*
                                                                    Holly S. Miller