United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                    Case No. 25-13380-djb

Victoria's Kitchen LLC                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 16, 2026 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria's Kitchen LLC, 2001 E Tulpehocken St, Philadelphia, PA 19138-1309 |
| aty | + | MICHAEL L. ASSAD, Law Office of Mike Assad, P.C., 923 Haddonfield Road, Suite 336, Cherry Hill, NJ 08002-2752 |
| cr | + | Commonwealth of PA Dept. of Labor & Industry OUCTS, 651 Boas St., 10th Floor, Harrrisburg, PA 17121, UNITED STATES 17121-0751 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 17 2026 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 17 2026 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/PDF: bncnotices@becket-lee.com | Jun 17 2026 00:42:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | Email/Text: megan.harper@phila.gov | Jun 17 2026 00:32:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 17 2026 00:32:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | ^ MEBN | Jun 17 2026 00:27:43 | Philadelphia Gas Works, 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Victoria Tyson |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 16, 2026 | Form ID: pdf900 | Total Noticed: 9

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew Robert Fuchs | on behalf of Creditor United States of America - Small Business Administration (SBA) andrew.fuchs@usdoj.gov beth.fuhrhop@usdoj.gov |
| CHRISTOPHER E. POLCHIN | on behalf of Creditor Commonwealth of PA Dept. of Labor & Industry OUCTS cpolchin@pa.gov |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov |
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com  chsm11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MICHAEL I. ASSAD | on behalf of Debtor Victoria's Kitchen LLC mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| MICHAEL I. ASSAD | on behalf of Plaintiff Victoria's Kitchen LLC mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| PEARL PHAM | on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com  Monica.Londo@pgworks.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | **:** | **Chapter 11** |
| **Victoria's Kitchen LLC,** | **:** | |
| | **:** | **Case No. 25-13380 (DJB)** |
| **Debtor.** | **:** | |
| | **:** | |

**THRID ORDER SETTING HEARING ON CONFIRMATION OF PLAN**
**AND RELATED DEADLINES, WITH NOTICE THEREOF**

**AND NOW**, whereas the above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code;

**AND** the Debtor's proposed second amended plan of reorganization (the "Plan")1 having been filed on May 5, 2026 (Dkt. No. 177);

**IT IS HEREBY ORDERED** that the following dates and deadlines will govern the procedures related to the Plan in this case:

1. **Amended Plan**. **On or before Thursday, June 18, 2026**, the Debtor shall file a modified Plan together with a redline of said modified plan against the Plan.

2. **Confirmation Hearing**. The Court shall hold a hearing on confirmation of the Plan on **Tuesday, July 21, 2026, at 1:00 p.m.** in the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, Courtroom 2, 900 Market Street, Philadelphia, PA 19107.  The Confirmation Hearing may be adjourned from time to

---

[1] If the Debtor files a pre-confirmation amended plan, the Debtor must file a redline of such amended plan against the Plan.  If necessary to comply with Fed. R. Bankr. P. 3019(a), the Debtor shall seek a modified balloting deadline for an amended plan.

time by announcement made in open court without further notice.[2]

3. **Service of Plan Documents**. Pursuant to Fed. R. Bankr. P. 3017(d), **On or before Thursday, June 18, 2026**, counsel for the Debtor shall transmit a copy of (a) the Plan, (b) this Order or a notice of its provisions, and (c) a ballot conforming with Official Form 314, to all creditors, equity security holders, the Subchapter V Trustee, the United States Trustee, the Debtor, and all other parties on the Clerk's Service List by first class mail.  Counsel for the Debtor shall promptly file a Certificate of Service with the Court reflecting such mailing.

4. **Record Date/Deadline to Make § 1111(b)(2) Election**.  Pursuant to Fed. R. Bankr. P. 3017.2(b) and 3014(a)(2) **Thursday, June 18, 2026** is fixed as (a) the record date by which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security to be eligible to accept or reject the Plan; and (b) last day for filing and serving any notice of an election under § 1111(b) of the Bankruptcy Code.

5. **Voting on the Plan**.  Pursuant to Fed. R. Bankr. P. 3017.2(a)  **Tuesday, July 14, 2026** is the deadline for submitting acceptances or rejections of the Debtor's Plan. Acceptances and  rejections must be submitted to the Debtor's attorney:

> Michael I Assad
> Law Offices of Mike Assad, P.C.
> 923 Haddonfield Road, Suite 336
> Cherry Hill, NJ 08002

6. **Objections to Plan**. Pursuant to Fed. R. Bankr. P. 3020(b)(1) **Tuesday, July 14,**

---

[2] If the Debtor seeks to adjourn the Confirmation Hearing before complying with ¶¶ 7 & 8, the proposed adjournment must also reset those deadlines.  If the deadlines in ¶¶ 7 & 8 have passed without compliance by the Debtor, the Court may not permit a further adjournment and may dismiss the case under 1112(b)(1) and (b)(4)(E) without further notice or opportunity for hearing.

**2026** is fixed as the last day for filing and serving written objections to (a) confirmation of the Plan; or (b) the adequacy of the disclosures required under § 1190(1) of the Bankruptcy Code.  Any objections to the Plan shall be accompanied by a memorandum of legal authorities supporting such objection.  Objectors must serve the Debtor, counsel for Debtor, the Subchapter V Trustee, the United States Trustee, and the Clerk's Service List.  However, any objection based on the failure of the Debtor to meet the requirements of § 1129(a)(8) of the Bankruptcy Code may be raised at the Confirmation Hearing.  The Court will not consider untimely objections if such delay prejudices the Debtor, other interested parties, or the progress of the case.

7. **Report of Plan Voting/Confirmation Brief/Proposed Order.** On or before **Thursday, July 16, 2026,** the Debtor shall file (a) a report of plan voting with the Court; and (b) a memorandum of legal authorities addressing the requirements of § 1191 of the Bankruptcy Code and any unresolved objections filed to the Plan; and (c) a proposed order confirming the Plan.

8. **Confirmation Declarations**. On or before **Friday, July 17, 2026**, the Debtor should file a declaration containing the factual basis upon which the Debtor relies in establishing that each of the applicable requirements of § 1191 of the Bankruptcy Code is met.  Objectors intending to present witnesses may submit declarations in lieu of direct examination on factual issues raised in any objections.

Dated: June 16, 2026

_____
Derek J. Baker
U.S. Bankruptcy Judge