## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **VICTORIA'S KITCHEN LLC,** | ) | |
| | ) | |
| **Debtor.** | ) | **Case No. 25-13380-djb** |
| | ) | |

## <u>ORDER</u>

Upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses of Holly S. Miller, Esquire as Subchapter V Trustee for the Period of 8/27/2025 through 05/31/2026 (the "Application"), it is hereby ORDERED that:

The Application shall be approved and compensation to Holly S. Miller, Esquire shall be allowed and authorized as a Chapter 11 administrative expense claim for services rendered in the amount of $10,980.00 and reimbursement of actual expenses in the amount of $0.00 incurred by Holly S. Miller, Esquire in rendering said services as Subchapter V Trustee.

Date: **July 9, 2026**

_____
DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE