# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Victoria's Kitchen LLC,

            Debtor.

Case No. 25-13380-djb

Chapter 11 (Subchapter V)

## Debtor's Report of Plan Voting

1.      On June 18, 2026, the Debtor served its Third Amended Chapter 11 Subchapter V Plan of Reorganization (Dkt. No. 210) (the "Plan"), together with the Court's Third Order Setting Hearing on Confirmation of Plan and Related Deadlines, With Notice Thereof (Dkt. No. 208) (the "Order"), and a ballot conforming to Official Form 314, on all creditors, equity security holders, the Subchapter V Trustee, the United States Trustee, and all other parties on the Clerk's Service List by first class mail, and filed a certificate of service reflecting that mailing.

2.      Under the Order, July 14, 2026 was the deadline for submitting acceptances or rejections of the Plan.

3.      As of the voting deadline and as of the date of this report, no ballots accepting or rejecting the Plan were received from any creditor.

4.      Accordingly, no impaired class has accepted the Plan.

Date: July 16, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    923 Haddonfield Road, Suite 336
    Cherry Hill, NJ 08002
    609-808-3300
    mike@assad.law