

## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Victoria's Kitchen LLC,

                   Debtor.

Case No. 25-13380-djb

Chapter 11

### Order Confirming Chapter 11 Subchapter V Plan Under 11 U.S.C. § 1191(b)

**AND NOW**, upon consideration of the plan filed by Debtor Victoria's Kitchen LLC, and the Court finding that all requirements for confirmation under 11 U.S.C. § 1191(b) have been satisfied and that a confirmation hearing has been held after notice, it is hereby **ORDERED** that:

1. The Plan is **CONFIRMED** under 11 U.S.C. § 1191(b).

2. The Debtor must file post-confirmation reporting (the "Reports") from the date of entry of this Order until the time of closing of the bankruptcy case. The Reports must comply with Local Bankr. R. 3021-1 and must include the small business post-confirmation report required by the Office of the United States Trustee, which is entitled "Office Of The United States Trustee - Region 3 Post-Confirmation Quarterly Summary Report." The Debtor shall file each Report on or before the 20th day after the end of each calendar quarter.

3. No later than fourteen (14) days after the Plan's Effective Date, the Debtor shall file and serve a Notice of Effective Date.

4. The Debtor shall make the payments required by the Plan in equal monthly installments as provided in Exhibit C to the Plan, beginning in the first full month after the Effective Date, as follows:

   a. payments to Classes 1-A, 1-B, 2-A, and 2-B shall end in the 48th month, and payments on the priority tax claims shall in all events be completed by August 26, 2030;

   b. payments to Class 2-C shall end in the 60th month; and

   c. distributions to Class 3 shall be made as provided in the Plan, with the period under 11 U.S.C. § 1191(c)(2) fixed at three years beginning on the date the first payment is due.

5. Notwithstanding any provision of the Plan:

   a. The Debor shall serve as the disbursing agent and shall make all required Plan payments, during the life of the Plan.

b.      The Subchapter V Trustee shall not serve as disbursing agent under the Plan.

c.      The Subchapter V Trustee's appointment shall remain in place and extend post-confirmation.

d.      The Subchapter V Trustee's post-confirmation duties shall be limited to monitoring activities in the case to ensure payments under the confirmed Plan commence and continue.

e.      The Subchapter V Trustee shall file the Chapter 11 Subchapter V Trustee's Final Report and Account upon the Debtor's completion of payments.

6.      If the Debtor fails to make payment or perform any obligation under the Plan:

a.      the Debtor shall give written notice of the default (the "Debtor Default Notice") to the Subchapter V Trustee and the U.S. Trustee by email and first-class mail, postage prepaid, on or prior to the seventh (7th) day following the default and file a copy of the Debtor Default Notice electronically on the public docket; and

b.      the Subchapter V Trustee may give written notice of the default (the "Sub V Trustee Default Notice" and together with the Debtor Default Notice, a "Default Notice") and file a copy of the Sub V Trustee Default Notice electronically on the public docket.

The Debtor shall have twenty-one (21) days from the issuance of a Default Notice (the "Notice Period") to cure all defaults. If the Debtor fails to cure all defaults within the Notice Period, the Subchapter V Trustee may certify the default to this Court. Upon certification of default by the Subchapter V Trustee, the Court shall order the Debtor to appear and show cause why it should not dismiss the case or convert the case to chapter 7. This default provision is without prejudice to the rights of parties in interest to assert that the Debtor has failed to make payment or perform any obligation under the Plan and to seek remedies, including conversion, in connection therewith.

Date:

_____
Derek J. Baker
U.S. Bankruptcy Judge

2