# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Victoria's Kitchen LLC,

               Debtor.

Case No. 25-13380-djb

Chapter 11

## Certificate of Service

I, Michael I. Assad, certify that on July 17, 2026, I did cause a true and correct copy of the documents described below to be served on ~~the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to~~ all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Declaration of Victoria A. Turner Tyson in Support of the Debtor's Third Amended Chapter 11 Subchapter V Plan of Reorganization

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 17, 2026

/s/ Michael I. Assad
Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law