United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 25-13380-djb

Victoria's Kitchen LLC                                                                      Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

**Recip ID                     Recipient Name and Address**
db                        +  Victoria's Kitchen LLC, 2001 E Tulpehocken St, Philadelphia, PA 19138-1309

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Robert Fuchs | on behalf of Creditor United States of America - Small Business Administration (SBA) andrew.fuchs@usdoj.gov beth.fuhrhop@usdoj.gov |
| CHRISTOPHER E. POLCHIN | on behalf of Creditor Commonwealth of PA Dept. of Labor & Industry OUCTS cpolchin@pa.gov |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov |
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com  chsm11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MICHAEL I. ASSAD | |

District/off: 0313-2                         User: admin                              Page 2 of 2

Date Rcvd: Jul 21, 2026                      Form ID: pdf900                          Total Noticed: 1

on behalf of Debtor Victoria's Kitchen LLC mike@assad.law
mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com

MICHAEL I. ASSAD

on behalf of Plaintiff Victoria's Kitchen LLC mike@assad.law
mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

PEARL PHAM
on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com  Monica.Londo@pgworks.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                    ⎫    Case No. 25-13380-djb

      Victoria's Kitchen LLC,              ⎬    Chapter 11

                 Debtor.         ⎭

**Order Confirming Chapter 11 Subchapter V Plan Under 11 U.S.C. § 1191(b)**

**AND NOW**, upon consideration of the plan filed by Debtor Victoria's Kitchen LLC, and the Court finding that all requirements for confirmation under 11 U.S.C. § 1191(b) have been satisfied and that a confirmation hearing has been held after notice, it is hereby **ORDERED** that:

1. The Plan is **CONFIRMED** under 11 U.S.C. § 1191(b).

2. The Debtor must file post-confirmation reporting (the "Reports") from the date of entry of this Order until the time of closing of the bankruptcy case. The Reports must comply with Local Bankr. R. 3021-1 and must include the small business post-confirmation report required by the Office of the United States Trustee, which is entitled "Office Of The United States Trustee - Region 3 Post-Confirmation Quarterly Summary Report." The Debtor shall file each Report on or before the 20th day after the end of each calendar quarter.

3. No later than fourteen (14) days after the Plan's Effective Date, the Debtor shall file and serve a Notice of Effective Date.

4. The Debtor shall make the payments required by the Plan in equal monthly installments as provided in Exhibit C to the Plan, beginning in the first full month after the Effective Date, as follows:

   a. payments to Classes 1-A, 1-B, 2-A, and 2-B shall end in the 48th month, and payments on the priority tax claims shall in all events be completed by August 26, 2030;

   b. payments to Class 2-C shall end in the 60th month; and

   c. distributions to Class 3 shall be made as provided in the Plan, with the period under 11 U.S.C. § 1191(c)(2) fixed at three years beginning on the date the first payment is due.

5. Notwithstanding any provision of the Plan:

   a. The Debor shall serve as the disbursing agent and shall make all required Plan payments, during the life of the Plan.

b.    The Subchapter V Trustee shall not serve as disbursing agent under the Plan.

c.    The Subchapter V Trustee's appointment shall remain in place and extend post-confirmation.

d.    The Subchapter V Trustee's post-confirmation duties shall be limited to monitoring activities in the case to ensure payments under the confirmed Plan commence and continue.

e.    The Subchapter V Trustee shall file the Chapter 11 Subchapter V Trustee's Final Report and Account upon the Debtor's completion of payments.

6.    If the Debtor fails to make payment or perform any obligation under the Plan:

a.    the Debtor shall file a written notice of the default (the "Debtor Default Notice") electronically on the public docket; and

b.    any creditor or party in interest, including the Subchapter V Trustee may give written notice of the default (the "Non-Debtor Default Notice" and together with the Debtor Default Notice, a "Default Notice") and file a copy of the Non-Debtor Default Notice electronically on the public docket.

The Debtor shall have twenty-one (21) days from the issuance of a Default Notice (the "Notice Period") to cure all defaults and file a written notice that the Debtor has cured the defaults (the "Cure Notice") electronically on the public docket. If the Debtor fails to file the Cure Notice within the Notice Period, the Court shall enter an order converting the case to chapter 7 without further notice and hearing. The filing of a Cure Notice is without prejudice to the rights of parties in interest, including the Subchapter V Trustee, to assert that the Debtor has failed to cure the defaults and to seek remedies, including conversion, in connection therewith.

7.    The provisions of this order shall be binding notwithstanding any inconsistent provisions of the Plan.

Date:  **July 21, 2026**

_____
Derek J. Baker
U.S. Bankruptcy Judge