**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: Victoria's Kitchen LLC,

*Debtor*.

Case No.: 25-13380-djb

Chapter: 11 (Subchapter V)

Judge: Derek J. Baker

## Exhibit A — Itemized Statement of Services

| # | Date | Class | Task | Act | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| **Category A. Case Reassumption & Docket Review** | | | | | | | | |
| 1 | 05/04/2026 | ATT | B110 | A104 | Analyze docket entries 157 through 176 filed following counsel's March 3, 2026 departure from predecessor firm, including the withdrawal and substitution filings, predecessor counsel's motion to withdraw and related orders (Docs 157, 161, 168, 190), and orders rescheduling the confirmation hearing (Docs 159, 170, 171), to identify pending deadlines and open matters requiring action upon employment. | 0.60 | 475.00 | $285.00 |
| 2 | 05/04/2026 | ATT | B320 | A104 | Analyze objection of the City of Philadelphia to the First Amended Plan (Doc 163) to identify the tax-claim treatment and feasibility issues requiring amendment of the plan. | 0.10 | 475.00 | $47.50 |
| 3 | 05/04/2026 | ATT | B110 | A104 | Analyze case compliance posture, including expiration of the Fourth Interim Cash Collateral Order on April 30, 2026 (Doc 151) and delinquent monthly operating reports for February through April 2026, to determine immediate compliance obligations under section 1187 and the U.S. Trustee reporting requirements. | 0.40 | 475.00 | $190.00 |
| 4 | 05/08/2026 | ATT | B160 | A103 | Draft proposed consent order resolving predecessor counsel's motion to withdraw as attorney for the Debtor; correspond with B. Sadek regarding its terms (Docs 188, 190). | 0.10 | 475.00 | $47.50 |
| | | | | | **Subtotal — Category A** | **1.20** | | **$570.00** |

| # | Date | Class | Task | Act | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| **Category B. Plan Amendments & Confirmation** | | | | | | | | |
| 5 | 05/04/2026 | ATT | B320 | A104 | Analyze treatment of secured and priority tax claims under the First Amended Plan in light of the City of Philadelphia's objection; determine amendments to claim treatment and feasibility projections required | 0.70 | 475.00 | $332.50 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | for the Second Amended Plan. | | | |
| **6** | 05/05/2026 | ATT | B320 | A103 | Draft Second Amended Chapter 11 Subchapter V Plan and redline against the First Amended Plan (Doc 177), revising claim treatment in response to the City of Philadelphia's objection. | 2.40 | 475.00 | $1,140.00 |
| **7** | 05/05/2026 | ATT | B320 | A103 | Draft motion to set hearing on confirmation of the Second Amended Plan with proposed order establishing objection and balloting deadlines (Doc 178). | 0.40 | 475.00 | $190.00 |
| **8** | 05/05/2026 | ATT | B320 | A107 | Correspond with Subchapter V Trustee regarding the May 12 confirmation hearing; advise that the Debtor will move to establish new deadlines for confirmation and solicitation of votes on the Second Amended Plan. | 0.20 | 475.00 | $95.00 |
| **9** | 06/03/2026 | ATT | B320 | A104 | Analyze objection of the Commonwealth of Pennsylvania Department of Labor & Industry, OUCTS, to confirmation (Doc 202); assess treatment of unemployment-compensation tax claims under the Second Amended Plan. | 0.30 | 475.00 | $142.50 |
| **10** | 06/04/2026 | ATT | B320 | A104 | Analyze objection of the Commonwealth of Pennsylvania Department of Revenue to the Second Amended Plan (Doc 203); assess priority tax claim treatment under sections 507(a)(8) and 1129(a)(9)(C). | 0.30 | 475.00 | $142.50 |
| **11** | 06/08/2026 | PARA | B320 | A103 | Prepare report of plan voting reflecting that no ballots were returned on the Second Amended Plan (Doc 205). | 0.10 | 250.00 | $25.00 |
| **12** | 06/15/2026 | ATT | B320 | A101 | Prepare for hearing on confirmation of the Second Amended Plan; outline responses to the objections of the City of Philadelphia, Department of Revenue, and Department of Labor & Industry; review voting report and feasibility support. | 0.80 | 475.00 | $380.00 |
| **13** | 06/15/2026 | ATT | B320 | A107 | Telephone conference with counsel for the Commonwealth of Pennsylvania Department of Revenue regarding the Commonwealth's objection to the Second Amended Plan (Doc 203) in advance of the June 16 confirmation hearing. | 0.10 | 475.00 | $47.50 |
| **14** | 06/15/2026 | ATT | B320 | A108 | Telephone conference with the Court's chambers in response to the Court's inquiry regarding whether the Debtor intended to proceed with confirmation at the June 16 hearing. | 0.10 | 475.00 | $47.50 |
| **15** | 06/16/2026 | ATT | B320 | A109 | Attend hearing on confirmation of Subchapter V plan (Doc 207); address pending confirmation objections and scheduling of the modified-plan deadline with the Court. | 0.50 | 475.00 | $237.50 |
| **16** | 06/05/2026 | ATT | B320 | A104 | Analyze United States Trustee's comments and questions regarding the Second Amended Plan; respond to UST counsel regarding balloting results and the amendments to be incorporated in the modified plan. | 0.40 | 475.00 | $190.00 |
| **17** | 06/16/2026 | ATT | B320 | A101 | Prepare for conference with Debtor's principal: review drafts of the delinquent monthly operating reports, amended financial projections, and the plan modifications required by the Court's June 16 scheduling order. | 2.00 | 475.00 | $950.00 |
| **18** | 06/17/2026 | ATT | B320 | A106 | Conference with Debtor's principal to review plan modifications required by the taxing authorities' objections and the Court's June 16 scheduling order (Doc 208) and to review and execute the delinquent monthly operating reports and amended financial projections. | 1.50 | 475.00 | $712.50 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **19** | 06/30/2026 | ATT | B320 | A104 | Analyze inquiry of counsel for the Department of Labor & Industry regarding the secured, priority, and general unsecured treatment of the Commonwealth's claims under the Third Amended Plan; respond setting forth the plan's proposed treatment of each component. | 0.40 | 475.00 | $190.00 |
| **20** | 07/08/2026 | ATT | B320 | A107 | Correspond with counsel for the Department of Labor & Industry regarding priority status of the unemployment-compensation tax claims, the cramdown of the SBA's secured claim, and the Debtor's ability to pay the Commonwealth's secured claim in full. | 0.30 | 475.00 | $142.50 |
| **21** | 06/18/2026 | ATT | B320 | A103 | Draft Third Amended Chapter 11 Subchapter V Plan and redline against the Second Amended Plan (Doc 210), revising treatment of Commonwealth priority and secured tax claims and feasibility projections in response to the objections at Docs 163, 202, and 203. | 2.60 | 475.00 | $1,235.00 |
| **22** | 07/13/2026 | ATT | B320 | A106 | Telephone conference with Debtor's principal regarding confirmation of the Third Amended Plan. | 0.30 | 475.00 | $142.50 |
| **23** | 07/15/2026 | ATT | B320 | A107 | Correspond with Subchapter V Trustee and counsel for the United States Trustee regarding the July 21 confirmation hearing; advise that no ballots were returned and that the Debtor will seek confirmation under section 1191(b). | 0.10 | 475.00 | $47.50 |
| **24** | 07/16/2026 | PARA | B320 | A103 | Prepare report of plan voting reflecting that no ballots were returned on the Third Amended Plan (Doc 222). | 0.10 | 250.00 | $25.00 |
| **25** | 07/16/2026 | ATT | B320 | A103 | Draft memorandum in support of confirmation of the Third Amended Plan (Doc 223), addressing the requirements of sections 1129(a), 1190, and 1191. | 1.40 | 475.00 | $665.00 |
| **26** | 07/16/2026 | ATT | B320 | A103 | Draft proposed order confirming the Third Amended Chapter 11 Subchapter V Plan, incorporating the confirmation-order provisions requested by the United States Trustee (Doc 224). | 0.40 | 475.00 | $190.00 |
| **27** | 07/17/2026 | ATT | B320 | A103 | Draft declaration of Victoria A. Turner Tyson in support of confirmation of the Third Amended Plan (Doc 225); conference with declarant to verify factual averments regarding plan funding and feasibility. | 0.80 | 475.00 | $380.00 |
| **28** | 07/20/2026 | ATT | B320 | A107 | Telephone conference with counsel for the Commonwealth of Pennsylvania Department of Revenue regarding confirmation of the Third Amended Plan. | 0.10 | 475.00 | $47.50 |
| **29** | 07/20/2026 | ATT | B320 | A101 | Prepare for July 21, 2026 confirmation hearing; review status of remaining objections, voting report, and evidentiary support for the findings required by sections 1129(a) and 1191. | 0.60 | 475.00 | $285.00 |
| **30** | 07/20/2026 | ATT | B320 | A104 | Analyze United States Trustee's requested revisions to the proposed confirmation order, including revised plan-default and cure-notice procedures and a provision that the confirmation order controls over the plan; revise proposed confirming order with redline and correspond with UST counsel regarding same (Doc 227). | 0.40 | 475.00 | $190.00 |
| **31** | 07/21/2026 | ATT | B320 | A107 | Telephone conference with counsel for the Commonwealth of Pennsylvania Department of Revenue regarding treatment of the Commonwealth's claims under the Third Amended Plan, in advance of the confirmation hearing. | 0.30 | 475.00 | $142.50 |
| **32** | 07/21/2026 | ATT | B320 | A109 | Attend hearing on confirmation of the Third | 1.00 | 475.00 | $475.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Amended Subchapter V Plan; plan confirmed under section 1191(b) (Docs 228, 229). | | | |
| | | | | | **Subtotal — Category B** | **18.60** | | **$8,790.00** |

| # | Date | Class | Task | Act | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| **Category C. Cash Collateral** | | | | | | | | |
| **33** | 05/05/2026 | ATT | B230 | A103 | Draft proposed Fifth Interim Consent Order authorizing use of cash collateral for review by counsel for the U.S. Small Business Administration, adapting the adequate-protection and budget-variance terms of the Fourth Interim Order. | 0.30 | 475.00 | $142.50 |
| **34** | 05/08/2026 | ATT | B230 | A107 | Negotiate terms of Fifth Interim Consent Order authorizing use of cash collateral with counsel for the U.S. Small Business Administration; revise proposed order regarding adequate-protection payments and permitted budget variance (Doc 185; order entered Doc 191). | 0.60 | 475.00 | $285.00 |
| | | | | | **Subtotal — Category C** | **0.90** | | **$427.50** |

| # | Date | Class | Task | Act | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| **Category D. U.S. Trustee Motion to Dismiss or Convert** | | | | | | | | |
| **35** | 05/08/2026 | ATT | B190 | A104 | Analyze United States Trustee's motion to dismiss or, in the alternative, convert the case to chapter 7 for failure to file operating reports (Doc 182); assess cause under section 1112(b) and available cure of the reporting delinquencies. | 0.50 | 475.00 | $237.50 |
| **36** | 05/26/2026 | ATT | B190 | A103 | Draft objection to the United States Trustee's motion to dismiss or convert with proposed order (Doc 197), addressing the absence of cause under section 1112(b) in light of the Debtor's cure of reporting delinquencies and progress toward confirmation. | 1.20 | 475.00 | $570.00 |
| **37** | 05/28/2026 | ATT | B190 | A104 | Analyze United States Trustee's exhibit and witness list (Doc 198) in preparation for the June 2, 2026 evidentiary hearing. | 0.20 | 475.00 | $95.00 |
| **38** | 06/01/2026 | ATT | B190 | A104 | Analyze proposed stipulation with the United States Trustee resolving the motion to dismiss or convert, including the deadlines for the delinquent operating reports and the consequences of noncompliance (Docs 199, 201). | 0.30 | 475.00 | $142.50 |
| **39** | 06/01/2026 | ATT | B190 | A106 | Telephone conference with Debtor's principal regarding the stipulation with the United States Trustee and the deadlines for filing the delinquent operating reports. | 0.10 | 475.00 | $47.50 |
| | | | | | **Subtotal — Category D** | **2.30** | | **$1,092.50** |

| # | Date | Class | Task | Act | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| **Category E. Reporting, Schedules & Disclosures** | | | | | | | | |
| **40** | 05/26/2026 | ATT | B210 | A106 | Telephone conference with Debtor's principal regarding the delinquent monthly operating reports and the bank statements and records required to complete them. | 0.10 | 475.00 | $47.50 |
| **41** | 05/19/2026 | ATT | B160 | A103 | Prepare supplemental disclosure of compensation of attorney for Debtor under Fed. R. Bankr. P. 2016(b) (Doc 196). | 0.20 | 475.00 | $95.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **42** | 06/10/2026 | ATT | B210 | A103 | Prepare February 2026 monthly operating report; analyze and reconcile the Debtor's bank statements, receipts and disbursements records, and payroll data and resolve reporting positions required by the U.S. Trustee's reporting requirements (Doc 214). | 1.10 | 475.00 | $522.50 |
| **43** | 06/11/2026 | ATT | B210 | A103 | Prepare March 2026 monthly operating report; analyze and reconcile the Debtor's bank statements, receipts and disbursements records, and payroll data (Doc 215). | 1.00 | 475.00 | $475.00 |
| **44** | 06/12/2026 | ATT | B210 | A103 | Prepare April 2026 monthly operating report; analyze and reconcile the Debtor's bank statements, receipts and disbursements records, and payroll data (Doc 216). | 1.00 | 475.00 | $475.00 |
| **45** | 06/15/2026 | ATT | B210 | A103 | Prepare May 2026 monthly operating report; analyze and reconcile the Debtor's bank statements, receipts and disbursements records, and payroll data (Doc 217). | 1.00 | 475.00 | $475.00 |
| **46** | 07/20/2026 | ATT | B210 | A103 | Prepare June 2026 monthly operating report; analyze and reconcile the Debtor's bank statements, receipts and disbursements records, and payroll data (Doc 226). | 1.00 | 475.00 | $475.00 |
| | | | | | **Subtotal — Category E** | **5.40** | | **$2,565.00** |

| # | Date | Class | Task | Act | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| **Category F. Fee Application** | | | | | | | | |
| **47** | 07/20/2026 | PARA | B160 | A103 | Compile itemized time detail from contemporaneous records and categorize services for the final application for compensation. | 0.80 | 250.00 | $200.00 |
| **48** | 07/20/2026 | ATT | B160 | A103 | Draft final application for compensation, supporting declaration, notice, and proposed order; verify record support for each factor under section 330(a)(3). | 1.60 | 475.00 | $760.00 |
| | | | | | **Subtotal — Category F** | **2.40** | | **$960.00** |

| | Hours | Amount |
|---|---|---|
| Subtotal — ATT (Attorney services, $475/hr) | 29.80 | $14,155.00 |
| Subtotal — PARA (Paralegal-level services, $250/hr) | 1.00 | $250.00 |
| **GRAND TOTAL** | **30.80** | **$14,405.00** |

## Expenses

| # | Date | Code | Expense | Calculation | Amount |
|---|---|---|---|---|---|
| **E1** | 05/08/2026 | E101 | Printing — service of Second Amended Plan and related documents (Doc 189) | 552 pages x $0.25 (in-house actual cost) | $138.00 |
| **E2** | 05/08/2026 | E108 | Postage — service of Second Amended Plan (Doc 189) | 23 parcels x $1.07 (USPS first-class, actual) | $24.61 |
| **E3** | 06/18/2026 | E101 | Printing — service of Third Amended Plan and related documents (Doc 211) | 552 pages x $0.25 (in-house actual cost) | $138.00 |
| **E4** | 06/18/2026 | E108 | Postage — service of Third Amended Plan (Doc 211) | 23 parcels x $1.07 (USPS first-class, actual) | $24.61 |
| | | | | **TOTAL EXPENSES** | **$325.22** |

**Total fees and expenses: $14,730.22**