| | |
|---|---|
| **United States Bankruptcy Court**<br>**Eastern District of Pennsylvania** | |
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: 25-13380-djb |
| In re: Victoria's Kitchen LLC,<br>*Debtor*. | Chapter: 11 (Subchapter V)<br>Judge: Derek J. Baker |

**Exhibit B**
**Declaration of Michael I. Assad in Support of**
**First and Final Application for Compensation**
**and Reimbursement of Expenses**

I, Michael I. Assad, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the principal of Law Office of Mike Assad, P.C., counsel to the Debtor in this subchapter V case, and the sole timekeeper whose services are described in the accompanying Application. I have personal knowledge of the matters stated in this declaration.

2. I have practiced law since October 2021, concentrating in bankruptcy. I estimate that I have represented debtors in approximately 725 bankruptcy cases under chapters 7, 11, and 13, including both individual and corporate debtors, in the United States Bankruptcy Courts for the District of New Jersey and the Eastern, Middle, and Western Districts of Pennsylvania. Because I had represented this Debtor continuously from before the Petition Date while at my

former firm, I resumed the representation upon my firm's employment without re-performing case-intake, investigation, or other startup work already done.

3. I have served as a member of the local bankruptcy rules committee in the Eastern District of Pennsylvania and as Third Circuit leader for the National Association of Consumer Bankruptcy Attorneys. I currently serve as the consumer bankruptcy education chair for the Eastern District of Pennsylvania Bankruptcy Conference. I earned my J.D. at Widener University Delaware Law School.

4. I recorded the time described in the Application contemporaneously with the performance of each service, in tenths of an hour, with one task per entry. No entry is estimated, grouped, or reconstructed after the fact.

5. The rates charged in the Application — $475 per hour for attorney services and $250 per hour for paralegal-level services — are stated in my firm's written engagement agreement with the Debtor, dated April 22, 2026. I charge the same rates to all clients for comparable services. No compensation received or to be received in this case has been or will be shared with any person outside my firm.

6. I practice as a sole practitioner and employ no associate or paralegal. I assign each task a rate according to the nature of the task rather than the identity of the person performing it, billing at the paralegal-level rate all work of the kind ordinarily performed by a paralegal and reserving the attorney rate for work requiring legal analysis or action by an attorney.

7. I did not bill, at either rate, time spent e-filing documents, preparing certificates of service, serving documents, calendaring deadlines, preparing transmittal correspondence,

responding to routine scheduling calls, or reviewing routine notices of the Bankruptcy Noticing Center.

8. Because I performed every task, the Application contains no time for intra-office conferences, review of another professional's work, or supervision of staff.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 21, 2026

/s/ Michael I. Assad
Michael I. Assad