| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| In re: Victoria's Kitchen LLC,<br><br>*Debtor*. | Case No.: 25-13380-djb<br>Chapter: Chapter 11 (Subchapter V) |

**Order Granting First and Final Application for Compensation and Reimbursement of Expenses of Law Office of Mike Assad, P.C., Counsel to the Debtor**

AND NOW, upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Law Office of Mike Assad, P.C. (“Applicant”), counsel to the Debtor, for the period May 4, 2026 through July 31, 2026 (the “Application”), after notice and opportunity for hearing under 11 U.S.C. §§ 330 and 102(1), and for good cause shown, it is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Applicant is allowed final compensation of $14,405.00 and reimbursement of expenses of $325.22, for a total of $14,730.22, as an administrative expense under 11 U.S.C. §§ 503(b)(2) and 507(a)(2).

3. Applicant is authorized to apply the $5,000.00 retainer held in its attorney trust account (Doc 196) toward the allowed amounts.

4. The Debtor is authorized and directed to pay Applicant the remaining balance of $9,730.22 in accordance with the terms of the Debtor's confirmed plan.

Date:

______________________________
Derek J. Baker
U.S. Bankruptcy Judge