**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: Victoria's Kitchen LLC,

*Debtor*.

| | |
|---|---|
| Case No.: | 25-13380-djb |
| Chapter: | 11 (Subchapter V) |
| Judge: | Derek J. Baker |

**Notice of First and Final Application for Compensation and Reimbursement of Expenses of Law Office of Mike Assad, P.C.**

Law Office of Mike Assad, P.C., counsel to the Debtor, has filed a First and Final Application for Compensation and Reimbursement of Expenses (the "Application") for compensation in the amount of $14,405.00 and reimbursement in the amount of $325.22 for the period from 05/04/2026 through 07/31/2026.

**Your Rights May Be Affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want this Court to grant the relief sought in the Application, or if you want this Court to consider your views on the Application, you or your attorney must do all of the following:

*[Notice continued on next page.]*

(a) file an objection explaining your position at:

Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, Pennsylvania 19107

If you mail your objection to the Bankruptcy Clerk's office for filing, **you must mail it early enough so that it will be received on or before October 5, 2026;** and

(b) mail a copy to the following person:

Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
Telephone: (609) 808-3300
Email: mike@assad.law

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) and attend any hearing which may be scheduled accordingly, this Court may approve the Application.

3. A copy of the Application will be provided to you if you request a copy from the attorney named in paragraph 1(b).

4. Please take further notice that objections to the relief requested in the Application, if any, must: (a) be in writing; (b) conform to the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules for the Eastern District of Pennsylvania; (c) set forth the name and identity of the objector and the nature and amount of any claims against or interests in the Debtor; (d) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (e) be filed with the Court no later October 5, 2026, and be served on counsel for the Debtor as set forth in paragraph 1(b) and on the Office of the United

States Trustee, 900 Market Street, Suite 320, Philadelphia, Pennsylvania 19107, so that they are received no later than that date.

You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether a hearing has been scheduled.

Date: September 21, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad