**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: Victoria's Kitchen LLC,

*Debtor*.

| | |
|---|---|
| Case No.: | 25-13380-djb |
| Chapter: | 11 (Subchapter V) |
| Judge: | Derek J. Baker |

**Certificate of Service**

I, Michael I. Assad, certify that on September 21, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First and Final Application for Compensation and Reimbursement of Expenses of Law Office of Mike Assad, P.C., Counsel to the Debtor, for the Period May 4, 2026 through July 31, 2026

- Notice of First and Final Application for Compensation and Reimbursement of Expenses of Law Office of Mike Assad, P.C.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 21, 2026

/s/ Michael I. Assad
Michael I. Assad

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Victoria's Kitchen LLC<br>2001 E Tulpehocken St<br>Philadelphia, PA 19138 | Debtor | ☒ First Class Mail |