**From:** Holly Smith Miller
**To:** Mike Assad
**Cc:** Schanne, John (USTP)
**Subject:** 25-13380-djb Victoria"s Kitchen LLC (Non-Debtor Notice of Default)
**Date:** Friday, October 2, 2026 12:00:00 PM

Counsel –

Please accept this email as formal notice pursuant to paragraph 6(b) of the Confirmation Order that the Debtor is in Default of its Third Amended Plan and/or Confirmation Order entered at D.I. 229 as a result of the following:

1. The Debtor has failed to file Post-Confirmation Reports;
2. The Debtor has failed to file a Notice of Effective Date (which, pursuant to the Plan, would have occurred August 4, 2026);
3. The Debtor has failed to make monthly payments required by the Plan, which were to commence the first full month after the Effective Date (i.e., September 2026);
4. Notwithstanding the above, the Debtor has failed to file a Notice of Default as required under paragraph 6(a) of the Confirmation Order.

Pursuant to the Confirmation Order, the Debtor has twenty-one (21) days from today to cure all defaults and file a written notice thereof. That date would be Friday, October 23, 2026. If the Debtor fails to do so, the Court shall enter an Order Converting this case to a Chapter 7 without further notice and hearing.

Thank you.

**Holly S. Miller**
**Member**
**Gellert Seitz Busenkell & Brown, LLC**

**hsmiller@gsbblaw.com | P: 215-238-0012 | F: 215-238-0016**

**901 Market Street, Suite 3020, 3rd Floor**
**Philadelphia, PA 19107**

**GSBBlaw.com || V-Card**

This message is sent by a law firm and may contain information that is privileged or confidential. If you have received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. Thank you.

Consider your responsibility to the environment - think before you print!

---

**From:** Holly Smith Miller
**Sent:** Wednesday, September 30, 2026 2:42 PM
**To:** Mike Assad <mike@mikeassad.law>
**Cc:** Schanne, John (USTP) <John.Schanne@usdoj.gov>

**Subject:** RE: FW: Ch-11 25-13380-djb Order on Application for Compensation - Victoria's Ki

Mike – following up on this. I saw you filed a fee app as well. Has your client given any indication as to whether that will be paid?

**Holly S. Miller**
**Member**
**Gellert Seitz Busenkell & Brown, LLC**

**hsmiller@gsbblaw.com | P: 215-238-0012 | F: 215-238-0016**

**901 Market Street, Suite 3020, 3rd Floor**
**Philadelphia, PA 19107**

**GSBBlaw.com || V-Card**

This message is sent by a law firm and may contain information that is privileged or confidential. If you have received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. Thank you.

Consider your responsibility to the environment - think before you print!

---

**From:** Holly Smith Miller
**Sent:** Thursday, September 17, 2026 3:22 PM
**To:** Mike Assad <mike@mikeassad.law>
**Subject:** RE: FW: Ch-11 25-13380-djb Order on Application for Compensation - Victoria's Ki

Thanks for the update, Mike. Has the Debtor given any indication as to when those checks will be mailed?

**Holly S. Miller**
**Member**
**Gellert Seitz Busenkell & Brown, LLC**

**hsmiller@gsbblaw.com | P: 215-238-0012 | F: 215-238-0016**

**901 Market Street, Suite 3020, 3rd Floor**
**Philadelphia, PA 19107**

**GSBBlaw.com || V-Card**

This message is sent by a law firm and may contain information that is privileged or confidential. If you have received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. Thank you.

Consider your responsibility to the environment - think before you print!

---

**From:** Mike Assad <mike@mikeassad.law>
**Sent:** Tuesday, September 15, 2026 2:13 PM
**To:** Holly Smith Miller <hsmith@gsbblaw.com>
**Subject:** Re: FW: Ch-11 25-13380-djb Order on Application for Compensation - Victoria's Ki

In August, I delivered pre-printed distribution checks to the debtor and instructed them to sign and mail them to the payees on September 1. I have counseled the debtor on the consequences of failing to comply with the plan. It is my understanding that the checks have not been mailed at this time.

Mike Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300

On Tue, Sep 15, 2026 at 1:32 PM Holly Smith Miller <hsmith@gsbblaw.com> wrote:

> Mike – following up on this, as we haven't received a check yet. Thanks.
>
> **Holly S. Miller**
> **Member**
> **Gellert Seitz Busenkell & Brown, LLC**
>
> **hsmiller@gsbblaw.com | P: 215-238-0012 | F: 215-238-0016**
>
> **901 Market Street, Suite 3020, 3rd Floor**
> **Philadelphia, PA 19107**
>
> **GSBBlaw.com || V-Card**
>
> This message is sent by a law firm and may contain information that is privileged or confidential. If you have received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. Thank you.
>
> Consider your responsibility to the environment - think before you print!
>
> ---
>
> **From:** Holly Smith Miller
> **Sent:** Tuesday, September 8, 2026 11:50 AM
> **To:** 'Mike Assad' <mike@mikeassad.law>
> **Subject:** RE: FW: Ch-11 25-13380-djb Order on Application for Compensation - Victoria's Ki
>
> Thanks, Mike.

**Holly S. Miller**
**Member**
**Gellert Seitz Busenkell & Brown, LLC**

**hsmiller@gsbblaw.com | P: 215-238-0012 | F: 215-238-0016**

**901 Market Street, Suite 3020, 3rd Floor**
**Philadelphia, PA 19107**

**GSBBlaw.com || V-Card**

This message is sent by a law firm and may contain information that is privileged or confidential. If you have received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. Thank you.

Consider your responsibility to the environment - think before you print!

---

**From:** Mike Assad <mike@mikeassad.law>
**Sent:** Friday, September 4, 2026 10:25 PM
**To:** Holly Smith Miller <hsmith@gsbblaw.com>
**Subject:** Re: FW: Ch-11 25-13380-djb Order on Application for Compensation - Victoria's Ki

You don't often get email from mike@mikeassad.law. Learn why this is important

I instructed the debtor to make distributions on September 1, so the check should be in the mail. I will follow up and make sure that happened.

Mike Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300

On Thu, Sep 3, 2026 at 12:44 PM Holly Smith Miller <hsmith@gsbblaw.com> wrote:

> Hi, Mike. Would you please provide an ETA for the below payment? Thank you.

**Holly S. Miller**
**Member**
**Gellert Seitz Busenkell & Brown, LLC**

**hsmiller@gsbblaw.com | P: 215-238-0012 | F: 215-238-0016**

**901 Market Street, Suite 3020, 3rd Floor**

Philadelphia, PA 19107

GSBBlaw.com || V-Card

This message is sent by a law firm and may contain information that is privileged or confidential. If you have received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. Thank you.

Consider your responsibility to the environment - think before you print!

---

**From:** Mike Assad <mike@assad.law>
**Sent:** Monday, July 13, 2026 10:23 AM
**To:** Holly Smith Miller <hsmith@gsbblaw.com>
**Subject:** Re: FW: Ch-11 25-13380-djb Order on Application for Compensation - Victoria's Ki

Will do!

Mike Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300

On Thu, Jul 9, 2026 at 1:36 PM Holly Smith Miller <hsmith@gsbblaw.com> wrote:

> Hi, Mike. When your client makes this payment, can you please have them mail it to my firm's DE office? 1201 N. Orange Street, Suite 300, Wilmington, DE 19801. Thanks!

**Holly S. Miller**
**Member**
**Gellert Seitz Busenkell & Brown, LLC**

hsmiller@gsbblaw.com | P: 215-238-0012 | F: 215-238-0016

901 Market Street, Suite 3020, 3rd Floor
Philadelphia, PA 19107

GSBBlaw.com || V-Card

This message is sent by a law firm and may contain information that is privileged or confidential. If you have received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. Thank you.

Consider your responsibility to the environment - think before you print!

---

**From:** BKECF_LiveDB@paeb.uscourts.gov <BKECF_LiveDB@paeb.uscourts.gov>
**Sent:** Thursday, July 9, 2026 1:20 PM
**To:** Courtmail@paeb.uscourts.gov
**Subject:** Ch-11 25-13380-djb Order on Application for Compensation - Victoria's Ki

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**Eastern District of Pennsylvania**

Notice of Electronic Filing

The following transaction was received from JG entered on 7/9/2026 at 1:19 PM EST and filed on 7/9/2026

| | |
|---|---|
| **Case Name:** | Victoria's Kitchen LLC |
| **Case Number:** | 25-13380-djb |
| **Document Number:** | 220 |

**Docket Text:**
Order Granting Application For Compensation (Related Doc # [209]) Granting for HOLLY SMITH MILLER, ESQ., fees awarded: $10980.00, expenses awarded: $0.00 (JG)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**25-13380_Victoria's_Kitchen_LLC.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=7/9/2026] [FileNumber=33593169-0
]
[380762c3c22c73ab2f2e390ec0820f4edc8a04b593eb76256b61923f12a589ff0cd
39638687caa72cc591935fb82c2995f7480a1b5db1c79026d1317b1498e1f]]

**25-13380-djb Notice will be electronically mailed to:**

MICHAEL I. ASSAD on behalf of Debtor Victoria's Kitchen LLC
mike@assad.law,
mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com

MICHAEL I. ASSAD on behalf of Plaintiff Victoria's Kitchen LLC
mike@assad.law,
mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com

Andrew Robert Fuchs on behalf of Creditor United States of America - Small Business Administration (SBA)
andrew.fuchs@usdoj.gov, beth.fuhrhop@usdoj.gov

CHRISTOPHER R. MOMJIAN on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue
crmomjian@attorneygeneral.gov, jhuiet@attorneygeneral.gov

PEARL PHAM on behalf of Creditor Philadelphia Gas Works
pearl.pham@pgworks.com, Monica.Londo@pgworks.com

CHRISTOPHER E. POLCHIN on behalf of Creditor Commonwealth of PA Dept. of Labor & Industry OUCTS
cpolchin@pa.gov

JOHN HENRY SCHANNE on behalf of U.S. Trustee United States Trustee
John.Schanne@usdoj.gov

HOLLY SMITH MILLER, ESQ.
hsmiller@gsbblaw.com, chsm11@trustesolutions.net

PAMELA ELCHERT THURMOND on behalf of Creditor CITY OF PHILADELPHIA
pamela.thurmond@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**25-13380-djb Notice will not be electronically mailed to:**

MICHAEL L. ASSAD
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Victoria Tyson
,