# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Victoria's Kitchen LLC,<br><br>Debtor. | Case No. 25-13380-djb<br><br>Chapter 11 (Subchapter V)<br><br>Related to ECF No. 231 |

## Certificate of No Response

1. I certify that Law Office of Mike Assad P.C. has received no answer, objection, or other responsive pleading to the First and Final Application for Compensation and Reimbursement of Expenses of Law Office of Mike Assad P.C. filed on September 21, 2026.

2. I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the application appears thereon.

3. Pursuant to the notice filed with the application, objections were to be filed and served on or before October 5, 2026.

4. I respectfully request that the proposed order attached to the application be entered at the Court's earliest convenience.

Date: October 6, 2026

/s/ Michael I. Assad

Michael I. Assad (#330937)
Law Office of Mike Assad P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law