**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: Victoria's Kitchen LLC,

*Debtor*.

| | |
|---|---|
| Case No.: | 25-13380-djb |
| Chapter: | 11 (Subchapter V) |
| Judge: | Derek J. Baker |

**Certification of Service**

I, Michael I. Assad, certify that on October 23, 2026, I caused a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and on all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Motion to Dismiss Chapter 11 Case and proposed Order Dismissing Chapter 11 Case
- Notice of Motion, Response Deadline, and Telephonic or Video Hearing Date

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 23, 2026

/s/ Michael I. Assad
Michael I. Assad

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| A & J Real Estate LLC<br>525 S 4th Street Suite 370<br>Philadelphia, PA 19147 | Executory Contract | ☒ First Class Mail |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Creditor | ☒ First Class Mail |
| Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor | ☒ First Class Mail |
| City of Philadelphia Law Department<br>Tax Litigation & Collections Unit<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102 | Creditor | ☒ CM/ECF |
| Commonwealth of PA - UCTS<br>Dept. of Labor & Industry<br>PO Box 68568<br>Harrisburg, PA 17106-8568 | Creditor | ☒ CM/ECF |
| Erie Indemnity Company<br>100 Erie Insurance Place<br>Erie, PA 16530 | Creditor | ☒ First Class Mail |
| Holly Smith Miller<br>Gellert Seitz Busenkell & Brown LLC<br>901 Market Street, Suite 3020<br>Philadelphia, PA 19107 | Subchapter V Trustee | ☒ CM/ECF |
| JPMorgan Chase Bank, N.A.<br>RASC Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 | Creditor | ☒ First Class Mail |
| M&T Bank<br>345 Main Street<br>Buffalo, NY 14203 | Creditor | ☒ First Class Mail |
| New Jersey Turnpike Authority<br>Ramon de la Cruz<br>1 Turnpike Plaza<br>P.O. Box 5042<br>Woodbridge, NJ 07095 | Creditor | ☒ First Class Mail |
| Pennsylvania Department of Revenue<br>Attn: Bankruptcy Division<br>Department 280946<br>Harrisburg, PA 17128 | Creditor | ☒ CM/ECF |

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Philadelphia Gas Works<br>800 W. Montgomery Avenue<br>Philadelphia, PA 19122 | Creditor | ☒ CM/ECF |
| Philadelphia Housing Authority<br>2013 Ridge Avenue<br>Philadelphia, PA 19121 | Executory Contract | ☒ First Class Mail |
| Poor Richard’s Catering<br>5070 Parkside Ave<br>Philadelphia, PA 19131 | Executory Contract | ☒ First Class Mail |
| Primerica Inc.<br>1 Primerica Pkwy<br>Duluth, GA 30099 | Executory Contract | ☒ First Class Mail |
| Sadek Law Offices LLC<br>1500 JFK Blvd Ste 220<br>Philadelphia, PA 19102 | Interested Party | ☒ First Class Mail |
| Square Financial Services<br>c/o RMS<br>PO Box 5007<br>Fogelsville, PA 18051 | Creditor | ☒ First Class Mail |
| Sysco Food Corporation<br>1390 Enclave Pkwy<br>Houston, TX 77077 | Creditor | ☒ First Class Mail |
| Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | Creditor | ☒ First Class Mail |
| United States Trustee<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | U.S. Trustee | ☒ CM/ECF |