| United States Bankruptcy Court<br>Eastern District of Pennsylvania | | |
|---|---|---|
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: | 25-13380-djb |
| In re: Victoria's Kitchen LLC,<br><br>*Debtor*. | Chapter: | 11 (Subchapter V) |
| | Judge: | Derek J. Baker |

**Debtor's Objection to Subchapter V Trustee's Notice of Default**

**AND NOW**, Debtor Victoria's Kitchen LLC, through its attorney, objects to the Non-Debtor Notice of Default filed by the Subchapter V Trustee, and states:

1. On October 2, 2026, the Subchapter V Trustee filed a notice of default at ECF No. 232 (the "Default Notice") under paragraph 6 of the order confirming the Debtor's plan, entered July 21, 2026, at ECF No. 229 (the "Confirmation Order").

2. On October 23, 2026, the Debtor filed a motion to dismiss this case at ECF No. 235 (the "Motion to Dismiss"). A hearing on the Motion to Dismiss is scheduled for November 17, 2026.

3. The Debtor objects to entry of an order converting this case under paragraph 6 of the Confirmation Order before the Court decides the Motion to Dismiss.

**FOR THOSE REASONS,** the Debtor requests that the Court not enter an order converting this case under paragraph 6 of the Confirmation Order before deciding the Motion to Dismiss.

Date: October 23, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad