United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Victoria's Kitchen LLC
Debtor

Case No. 25-13380-djb
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2
User: admin
Page 1 of 2
Date Rcvd: Oct 28, 2026
Form ID: pdf900
Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Victoria's Kitchen LLC, 2001 E Tulpehocken St, Philadelphia, PA 19138-1309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew Robert Fuchs | on behalf of Creditor United States of America - Small Business Administration (SBA) andrew.fuchs@usdoj.gov beth.fuhrhop@usdoj.gov |
| CHRISTOPHER E. POLCHIN | on behalf of Creditor Commonwealth of PA Dept. of Labor & Industry OUCTS cpolchin@pa.gov |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov |
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com chsm11@trustesolutions.net |
| HOLLY SMITH MILLER, ESQ. | on behalf of Trustee HOLLY SMITH MILLER ESQ. hsmiller@gsbblaw.com, chsm11@trustesolutions.net |

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

MICHAEL I. ASSAD
on behalf of Debtor Victoria's Kitchen LLC mike@assad.law
mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com

MICHAEL I. ASSAD
on behalf of Plaintiff Victoria's Kitchen LLC mike@assad.law
mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

PEARL PHAM
on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com Monica.Londo@pgworks.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| In re: Victoria's Kitchen LLC,<br><br>*Debtor*. | Case No.: 25-13380-djb<br>Chapter: Chapter 11 (Subchapter V) |

**Order Granting First and Final Application for Compensation and Reimbursement of Expenses of Law Office of Mike Assad, P.C., Counsel to the Debtor**

AND NOW, upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Law Office of Mike Assad, P.C. ("Applicant"), counsel to the Debtor, for the period May 4, 2026 through July 31, 2026 (the "Application"), after notice and opportunity for hearing under 11 U.S.C. §§ 330 and 102(1), and for good cause shown, it is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Applicant is allowed final compensation of $14,405.00 and reimbursement of expenses of $325.22, for a total of $14,730.22, as an administrative expense under 11 U.S.C. §§ 503(b)(2) and 507(a)(2).

3. Applicant is authorized to apply the $5,000.00 retainer held in its attorney trust account (Doc 196) toward the allowed amounts.

4. The Debtor is authorized and directed to pay Applicant the remaining balance of $9,730.22 in accordance with the terms of the Debtor's confirmed plan.

Date: **October 13, 2026**

Derek J. Baker
U.S. Bankruptcy Judge