| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: 25-13380-djb<br>Chapter: 11 (Subchapter V) |
| In re: Victoria's Kitchen LLC,<br><br>*Debtor.* | Hearing Date: November 17, 2026<br>Judge: Derek J. Baker |

**Certification of No Response to Debtor's Motion to Dismiss Chapter 11 Case**

I, Michael I. Assad, attorney for Debtor Victoria's Kitchen LLC, certify as follows:

1. On October 23, 2026, the Debtor filed its Motion to Dismiss Chapter 11 Case at ECF No. 235 (the "Motion") and a notice of the Motion at ECF No. 236 (the "Notice").

2. On October 23, 2026, the Debtor served the Motion, the proposed order, and the Notice as stated in the certificate of service filed at ECF No. 237.

3. The Notice required any response to the Motion to be filed on or before November 6, 2026.

4. As of the date of this certification, no response or objection to the Motion has been filed on the docket or served on me.

**FOR THOSE REASONS,** the Debtor requests under L.B.R. 9014-3(k) that the Court enter the proposed order dismissing this chapter 11 case, filed at ECF No. 235-2, without a hearing.

Date: November 7, 2026

/s/ Michael I. Assad
Michael I. Assad