| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| In re: Victoria's Kitchen LLC,<br><br>*Debtor*. | Case No.: 25-13380-djb<br>Chapter: 11 (Subchapter V) |

**Order Dismissing Chapter 11 Case**

**AND NOW**, upon consideration of the Debtor's Motion to Dismiss Chapter 11 Case (the "Motion"), and after notice and a hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This chapter 11 case is **DISMISSED**.

Date: **November 17, 2026**

Derek J. Baker
U.S. Bankruptcy Judge